**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRSUS, INC.,                                    )
                                               )
       Plaintiff,                       )
                                               )
v.                                             )   Case No. _____
                                               )
SUFFOLK CONSTRUCTION COMPANY,                  )
INC.,                                          )
                                               )
       Defendants.                      )
                                               )
                                               )
                                               )

## COMPLAINT FOR DAMAGES

Plaintiff, PRSUS, INC. ("PRSUS"), through its undersigned counsel, hereby files this Complaint for damages against Defendant SUFFOLK CONSTRUCTION COMPANY, INC. ("SCCI") and shows the Court as follows:

### THE PARTIES

1.    Plaintiff PRSUS is a Pennsylvania corporation with its headquarters and principal place of business located in New London Township, Pennsylvania. PRSUS is registered to carry out business and is properly licensed as a contractor in the State of Florida.

2.    Defendant SCCI is a Massachusetts corporation with its headquarters and principal place of business located in Boston, Massachusetts. SCCI is authorized to carry out business in the State of Florida, and it may be served with this lawsuit through service on its registered agent, CT Corporation System, at 1200 South Pine Island Road, Plantation FL 33324.

### JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) based on

1

diversity of citizenship and the fact that the amount in controversy in this matter exceeds $75,000, exclusive of costs, attorneys' fees, and interest.

4.      This Court has personal jurisdiction over Defendant by virtue of the fact that Defendant is conducting, engaging in, and carrying on business in the State of Florida.

5.      Venue in this District is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims raised herein occurred within this judicial district.

## FACTS

6.      This case involves a construction project (the "Project") known as "All Aboard Florida–Miami Terminal."

7.      The Project was for the construction of a mixed-use passenger train station in Miami, Florida to serve the All Aboard Florida rail network—also known as Brightline—to connect Miami with Fort Lauderdale, West Palm Beach, and, eventually, Orlando.

8.      SCCI entered into a contract with All Aboard Florida–Operations LLC (the "Owner") to serve as the general contractor for the Project. PRSUS is not in possession of SCCI's contract with the Owner.

9.      On or about September 18, 2018, PRSUS and SCCI entered into a Subcontract Agreement (the "Subcontract") for pre-cast concrete cleaning and related work, subject to changes as set forth in sections 8.6 and 8.13 of the Subcontract. A true and correct copy of this Subcontract, along with the executed Addendum, is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

10.      The Subcontract provided that SCCI would pay PRSUS $104,039.00 to perform its scope of work as set forth in the Subcontract.

11.     Over the course of the Project, SCCI and PRSUS agreed to change orders to the work increasing its requirement to pay PRSUS to a total of $387,161.03 under the terms of the Subcontract.

12.     PRSUS diligently and properly performed all of its obligations and otherwise satisfied all conditions precedent entitling it to payment under the terms of the Agreement.

13.     At no time over the course of the Project or since did SCCI take issue with the quality or timeliness of the work performed by PRSUS on the Project.

14.     Notwithstanding PRSUS's full and faithful performance of all obligations under the Subcontract, SCCI has not provided full payment due under the Subcontract.

16.     As of the date of this filing, SCCI has only paid PRSUS $307,319.54 leaving an amount still due and owing to PRSUS of $79,841.49.

17.     All conditions precedent to PRSUS's claims against SCCI in this matter have been fulfilled, satisfied, waived, or otherwise excused.

## COUNT I – BREACH OF CONTRACT

18.     PRSUS incorporates by reference paragraphs 1 through 17 as if fully set forth herein.

19.     PRSUS and SCCI entered into an enforceable contract in the Subcontract.

20.     SCCI materially breached the Subcontract through its failure to fully pay PRSUS.

21.     SCCI's material breach directly caused PRSUS damages in the amount of $79,841.49.

22.     SCCI is liable to PRSUS in an amount of not less than $79,841.49 for its breach of the Subcontract.

23.     PRSUS is entitled to a recovery of pre-judgment interest on the amount it is owed

at the legal rate of interest in Florida from the date that PRSUS suffered the losses identified herein as flowing directly from SCCI's multiple breaches of contract.

24. Pursuant to the Subcontract in Section 8.16, the prevailing party in this litigation is entitled to an award of its reasonable attorneys' fees, expert consultation fees, and costs incurred.

WHEREFORE, Plaintiff PRSUS respectfully requests that this Court enter judgment against SCCI in an amount of not less than $79,841.49, that PRSUS be awarded pre-judgment interest and post-judgment interest as provided by law, that PRSUS be awarded its attorneys' fees, expert consultation fees, and costs incurred as the prevailing party pursuant to the Subcontract, and that PRSUS receives all other such recovery as this Court deems just and appropriate under the circumstances.

This 18th day of November, 2022.

**HUDSON LAMBERT PARROTT WALKER, LLC**

 _/s/ Anthony D. Lehman_____
Anthony D. Lehman, Esq.
Florida Bar No. 32917
Email: alehman@hlpwlaw.com

2450 Maitland Center Parkway
Suite 206
Maitland, Florida 32751
Telephone: (407) 706-7373

Carlton D. Miller, Esq.
Florida Bar No. 17730
Email: cmiller@hlpwlaw.com

ATTORNEYS FOR PLAINTIFF PRSUS, INC.

# EXHIBIT A



**SUFFOLK**

SUBCONTRACT AGREEMENT BETWEEN
SUFFOLK CONSTRUCTION COMPANY INC. AND
"PRSUS INC"
FOR THE PROJECT KNOWN AS
"ALL ABOARD FLORIDA – MIAMI TERMINAL, JOB #214162"

SEPTEMBER 18, 2018

RE:    ALL ABOARD FLORIDA – MIAMI TERMINAL
       JOB #214162

Dear MR. ALTMAN:

Below please find the Subcontract Agreement for the above-referenced project, which includes all attached attachments, exhibits, and all documents incorporated by reference therein (collectively, the "Subcontract"). If you agree to all terms and conditions contained in the Subcontract, please execute this page where indicated within five days by doing the following:

- **Electronically sign your name by clicking on the yellow tab on this page, type your name and confirm your signature.**

- **As stated above, there is no need to print this document to sign your signature.**

Furthermore, please provide the required insurance certificates, safety manuals, and submittals to our office within seven (7) days of your receipt for further processing. Upon confirming your signature, the Subcontract will be automatically returned to Suffolk Construction Company, Inc. for execution. You will be notified via electronic mail when the Subcontract has been fully executed and is available for viewing. You can save the fully executed, PDF version of the Subcontract via the DocuSign website link that you receive in the confirmation email.

Insurance certificates should state the project name and job number to which they pertain, name Suffolk Construction Company, Inc., All Aboard Florida – Operations LLC, and any other required entities or people as additional insureds. Please return all certificates to:

       Email: rdowning@suffolk.com or Fax: 561-273-1866

By signing below you are acknowledging that you accept and understand the nature, terms, conditions and scope of the Subcontract and agree that the Subcontract contains the entire agreement between the parties. All prior or contemporaneous agreements, written or oral, between the parties regarding the subject matter hereof are superseded by the Subcontract. The Subcontract may not be modified except by a written document signed by an authorized representative of each party.

PRSUS INC                                    SUFFOLK CONSTRUCTION COMPANY, INC.

DocuSigned by:                               DocuSigned by:
*[signature]*                                *Michael O'Donoghue*
E9C90547EBF0446...                          60E0C1E2AAEB41F...

                          DS            DS            DS
                          JD           asj           JP

                                                                    DS
                                                                    MO



**All Aboard Florida**
**Addendum No. 1 to the Subcontract Agreement**

The Subcontract, by and between Suffolk Construction Company, Inc., a Massachusetts corporation ("Contractor") and PRSUS INC, A PENNSYLVANIA CORPORATION (the "Subcontractor"), governing the work to be performed at the **All Aboard Florida Project** located in Miami, Miami-Dade County, Florida ("Project") is hereby amended to add the following additional terms and conditions as follows:

Without limiting the incorporation of the Contract Documents in their entirety into the Subcontract in accordance with Article 1, per the Owner's requirements the following provisions are in addition expressly incorporated:

**Section 7: Bonds is modified by inserting the following additional provision:**

"Section 7.1: Dual Obligee Bond Requirement: Subcontractor agrees that if Subcontractor is required to provide Contractor with a Payment and Performance Bond pursuant to the Subcontract Agreement, Subcontractor shall issue such bonds with dual obligee riders that in addition to establishing Contractor as an oblige also establishes Owner and its construction lender(s) as additional obligees on the bonds."

**Article 8: Subcontractor Terms and Conditions is modified by inserting the following new Sections to the Article:**

"Section 8.19: Owner Requested Releases: Subcontractor's Waiver and Release Upon Progress Payment, and the Subcontractor's Waiver and Release Upon Final Payment shall be in the forms attached hereto as **Exhibit "1."**

Section 8.20 Lender Requirements:

Pursuant to the terms and conditions of the Contract Documents, the Subcontractor shall comply with the requirements of all Lenders. Without limiting such requirements, which are set forth in in the Contract Documents, including but not limited to Exhibit M of the Agreement between the Owner and Contractor, Subcontract covenants and agrees as follows:

A. GENERAL CONDITIONS

1. In the event the Contractor defaults under this Subcontract or in the event the Contractor is replaced by the Owner or the Owner's construction lender as the general contractor for the project covered by this Subcontract, then, at the written request and option of the Owner or the Owner's construction lender, the Subcontractor will perform under and in accordance with the terms of this Subcontract for Owner or any replacement general contractor. Further the Owner or its lenders may take an assignment of the Contractor's rights under this Subcontract upon notice to Subcontractor, but in any event Owner and its lenders are third party beneficiaries of the Subcontract. None of these provisions shall be construed to impose on Owner or the Owner's construction lenders any obligation with respect to the Subcontractor whatsoever.

2. Subcontractor shall not use proceeds paid under the Contract Documents or Loan Documents obtained by Owner for the Project to fund costs that are not Allowable Costs or for any purpose prohibited under

45 U.S.C. § 822(b)(2) or §822(h)(1)(C) or 49 C.F.R. 260.5 including, without limitation for any payment of any railroad operating expenses.

    a.   Subcontractor shall, and shall cause each of its Subcontractors, at all tiers, to, file all federal, state, and other tax returns and reports required by law or regulation to be filed by such parties, as applicable, and pay and discharge or cause to be paid and discharged all taxes, assessments, fees and other governmental charges levied or imposed upon the property of such parties, as applicable, before the date on which penalties attach thereto, and all lawful claims for labor, materials, supplies, and rents, and all other debts and liabilities that, if unpaid, might by law become a lien unless such tax, assessment, fee, charge or other amount is being contested in good faith and by appropriate proceedings being diligently pursued, (ii) reserves with respect thereto shall have been made in accordance with GAAP, and (iii) failure to pay such tax, assessment, fee, charge or other amount pending resolution of such contest could not reasonably be expected to result in a Material Adverse Effect.

3.   Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to obtain and maintain the insurance required by the Contract Documents and insure, or cause to be insured, on site property against claims for losses from fire, casualty, liability and property damage and other events consistent with normal industry practice. Contractor will promptly notify the Owner, its Lender and the Administrator of any material change in such insurance coverage that departs from normal industry standards. All policies of insurance required under the terms hereof shall:

    a.   in the case of property insurance, name the Administrator as loss payee, as its interest may appear;
    b.   in the case of liability insurance, name the Owner and Administrator as additional insureds;
    c.   require 30 days' prior notice of cancellation for any reason to the Owner and Administrator;
    d.   waive any right of subrogation of the insurers against the Owner and Administrator; and
    e.   waive the right of insurers to set-off, to counterclaim or to any other deduction, whether by attachment or otherwise, to the extent of any monies due the Owner or Lender.

4.   Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to diligently prosecute the Work and complete the Project in accordance with the Contract Documents and in accordance with the highest standards of the rail industry, using its best efforts at all times.

5.   Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to keep full, complete and current books and records in which full, true and correct entries are made of all dealings and transactions in relation to its business and financial affairs in accordance with GAAP.

6.   Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to obtain all financial and compliance audits as required by the Single Audit Act Amendments of 1996, 31 U.S.C. § 7501, *et seq*.

7.   Subcontractor shall, and shall cause each of its Sub-Subcontractor, at all tiers, to complete the Work and conduct its business in conformity and otherwise comply in all material respects with all federal, state, and local laws, statutes, ordinances, regulations and orders of Governmental Authorities and all requirements of foreign jurisdictions applicable to it or its property. In addition to, and not in limitation of, the foregoing sentence, Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to comply, in all material respects, with the following:

    a.   the standards of section 24312 of title 49, United States Code, with respect to the Project in the same manner that the National Railroad Passenger Corporation is required to comply with such standards for construction work financed under an agreement made under section 24308(a) of that title;

b. the Americans With Disabilities Act of 1990 and implementing regulations (42 U.S.C. §12101 *et seq.*; 28 C.F.R. Part 35; 29 C.F.R. Part 1630);

c. Title VI of the Civil Rights, Act of 1964 (42 U.S.C. §2000d et seq.) and United States Department of Transportation regulations (49 C.F.R. Part 21);

d. the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (42 U.S.C. §4601 et seq.);

e. Equal Employment Opportunity requirements under Executive Order 11246 dated September 24, 1965 (30 F.R. 12319), any Executive Order amending such order, and implementing regulations (41 C.F.R. Part 60);

f. restrictions governing the use of federal appropriated funds for lobbying (31 U.S.C. §1352; 49 C.F.R. Part 20);

g. the Clean Air Act (42 U.S.C. §1857 et seq., as amended by Pub.L. 91-604);

h. the National Environmental Policy Act of 1969 (42 U.S.C. §4321 et seq.), including the environmental mitigation requirements and commitments set forth in the Final Environmental Assessment(s) and the Final Environmental Impact Statement(s) issued in respect of the Project, including the Finding(s) of No Significant Impact and the Record(s) of Decision issued in connection therewith;

i. the Federal Water Pollution Control Act (33 U.S.C. §1251 et seq., as amended by Pub.L. 92-500); and

j. the Endangered Species Act (16 U.S.C. §1531, et seq.).

k. the Immigration Reform Control Act of 1986 (Subcontractor and all Sub-Subcontractors shall maintain I-9 forms regarding all employees).

8. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to give representatives of the Administrator and the Comptroller General of the United States access upon reasonable advance notice to examine and inspect all of its books, accounts, records, reports, files, inventories, equipment, facilities, and other papers, things or property. but only to the extent the aforementioned books, files, etc. relate specifically to the Work or the Project. Such access shall be granted to the extent deemed necessary (as reasonably determined by representatives of the Administrator or the Comptroller General of the United States) to (i) facilitate any audit to determine compliance by the Owner and its Subsidiaries with the Loan Documents, or (ii) inspect any equipment or facilities relating to the Project or to the obligations under the Loan Documents.

9. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to cooperate, with such representatives in connection with any audits and/or inspections pursuant to the foregoing clause above. Such representatives shall have the right to discuss with the Officers of the Subcontractor and each of its Sub-Subcontractors, at all tiers, matters relating to the business and affairs of the Subcontractor and each of its Sub- Subcontractors, at all tiers, to the extent such affairs relate to the Work or the Project and Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to use its best efforts to obtain for such representatives the right with respect to its contractors and subcontractors to discuss their business and affairs relating in any way to this Loan Documents, the Project and the Act.

10. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to comply with the provisions of Order No. 4200.5E issued by the Secretary of the U.S. Department of Transportation on March 15, 2010, Executive Orders Nos. 12549 and 12689, "Debarment and Suspension," 31 U.S.C. § 6101 note, and U.S. DOT regulations "Nonprocurement Suspension and Debarment," 2 C.F.R. Part 1200, which adopt and supplement the provisions of U.S. Office of Management and Budget "Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," 2 C.F.R. Part 180 and specifically 2 C.F.R. 180.435. In connection with entering into any third party contract, or other arrangement in connection with the Project, the Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to (i) obtain certifications of debarment and suspension from its

Long Form 7_1_06

DocuSign Envelope ID: 2E40DCB7-5E5C-4010-892D-68E00533FFC2

contractors and subcontractors, (ii) review the "Excluded Parties Listing System" at http://epls/gov/ or (iii) add a clause or condition to any such third-party contract, or other arrangement as provided for in 2 C.F.R. 180.300. The Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to inform Administrator when it suspends or debars any party.

11. Subcontractor shall not, and shall not permit any Sub-Subcontractor, at any tier, to discriminate on the basis of race, color, national origin, or sex in the performance of the Contract Documents. Failure by the Subcontractor to carry out this requirement shall be a material breach of the Contract Documents, which may result in the termination of the Subcontract or such other remedy as the Contractor deems appropriate. Subcontractor shall, and shall cause each of its Sub-subcontractors, at all tiers, to provide a detailed plan for incorporation of the procedures described in the Contract Documents and in the Loan Documents for ensuring the use of contractors owned and controlled by socially and economically disadvantaged individuals.

12. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, pursuant to U.S. Department of Transportation, Maritime Administration regulations, "Cargo Preference – U.S.-Flag Vessels," 46 C.F.R. Part 381, to insert, the following clauses in contracts entered into by such parties or their Affiliates in which equipment, materials, or commodities may be transported by ocean vessel in carrying out the Project:

"As required by 46 C.F.R. Part 381, the contractor agrees:

To utilize privately owned United States-flag commercial vessels to ship at least fifty (50) percent of the gross tonnage (computed separately for dry bulk carriers, dry cargo liners and tankers) involved whenever shipping any equipment, materials, or commodities pursuant to this contract to the extent such vessels are available at fair and reasonable rates for United States-flag commercial vessels. To furnish within 20 days following the date of loading for shipments originating within the United States, or within 30 working days following the date of loading for shipment originating outside the United States, a legible copy of a rated "on- board" commercial ocean bill-of-lading in English for each shipment of cargo described in paragraph (a) above to the recipient (through the prime contractor in the case of subcontractor bills-of-lading) and to the Division of Cargo Preference and Domestic Trade, Maritime Administration, 1200 New Jersey Avenue, S.E., Washington, DC 20590, marked with appropriate identification of the Project as follows: "FRA [BORROWER] RRIF Financing". To insert the substance of the provisions of the clause in all subcontracts issued pursuant to this contract."

13. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to comply with the provisions to purchase steel, iron and other manufactured goods produced in the United States for the Project, as set forth in the Federal Railroad Administration's Notice Regarding Consideration and Processing of Applications for Financial Assistance under the Railroad Rehabilitation and Improvement Financing (RRIF) Program, 75 Federal Register 60165, 60166 (2010), as may be amended from time to time, and with FRA's Buy America requirements, including those set forth in 49 U.S.C. § 24405(a)(1), and implementing guidance provided by the FRA including guidance available at http://www.fra.dot.gov/page/P0694.

14. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to make, fair and equitable arrangements, in accordance with 45 U.S.C. § 836, to protect the interests of any employees who may be adversely affected by actions taken pursuant to, or as a consequence of, the Contract Documents and/or the Loan Documents.

Long Form 7_1_06

15. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to preserve and maintain, its existence, legal structure, legal name, rights (charter and statutory), permits, licenses, approvals, privileges and franchises throughout the term of its respective contract.

16. Subcontractor shall, and shall cause each of its Sub-Subcontractors, at all tiers, to perform and observe all the terms and provisions of each contract to be performed or observed by it and to maintain each such contract in full force and effect.

17. Subcontractor shall not conduct any of the following activities, and shall prevent each of its Sub-Subcontractors, at all tiers, from doing so:

    a.  engage in any transactions related to the Project with any of its Affiliates, except transactions that are (A) in the ordinary course of business of such parties and (B) at prices and on terms and conditions not less favorable to such parties than could be obtained on an arm's-length basis from unrelated third parties, as evidenced by a competitive bidding process involving unrelated third parties;

    b.  enter into any contract, subcontract, or arrangement in excess of $50,000 (other than for personal employment) in connection with the financing of, or the carrying out of, work related to the Project to be performed under the Contract Documents in which any Officer or Director of the Owner or any Affiliate of the Owner during his or her subsequent tenure or more recently than two years before the date of such contract (if his or her tenure is continuing) shall have or shall have had any personal interest, direct or indirect, in the other party to such contract, subcontract or arrangement unless such contract is entered into on a publicly advertised, sealed-bid basis, the
recipient is the lowest qualified bidder on such basis, such Officer or Director recuses himself or herself from further dealings with respect to such contract, subcontract or arrangement, and written records of the entire transactions are sufficient to satisfy the Administrator upon inspection;

    c.  knowingly allow any Sub-Subcontractor working for or through the Subcontractor to enter into any contract, subcontract, or other arrangement in excess of $50,000 (other than for personal employment) related to the Project to be performed under the Contract Documents if any of its Officers or Directors or any members of the immediate family or one of the foregoing has any material interest in the contract, subcontract or arrangement, unless the other party (or parties) to such contract, subcontract or arrangement is the lowest qualified bidder on a publicly advertised, sealed-bid basis and written records of the entire transaction are sufficient to satisfy the Administrator upon inspection;

    d.  allow any member of or delegate to Congress to share any benefit that may arise from the Contract Documents or the Loan Documents; provided that this provision shall not restrict the making of any contract with a publicly held entity for the general benefit of such entity or allow any legally allowable donation; or

    e.  pay any full-time employee of the federal government any consulting fees, salaries, or travel expenses (unless on leave without pay) from any federal funds provided under the Contract Documents or the Loan Documents except where specifically authorized by statute.

18. Subcontractor shall not, and shall not permit any of its Sub-Subcontractors, at any tier, to, (a) amend, modify or supplement any of their contracts in a manner that could adversely affect the Owner or the Lender or (b) assign, or waive timely performance by any party of material covenants under, any contract, except in each case with the express prior written approval of the Owner.

19. Subcontractor shall not, and shall not allow any of its Sub-Subcontractors, at any tier, to do the following, at any time ,to the extent that any of the following could reasonably be expected to have a Material Adverse Effect: (a) engage in, or permit any ERISA Affiliate to engage in, any transaction in connection with which the party could be subjected to either a civil penalty assessed pursuant to subsections (c), (i), (l) or (m) of section 502 of ERISA or a tax imposed by Chapter 43 of Subtitle D of

the Code; or (b) fail to make, or permit any ERISA Affiliate to fail to make, full payment when due of all amounts which, under the provisions of any Plan, agreement relating thereto or applicable law, is required to be paid as contributions thereto.

## B. DISBURSEMENT CONDITIONS

1. Subcontractor shall be entitled to reimbursement for Work pursuant to the Contract Documents, including its Subcontractor, only if the Contractor awarded that work to the Subcontractor pursuant to a competitive bidding process in which at least one bidder was not an entity in which any Officer or employee of Owner or any of Affiliate thereof has a financial interest. Therefore, Subcontractor shall disclose in writing at time of bidding if any Officer or employee of Owner or any Affiliate thereof has a financial interest in Subcontractor. This requirement shall apply to Subcontractor's Sub-Subcontractors at all tiers.

2. If requested by the Owner or Contractor, the Subcontractor shall provide the following for itself and for any Sub-Subcontractor, at any tier, as a condition precedent to the disbursement of any such proceeds on account of which the Owner or Contractor has requested such information, all in form and substance satisfactory to the Owner and the Administrator:

   a. a good standing certificate or certificate of status certified as of a recent date from the applicable Governmental Authority of such party's jurisdiction of incorporation, organization or formation and in each jurisdiction where its ownership, lease or operation of properties or the conduct of its business requires it to be qualified as a foreign corporation or other entity to do business;

   b. signature and incumbency certificates of the Officers of such party executing the contract to which it is a party; and

   c. certification that all contracts executed by such party with respect to the Project are in full force and effect and certification that at the time of and immediately after giving effect to the disbursement to be made, no Default or Event of Default has occurred and is continuing pursuant to the contract executed by such party with respect to the Project;

   d. certification that such party and its Affiliates are not (A) subject to debarment, suspension or voluntary exclusion from participation in government contracts, procurement and non-procurement matters or (B) in material violation of any applicable law, rule or regulation, or any applicable court or administrative judgment, order, writ, injunction or decree;

   e. evidence satisfactory to the Owner and Administrator that all insurance required to be maintained pursuant to the Contract and the Loan Documents has been obtained and is in effect, together with certificates of insurance and endorsements, including the Owner and Lender as additional insureds or loss payee, as the case may be; and

   f. to the extent Subcontractor has represented itself as a DBE/SBE, a plan to abide by the terms of Exhibit P to the Contract Documents for ensuring the use of subcontractors owned and controlled by socially and economically disadvantaged individuals; and

   g. such other certificates, documents, approvals, instruments and agreements as the Administrator or counsel to the Administrator shall reasonably request including, without limitation, written confirmation that the representations and warranties required by this Article, the Contract Documents and the Loan Documents from the Contractor and each Subcontractor and Sub-subcontractor, at each tier, remain true and correct.

3. By its execution of (i) the Subcontract, the Subcontractor shall be certifying that the following representations and warranties are true and correct with respect to itself andthat it shall include a provision in its lower tier subcontract agreements requiring each of its Sub-Subcontractors at every tier to make the same certification as to itself with the signing of such contract and (ii) each Application for Payment pursuant to the Contract Documents, the Subcontractor shall be certifying that the following

DocuSign Envelope ID: 2E40B2B7-5E5C-4010-892B-68F09F33FFC2

remains true and correct with respect to itself and each of its Sub-Subcontractors at every tier engaged to the date of such submittal:

a.  Each party (i) is duly organized, validly existing and in good standing under the laws of the jurisdiction of its organization and is qualified to do business, and is in good standing, in every jurisdiction where its ownership, lease or operation of properties or the conduct of its business requires such qualification, and (ii) has full legal right, power and authority to enter into the contract to which it is a party and to carry out and consummate all transactions contemplated by such documents.

b.  Each party has duly authorized the execution, delivery and performance of each contract to which it is a party.

c.  Each Officer of each party executing a contract to which it is a party is duly and properly in office and fully authorized to execute such document on behalf of the applicable party thereto.

d.  Each party has full power and authority and has obtained all necessary authorizations from Governmental Authorities to execute the contracts to which it is a party and to undertake and complete its work for the Project in conformity with its contract and all applicable federal, state, and local laws, statutes, and regulations. No new or additional authorization from any Governmental Authority is required to permit such party to undertake and complete the Project.

e.  For the period commencing 10 years prior to the date thereof and ending on the date thereof, (i) no current Officer or Director of the party has been involved in a bankruptcy or similar type proceeding (either in such Person's personal capacity or, to the knowledge of such Officer or Director, in such Person's capacity of an officer, director or holder of more than 10% of the Equity Interests of any other Person) and (ii) no current Officer or Director of any such party has been convicted of a felony or violation of securities laws.

f.  No such party nor any of its respective Affiliates or principals are debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded by any federal department or agency from participation in government contracts, procurement and non-procurement matters or delinquent on a federal government debt.

g.  No such party nor any Affiliates thereof is a party or subject to any existing or contingent contract, agreement, debt, mortgage, indenture, instrument, judgment, decree, obligation or other liability that could reasonably be expected to have a Material Adverse Effect.

h.  There is no action, suit, proceeding, inquiry or investigation before or by any court or other Governmental Authority pending or threatened against or affecting the party or any of its Affiliates or their respective assets, properties or operations that could reasonably be expected to have a Material Adverse Effect.

i.  No such party is in default under any indenture, contract, mortgage, franchise, lease, agreement, permit, or any other instrument to which it is a party; in violation of any law, rule or regulation applicable to such party; in violation of any judgment, order, writ, injunction or decree of any court applicable to such party; or in default under or cited for noncompliance with any order, license, or regulation of any Governmental Authority applicable to such party; which defaults, citations, violations or noncompliance individually or in the aggregate could reasonably be expected to cause a Material Adverse Effect.

j.  The information set forth in all submissions to the Owner, Administrator and the Lender is true and complete in all material respects as of the date each such submission.

k.  To Subcontractor's knowledge no Director or Officer of the Owner or any Affiliate of the Owner, nor any relative thereof (i.e. parent, spouse or child), (i) is retained or employed, directly or indirectly in a material position for, or is a director or officer of the party or any supplier, customer (other than by bill of lading or transportation contract), contractor or any other entity with which any such party does business, or that is financially involved with any such party in any manner or (ii) is a stockholder owning in excess of 10% of the issued and outstanding shares of the party or any supplier, customer (other than by bill of lading or transportation contract), contractor or any

Long Form 7_1_06

other entity with which such party does business, or that is financially involved with such party in any manner.

l.   Each such party carries insurance as required under the Contract Documents and all premiums in respect of such insurance have been paid or will be paid per the terms of the respective insurance agreements.

m.   That no party to any agreements or contracts to which it is a party is in default thereunder except as, in either case, could not reasonably be expected to have a Material Adverse Effect.

n.   Each such party is Solvent.

o.   Each such party's Plan is in compliance in all material respects with the applicable provisions of ERISA, the Code and other federal or state laws. Each Plan that is intended to qualify under Section 401(a) of the Code has received a favorable determination letter from the IRS or an application for such a letter is currently being processed by the IRS with respect thereto and, to the best knowledge of that party's knowledge, nothing has occurred which would prevent, or cause the loss of, such qualification. The party and each ERISA Affiliate have made all required contributions to each Pension Plan, and no application for a funding waiver or an extension of any amortization period pursuant to Section 412 of the Code has been made with respect to any Pension Plan.

p.   There are no pending or, to the best knowledge of the party, threatened claims, actions or lawsuits, or action by any Governmental Authority, with respect to any Plan that could reasonably be expected to have a Material Adverse Effect. There has been no prohibited transaction or violation of the fiduciary responsibility rules with respect to any Plan that has resulted or could reasonably be expected to result in a Material Adverse Effect.

q.   No ERISA Event has occurred or is reasonably expected to occur; (ii) no Pension Plan has any Unfunded Pension Liability; (iii) neither the party nor any ERISA Affiliate has incurred, or reasonably expects to incur, any liability under Title IV of ERISA with respect to any Pension Plan (other than premiums due and not delinquent under Section 4007 of ERISA); (iv) neither the party nor any ERISA Affiliate has incurred, or reasonably expects to incur, any liability (and no event has occurred which, with the giving of notice under Section 4219 of ERISA, would result in such liability) under Section 4201 or 4243 of ERISA with respect to a Multiemployer Plan; and (v) neither the party nor any ERISA Affiliate has engaged in a transaction that could be subject to Section 4069 or 4212(c) of ERISA.

r.   The expected post-retirement benefit obligation (determined as of the last day of the party's most recently ended fiscal year of such party in accordance with Financial Accounting Standards Board Statement No. 106, without regard to liabilities attributable to continuation coverage mandated by Section 4980B of the Code) of the party is not material.

4. Subcontractor shall, and shall cause its Sub-Subcontractors, at all tiers, within five Business Days after any such party learns of its occurrence, give the Owner notice of any event or condition that could reasonably be expected to result in a Material Adverse Effect. Each such notice shall be accompanied by a statement of an Officer of the Subcontractor setting forth the details of the event or development requiring such notice and the actions taken or proposed to be taken with respect thereto.

C. TERMS

1. As used in this Rider, the capitalized terms have the meanings as set forth in Exhibit P of the Agreement between Owner and Contractor.

Section 8.21 Anti-Corruption:   In performing any services under the Contract Documents, including, without limitation, the Work and/or in any other business transaction involving the Owner or Project, Subcontractor affirms it has not made, promised to make, or authorized any payment or transfer of anything of value, directly or indirectly to: (a) anyone working in an official capacity for a government, government-owned or government-

DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2

controlled entity (including employees of a government-owned or government-controlled entity), or public international organization; (b) any political party, political party official, or candidate for political office; (c) an intermediary for payment to any of the foregoing: (d) any officer, director, employee, or representative or any actual or potential customer of the Owner; (e) any officer, director, or employee of Owner or any of its affiliates; or (f) any other person or entity if such payment or transfer would violate the laws of the country in which made or any laws of the United States.  It is the parties' intent that no payments or transfers of value shall be made which shall have the purpose or effect of public or commercial bribery, acceptance of or acquiescence in extortion, kickbacks, or other unlawful or improper means of obtaining business.  In further of this understanding, Subcontractor affirms the related warranties and covenants as set forth in Article 16.1 of the General Conditions (A201-2007) of the Contract Documents.

Section 8.22  Sales Tax Exemption.  Owner is the owner of a high speed rail system and all tangible personal property purchased by Owner for incorporation into the high speed rail system as a component part thereof ("Eligible Materials") are exempt from sales tax, as imposed by the State of Florida on certain sales transactions (the "Exemption") pursuant to Section 341.840.(3) of the Florida Statutes.  Subcontractor shall itself, and cause its Sub-Subcontractors at all tiers, to comply with acquisition requirements related to all Eligible Materials on the Project in accordance with the Contract Documents, including but not necessary limited to the Sales Tax Exemption Rider, attached as Exhibit O to the Agreement between the Owner and Contractor.

Section 8.24: Owner/Contractor Agreement: Subcontractor acknowledges that the Owner/Contractor agreement that is incorporated into the Subcontract by reference imposes certain obligations upon the Subcontractor and that the Subcontractor agrees to undertake said obligations." Except as specifically modified hereby, the terms and provisions of the Subcontract by and between Contractor and Subcontractor shall remain in full force and effect. To the extent this Addendum conflicts with the terms of the Subcontract, this Addendum shall control.


ACCEPTED AND AGREED:


**PRSUS INC**                                    **SUFFOLK CONSTRUCTION COMPANY, INC.**

DocuSigned by:

E9C90547EBF0446...

DocuSigned by:

Michael O'Donoghue

60E0C1E2AAEB41F...



**EXHIBIT 1**
**SUBCONTRACTOR WAIVER AND RELEASE UPON**
**PROGRESS PAYMENT**

Property Name:

Property Location:

Undersigned's Customer:

Invoice/Payment Application Number:

Payment Amount:

The undersigned lienor, in consideration of the sum of $_____, hereby waives and releases its lien and right to claim a lien (including its right, if any, to claim against the payment bond(s), if any, the sureties, if any, Suffolk Construction Company, Inc. and All Aboard Florida – Operations LLC) for labor, services and/or materials furnished through _____ _____ [date] to *(insert the name of your customer)* on the job of All Aboard Florida – Operations LLC (the "Owner") to the following described property:

*(insert legal description of property)*

This waiver and release does not cover any retention, or any labor, services, or materials furnished after the date specified.

Dated this _____ day of _____, 20__.

WITNESSES:                                     LIENOR:

_____

_____         By:_____
Name:_____         Name:_____
                                           Title:_____
_____         Address:_____
Name:_____         _____
                                           _____
                                                                    (Seal)

**STATE OF FLORIDA ) ss:**
**COUNTY OF _____ )**
The foregoing instrument was acknowledged before me this _____ day of _____, 20__, by _____, the _____ of _____ ("Lienor"), who executed the foregoing instrument on behalf of Lienor, who acknowledged to and before me that he/she executed said instrument in his/her official capacity as an officer of Lienor and as the act and deed of Lienor after being duly authorized and directed, and who is personally known to me or who produced _____ as identification.

                                           _____
                                           Name: _____
                                           Notary Public, State of Florida
                                           Commission No._____
                                           My Commission expires: _____
                                           (Seal)



**EXHIBIT 1**
**SUBCONTRACTOR WAIVER AND RELEASE**
**UPON FINAL PAYMENT**

Property Name:
Property Location:
Undersigned's Customer:
Invoice/Payment Application Number:
Payment Amount:

The undersigned lienor, in consideration of the final payment in the amount of $_____ _____, hereby waives and releases its lien and right to claim a lien (including its right, if any, to claim against the payment bond(s), if any, the sureties, if any, Suffolk Construction Company, Inc. (the "Contractor") and All Aboard Florida – Operations LLC) for labor, services and/or materials furnished to *(insert the name of your customer)* on the job of All Aboard Florida – Operations LLC (the "Owner") to the following described property (the "Project"): *(insert legal description of property)*

Further, the undersigned lienor does hereby unconditionally and irrevocably waive, release, remise,relinquish and quit-claim all actions, claims and demands, of any kind whatsoever, which the undersigned lienor ever had, now has, or may have in the future, known or unknown, against the Project, the Owner, the Contractor and their affiliates, partners, members representatives, subsidiaries, agents, employees, insurers, lenders, sureties and all persons acting for any of them, including, without limitation, all claims related to, in connection with, or arising out of, any and all facts, acts, events, circumstances, changes or extra work, constructive or actual delays or accelerations, interferences, terminations and the like which have occurred or may be claimed to have occurred.

Dated this ____ day of _____, 20__.
WITNESSES:                                          LIENOR:

                                                    _____

_____                By:_____
Name:_____                Name:_____
                                                    Title:_____
                                                    Address:_____
_____                _____
Name:_____                _____
                                                                                        (Seal)

**STATE OF FLORIDA ) ss:**
**COUNTY OF _____ )**

The foregoing instrument was acknowledged before me this _____ day of _____, 20__, by _____, the _____ of _____ ("Lienor"), who executed the foregoing instrument on behalf of Lienor, who acknowledged to and before me that he/she executed said instrument in his/her official capacity as an officer of Lienor and as the act and deed of Lienor after being duly authorized and directed, and who is personally known to me or who produced _____ as identification.

                                                    _____
                                                    Name: _____
                                                    Notary Public, State of Florida
                                                    Commission No._____
                                                    My Commission expires: _____
                                                         (Seal)

Long Form 7_1_06



# SUFFOLK CONSTRUCTION COMPANY, INC.
## SUBCONTRACT

THIS AGREEMENT, made as of the **18TH** day of **SEPTEMBER**, 20**18**, by and between **PRSUS INC** of **409 BOBS LANE, LINCOLN UNIVERSITY, PA 19352**, ("Subcontractor") and Suffolk Construction Company, Inc., of One Harvard Circle, Suite 100, West Palm Beach, FL 33409 (the "Contractor").

WHEREAS, the Contractor has undertaken the construction of **ALL ABOARD FLORIDA – MIAMI TERMINAL (JOB #214162), 600 NORTHWEST 1ST AVENUE, MIAMI, FL 33030**, (the "Project") in accordance with the provisions of a construction contract (the "General Contract") between the Contractor and **ALL ABOARD FLORIDA – OPERATIONS LLC**, of **2855 LE JEUNE ROAD, 4TH FLOOR, CORAL GABLES, FL 33134**, (the "Owner").

NOW, THEREFORE, in consideration of the agreements contained in this Subcontract, the Subcontractor and Contractor mutually agree as follows:

## DEFINITIONS

The following words and phrases shall have the meanings set forth opposite them:

**"Bonds are Required"** when the box next to "Yes" is marked: Yes ☐ No ☒

**"Completion Date"** shall mean the date for Substantial Completion of Subcontractor's Work **NOVEMBER 30, 2018**

**"State"** shall mean the state in which the Project is located.

**"Subcontract Sum"** shall mean **ONE HUNDRED FOUR THOUSAND THIRTY-NINE DOLLARS AND ZERO CENTS ($104,039.00)**.

**"Work"** shall mean the work described in Article 1 and in Exhibit B for **PRECAST CLEANING**.

### INDEX TO SUBCONTRACT

| | |
|---|---|
| Article 1: | The Work |
| Article 2: | Time of Commencement and Substantial Completion |
| Article 3: | Subcontract Amount |
| Article 4: | Payment |
| Article 5: | Time |
| Article 6: | Extensions |
| Article 7: | Bonds |
| Article 8: | Subcontract Terms and Conditions |
| 8.1. | Scope of Work |
| 8.2. | Performance of Work |
| 8.3. | Dependence of Work |
| 8.4. | Statutory and Regulatory Compliance |
| 8.5. | Equal Opportunity Compliance/Nondiscrimination |
| 8.6. | Contractor's Rights and Remedies |
| 8.7. | Assignment |
| 8.8. | Indemnification |
| 8.9. | Insurance |
| 8.10 | Warranty |
| 8.11 | Mechanics Liens |
| 8.12 | Claims |

DocuSign Envelope ID: 22E40BC87-5E5C-4010-892B-68F09533FFC2

| 8.13 | Changes |
| 8.14 | Cooperation |
| 8.15 | Records |
| 8.16 | Disputes |
| 8.17 | Miscellaneous (Including Discipline, Safety, Stored Materials, Clean up, Right of Offset, Maintenance of Equipment, Signage, Names in Event of Emergency, Effective Date, Confidentiality of Information, Jurisdiction, Waiver, Separability) |

Article 9:        Final Agreement

Exhibit "A"       List of Contract Documents (may be omitted)

Exhibit "B"       The Work

Exhibit "M"       Form Payment and Performance Bonds [if Bonds are required]

## ARTICLE 1.  THE WORK.

The Subcontractor agrees to furnish, provide and install all labor, supervision, materials, equipment, plant, supplies, tools, scaffolding, hoisting, transportation, layout (including engineering where necessary), unloading and handling, work and other services, and everything else required to perform and complete the Work required by the General Contract between the Contractor and the Owner as specified in the applicable sections of the specifications, together with all other related plans and Contract Documents (as defined in this Subcontract).  All of the foregoing is to be furnished and performed in accordance with the General Contract and the Contract Documents referred to in the General Contract, including the drawings, plans and specifications and addenda thereto prepared by the architect (the "Architect"), the General Conditions of the Contract for Construction and (if any) the Supplementary General Conditions and Special General Conditions and any Exhibits thereto, all of which are collectively referred to as the "Contract Documents".     Terms used in this Subcontract which are defined in the Contract Documents shall have the same meanings as designated in the Contract Documents.  The Subcontractor agrees to be bound to the Contractor with respect to the Work by all the terms of the Contract Documents, and further agrees to assume to the Contractor with respect to the Work, all obligations and responsibilities which the Contractor has assumed to the Owner with respect to the Work except to the extent that provisions in the Contract Documents are by their terms or by law applicable only to Contractor.  The Subcontractor shall require that all of its lower tier subcontractors and suppliers be bound unto Subcontractor in the same manner as Subcontractor is bound unto Contractor.

In the event of any conflict among the Contract Documents, the Documents shall be construed according to the following priorities:

| First Priority: | This Subcontract |
| Second Priority: | Exhibit "B" – The Work |
| Third Priority: | All other Exhibits to this Subcontract |
| Fourth Priority: | Change Order with later date having greater priority |
| Fifth Priority: | Owner/Contractor Agreement (with Exhibits) |
| Sixth Priority: | Drawings |
| Seventh Priority: | Specifications |
| Eighth Priority: | Supplementary General Conditions (If any) |
| Ninth Priority: | General Conditions |

## ARTICLE 2: TIME OF COMMENCEMENT AND SUBSTANTIAL COMPLETION.

Contractor shall give the Subcontractor a forty-eight (48) hour notice to proceed upon which Subcontractor shall man the project in accordance with Contractor's construction schedule (as it may be reasonably amended from time to time). Subject to authorized adjustments, the Work shall be substantially completed not later than the Completion Date.

## ARTICLE 3: SUBCONTRACT SUM.

Long Form 7_1_06

DocuSign Envelope ID: 22E40DCB7-5E5C-4010-892D-68F09F33FFC2

The Contractor agrees to pay the Subcontractor as full payment for all work, labor, materials, taxes, fees and all other matters to be performed or furnished by the Subcontractor under this Subcontract, the total price and sum of the Subcontract.

**ARTICLE 4: PAYMENT.**

Within ten (10) days after Contractor's receipt of good funds from Owner and provided Subcontractor's rate of progress and general performance are satisfactory, Contractor shall pay to Subcontractor ninety percent (90%) of the value of the Work properly performed during the previous month. Receipt of progress and/or final payments by the Contractor from the Owner with respect to the Work shall be, in each instance, a condition precedent to the Subcontractor's rights to receive payment from Contractor. Subcontractor agrees that in the event Contractor is required to post a Payment Bond pursuant to Chapter 713 or §255.05 of the Florida Statutes, that payment to Subcontractor and/or to any subtrade of any of the Subcontractor shall be expressly contingent upon the prior payment by the Owner, and waives all claims against the Contractor's Bond to the extent that payment has not been received by Contractor from Owner. The Subcontractor's applications for partial payments and final payment ("Requisitions") are to be submitted to the Contractor in the form set forth in one of the exhibits incorporated through Exhibit "A" and/or in the manner required by the Contractor, and shall specifically itemize all sales tax included in such application, where applicable. Each Requisition must be supported by such data substantiating the Subcontractor's right to payment as the Contractor, Owner, Owner's Lender and/or Architect may require, including releases of lien from all sub-subcontractors, laborers and material men of the Subcontractor, confirming that they have been paid through the date of the requisition for which payment is being made to the Subcontractor. The Contractor also reserves the right at its sole discretion to issue a joint check to the Subcontractor and any supplier or debtor of Subcontractor or to make direct payments to any supplier or debtor of Subcontractor, provided that upon issuance of the check, Subcontractor and said supplier or debtor shall issue a Release of Lien and Bond rights.

As a condition precedent to final payment, Contractor shall require the Subcontractor to provide evidence (including releases) that all payroll, materials, equipment, sub-subcontractors and suppliers have been paid in full for work on the Project.

Prior to submission of the first Requisition, the Subcontractor will deliver to the Contractor, for review and approval, a detailed breakdown of the Subcontract Amount showing a Schedule of Values for the various parts of the Work. Once accepted, this Schedule of Values will be used as a basis for payment of the Subcontractor's monthly Requisition. If the Owner agrees to pay for stored materials, Subcontractor may include stored materials in its Requisition subject to the Owner's and Lender's approval and requirements, and providing adequate insurance coverage and transferring title to those materials free and clear of all liens. Requisitions shall be submitted monthly on or before the 25th day of the month or on a schedule to be furnished to the Subcontractor by the Contractor. Failure to submit any such Requisition on a timely basis may result in the postponement of payment under such Requisition until payment on the next Requisition is due. The Subcontractor shall only be entitled to payment in the amount approved by the Contractor and the Architect or Owner with respect to said Requisitions. The value of any materials, equipment and Work included in a Requisition for payment which is found unacceptable by the Contractor or the Architect may be deducted from that or any subsequent Requisition.

Retainage held on the Subcontractor shall be reduced at Substantial Completion as and when Owner releases retainage to Contractor. Retainage shall be paid to Subcontractor less such amounts as the Architect or Contractor shall determine for all incomplete Work and unsettled claims as provided for in the Contract Documents. Retainage shall be paid upon Contractor's receipt of such retainage from the Owner, with receipt of such retainage from Owner being a condition precedent to Contractor's obligation to pay retainage.

In addition to the foregoing requirements, final payment, constituting the entire unpaid balance of the Subcontract Amount, shall be due only when the Subcontractor shall execute and deliver to the Contractor a final release and lien waiver, in a form satisfactory to the Contractor, of all claims of the Subcontractor against the Owner and Contractor, an affidavit listing all sub-subcontractors, material men, and union benefits payments (where applicable) and certifying that there are no liens, claims or demands by sub-subcontractors, materialmen, laborers, other employees or third persons, and a certificate from the appropriate state and local taxing authority evidencing payment of all applicable taxes and provide all as-built drawings, maintenance manuals and warranties necessary or required in connection with the Work. The Subcontractor's acceptance of final payment shall constitute full and final settlement of all obligations of the Owner and Contractor to the Subcontractor with respect to this Subcontract, except those claims which Subcontractor has specifically reserved in writing, with amounts of each such claim specified. Failure to specify the amount of any claim so reserved shall constitute a waiver of such claim.

**ARTICLE 5:  TIME.**

The Subcontractor agrees to perform the Work diligently and to provide a sufficient number of properly skilled and supervised workmen in accordance with the directions of the Contractor and in compliance with the project schedules of the Contractor.  It is specifically understood that time is of the essence for the performance of the Subcontractor's obligations under this Subcontract.  If at any time Subcontractor's actual progress is inadequate to meet the requirements of this Subcontract, Contractor may notify Subcontractor who shall then take such steps as may be necessary to improve its progress.  If within a reasonable period as determined by the Contractor, Subcontractor does not improve its performance to meet the currently approved progress schedule, Contractor may require an increase in Subcontractor's labor force, number of shifts, overtime operations, weekend work, all without additional cost to the Contractor.  Neither such notice, nor Contractor's failure to issue such notice shall relieve Subcontractor of its obligation to achieve the quality of Work and the rate of progress required by this Subcontract.  Project float provided for in the project schedule is for the exclusive use of the Contractor and Contractor may backcharge to the Subcontractor damages suffered by the Contractor caused by a delay of the Subcontractor in the performance of this Subcontract.

**ARTICLE 6:  EXTENSIONS.**

The Subcontractor agrees that it shall have no claim for money damages or additional compensation for delay no matter how caused, but for any delay or increase in the time required for performance of this Subcontract not due to the fault of the Subcontractor, the Subcontractor shall be entitled only to an extension of time for performance of its Work. Written notice of all claims for any extension of time shall be submitted to Contractor within ten (10) days of the date when Subcontractor knows (or should know) of the event which causes such delay, or such claim shall be considered waived by Subcontractor.

The Subcontractor shall be entitled to an extension of time for performing and completing the Subcontract Work upon the same terms and conditions that an extension of time is allowable under the Contract Documents.

**ARTICLE 7:  BONDS.**

If Bonds are Required (as determined from the first page of this Subcontract), the Subcontractor shall, prior to commencing work under the Subcontract, execute and deliver to the Contractor performance and payment bonds each in the penal sum equal to the Subcontract Amount and in the form attached hereto as Exhibit "M" and with sureties acceptable to the Contractor.  The Subcontractor's failure to furnish any required bonds within ten (10) days of the execution of this Subcontract shall be grounds for termination of this Subcontract, at the sole discretion of Contractor.

**ARTICLE 8:  SUBCONTRACT TERMS AND CONDITIONS.**

**8.1  Scope of Work.**  The intent of the Contract Documents is to include all items necessary for the proper execution of the Work.  The Contract Documents are complementary, and what is required by one shall be binding as if required by all.  Items omitted from the Contract Documents shall be included within the scope of the Work if they are required by applicable law, regulation, or code, if they are reasonably inferable from the intent of the Contract Documents, or if they are necessary to produce the intended results.

**8.2  Performance of Work.**  The Subcontractor agrees to perform, obtain, furnish and provide at its expense all work, labor, materials, tools and equipment necessary to complete the Work in a good and workmanlike manner, in accordance with the Contract Documents to the full satisfaction of the Architect, Contractor and Owner and in compliance with the directions and job schedule of the Contractor and in proper cooperation with the Contractor and other subcontractors so as not to delay or otherwise interfere with or obstruct their work.  The Subcontractor agrees to cleanup after the Subcontractor's Work, failure to do so expeditiously, after notification by the Contractor, said cleanup may be completed by Contractor, and charged to the Subcontract account by reducing the outstanding Subcontract balance an/or retainage.

The Subcontractor agrees to proceed at once to prepare all required shop drawings, samples, certificates and similar information which will meet with the approval of the Contractor and Architect, and to furnish said required submissions within two (2) weeks of the execution of this Subcontract or such other reasonable period of time as is specified in writing by the Contractor.  By submitting shop drawings and samples, the Subcontractor represents that the Subcontractor has determined and coordinated all field and shop measurements, field construction criteria, catalog numbers and similar data and that the Subcontractor has checked and coordinated each shop drawing and sample with the requirements of the Work and Contract Documents.  The Subcontractor shall give the Contractor notice of, and opportunity to be present at, all inspections and testing with reference to the Work. The Subcontractor agrees that the Architect shall have the authority to

Long Form 7_1_06

reject Work which does not conform to the Contract Documents.  The Subcontractor shall, within twenty-four (24) hours or such reasonable time as the Contractor allows, at its own cost and expense, repair or replace all Work or materials rejected by the Architect, Contractor, or Owner as defective or failing to conform to the Contract Documents, whether such defect is observed before or after Final Completion of the Work and whether or not fabricated, installed or completed.

**8.3  Dependence of Work.** If the Subcontractor determines that any previous work required to be performed under the Contract Documents, or any portion of work on which the Subcontractor's Work is dependent is not in accordance with the Contract Documents, the Subcontractor shall, prior to commencing that portion of the Work, promptly notify the Contractor in writing.  Commencement of work in a particular area will be acknowledged as acceptance of the surfaces and conditions within that particular area and any further preparation or cleaning of the area after acceptance will be the Subcontractor's responsibility.

**8.4  Statutory and Regulatory Compliance**.  The Subcontractor shall promptly notify the Contractor and Architect in writing of any variance between the Contract Documents and applicable laws, statutes, ordinances, regulations and building codes of the locality in which the Work is done, as well as any conflict among the Contract Documents which the Subcontractor discovers or should have discovered (based on the experience of experienced subcontractors performing the type of work described in Exhibit B) or by reasonable study of said Contract Documents.  If the Subcontractor proceeds without instructions from the Contractor, the Subcontractor shall do so at its own risk.  Any instruction to the Subcontractor shall be given in writing, and any claims of the Subcontractor derived from such instructions shall be governed by Paragraph 8.12.

If the Subcontractor performs any Work knowing it to be contrary to any applicable law, ordinance, rule, regulation or building code, the Subcontractor shall assume full responsibility for and shall bear all costs attributable to that Work.  The Subcontractor shall defend, indemnify and hold harmless the Contractor and Owner for any loss or damage resulting from such violation.

The Subcontractor shall, at its own cost and expense, apply for and obtain all necessary licenses and permits and shall pay all fees and inspections necessary for the proper execution and completion of its Work.  The Subcontractor shall pay all sales, consumer, use and all other applicable taxes for the Work or portions of the Work, and shall provide reasonable evidence of such payment.

**8.5  Equal Opportunity Compliance/Non-Discrimination**.  During the performance of this Subcontract, the Subcontractor agrees as follows:

**8.5.1**  The Subcontractor will not discriminate against any employee or applicant for employment because of race, creed, color, sex, sexual preference,  national origin, ancestry, age, religion or liability for services in the armed forces of the United States.  The Subcontractor will take affirmative action to ensure that applicants are employed and that employees are treated during their employment without regard to their race, religion, color, sex or national origin.  Such action shall include, but not be limited to, employment, promotion, demotion or transfer, recruitment or recruitment advertising, lay-off or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship.  The Subcontractor agrees to post in conspicuous places available to employees and applicants for employment notices to be provided by the Contractor setting forth the requirements of the Equal Opportunity Clause.

**8.5.2**  The Subcontractor will, in all solicitations or advertisements for employees placed by or on behalf of the Subcontractor, state that all qualified applicants will receive consideration for employment without regard to race, religion, sex, sexual preference, national origin, ancestry, age, or liability for services in the armed forces of the United States.

**8.6  Contractor's Rights and Remedies**.

**8.6.1**  The Contractor shall have the right, without invalidating this Agreement, to make changes in the Work to be performed under this Subcontract.  Such changes may consist of (i) changes in the scope of the Work as such is defined in the Contract Documents; (ii) changes in the Work (including deletions of portions of the Work) ordered by the Contractor; or (iii) changes in the Work which occur as a result of the Subcontractor's default in the performance of its obligations under this Subcontract.  Adjustment of the Subcontract Amount for the changes described in (i) and (ii) above shall be determined according to the manner set forth in the Contract Documents for reimbursement of Change Orders; adjustment of the Subcontract Amount for the changes described in (iii) shall be determined in the manner set forth in Paragraph 8.6.2.

Long Form 7_1_06

**8.6.2**  If the Subcontractor at any time defaults in any of its obligations under this Subcontract, neglects to carry out the Work in accordance with the Contract Documents, fails to supply a sufficient number of properly skilled workmen or materials of the proper quality or quantity, fails in any respect to prosecute the Work promptly or diligently, or fails to maintain the Contractor's job schedules the Contractor may, after twenty-four (24) hours' written notice to the Subcontractor (unless Subcontractor cures such default within said period or, if more time is required to complete the cure, commences such cure within said period and diligently and promptly completes such cure) and without prejudice to any other remedy he may have (i) provide any such labor and materials and deduct the cost thereof from any money due or thereafter becoming due to the Subcontractor or (ii) terminate the employment of the Subcontractor and enter upon the Project and take possession of all materials and equipment whatsoever thereon, including, without limitation, all materials stored on or off site, and employ any other person or persons to finish the Work and provide materials therefore.  If the Contractor undertakes to correct such deficiencies provided in (i) of this Paragraph or to terminate this Subcontract as provided in (ii) of this Paragraph, the Subcontractor shall not be entitled to receive any further payments under this Subcontract until all work at the Project is completed.

In the event the Contractor undertakes to correct the Subcontractor's deficiencies pursuant to (i) above and not terminate this Subcontract, appropriate Change Order(s), under Paragraph 8.13, shall be issued, deducting from the payment then or thereafter due (a) all of the Contractor's direct and indirect costs of correcting such deficiencies or completing the Work and (b) the cost to the Contractor of any delay made necessary by the Subcontractor's default, neglect, failure or termination; whereupon the Subcontract Amount shall be appropriately reduced by any of the above costs.  If the cost of such remedial action shall exceed the unpaid balance of the Subcontract Amount, the Subcontractor shall promptly pay such difference to the Contractor. If the cost of completing the Work of this Subcontract exceeds the unpaid balance of the Subcontract Amount, the Subcontractor shall promptly pay such difference to the Contractor.

**8.6.3**  Additionally, the Contractor shall have the right to terminate this Subcontract pursuant to the provisions of Paragraph 8.6.2 if the Subcontractor (i) shall file for bankruptcy protection or generally become involved in financial difficulties so that it is unable to pay its debts generally as they become due or (ii) shall suffer adverse changes in its financial position which substantially impede the Subcontractor's performance under this Subcontract

**8.6.4**  In the event of a termination of the Work not caused by a default of the Subcontractor, including those caused by the failure or refusal of the Owner to approve the Subcontract or the failure of the Owner and Contractor to enter into a General Contract, the Subcontractor shall be compensated for the cost of the work completed prior to termination and to the amount for which the Contractor is first compensated by the Owner, but shall not be entitled to any overhead or profit on that portion of the Work which is not performed.  Receipt of payment from Owner for such termination shall be a condition precedent to Subcontractor's right to receive payment hereunder.  Any claims of the Subcontractor arising out of the Subcontractor's termination pursuant to this paragraph shall be governed by Paragraph 8.12.

**8.7**  **Assignment**.

**8.7.1**  Assignment by Contractor.  The Contractor may assign its rights and obligations under this Subcontract to the Owner and/or Owner's lenders.  The Contractor shall remain primarily liable under this Subcontract for the performance of all the Contractor's obligations set forth in this Subcontract until the time such assignment becomes effective, whereupon the Contractor shall be relieved of any and all of its obligations under this Subcontract, the Subcontractor agreeing to accept such assignee and the substitution of the Contractor, and shall look solely to the assignee for payment.  It is agreed that in the event of such assignment the Subcontractor shall remain bound by the terms of this Subcontract.

In the event of a termination of the General Contract between the Owner and the Contractor for any reason, this Subcontract may, at the sole option of the Owner or its lender providing construction financing, be assigned to the Owner or any lender providing construction financing or assigned to another contractor, and the Subcontractor shall continue to work as though this Subcontract was with the assignee.  Said assignment shall become effective only upon written notice by the Owner or such lender that the Owner or such other contractor is assuming this Subcontract.  The Subcontractor shall execute any instruments necessary to confirm such assignment.  By executing this Subcontract, the Subcontractor confirms and assents to the aforementioned rights of assignment and assumption.

**8.7.2**  Assignment by the Subcontractor.  The Subcontractor acknowledges and agrees that neither this Subcontract nor the Work, nor any part of the Work, nor the Subcontractor's right to receive payment under this  Subcontract shall be assigned nor sublet without the prior written consent of the Contractor, and any attempt to do so shall constitute an abandonment by the Subcontractor of this Subcontract and an additional cause for termination pursuant to Paragraph 8.6.  Any such assignment shall be void, and the assignee shall acquire no rights in this Subcontract or to any payment due under this

Subcontract.  No sub-subcontract or assignment by the Subcontractor shall under any circumstances operate to relieve the Subcontractor of its obligations under this Subcontract.

**8.8   Indemnification**.   To the fullest extent permitted by law, the Subcontractor hereby releases and shall defend, indemnify and hold harmless the Contractor, Owner, Architect and their respective agents, officers, employees and partners (hereinafter collectively "Indemnitees") from and against all claims, damages, losses, expenses (including, but not limited to reasonable attorneys' fees), liabilities, interest, judgments , whether arising before or after completion of the Work hereunder, which (i) are attributable to injury, sickness, disease, or death or to injury or to destruction or damage to property (other than the Work itself), including loss of use there from and (ii) are caused , or claimed to be caused, in whole or in part by any default or negligent act or omission of the Subcontractor, its sub-subcontractor(s) or anyone directly or indirectly employed by any of them or anyone for whose acts any of them may be liable, regardless of whether or not it is caused in part by a party indemnified under this Subcontract; and (iii) are caused, or claimed to be caused, by breach of Subcontractor of any representation, warranty, covenant, or performance obligation of this Subcontract.   Such indemnification shall not include claims of, or damages resulting from, gross negligence, or willful, wanton or intentional misconduct of the Contractor or its  officers, directors, agents or employees, or for  statutory violation or punitive damages except and to the extent the statutory violation or punitive damages are caused by or result from the acts or omissions of the Subcontractor or any of the Subcontractor's contractors, subcontractors, sub-subcontractors, materialmen, or agents of any tier or their respective employees.  The parties mutually acknowledge  that the amount of indemnity  provided for herein is equal to the limits of aggregate insurance provided by Subcontractor under this Agreement or $1 Million, whichever is greater, and that the requirements of  §725.06, Fla. Stat. as modified by Chapter No. 2001-211 (SB-428) have been fulfilled and apply to this section.  The aforesaid indemnification obligation shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor Workmen's Compensation, Disability Benefit Acts or other employee benefit acts.  Subcontractor specifically waives any immunity provided against this indemnity by worker's compensation statute. The Subcontractor shall provide in the policy of comprehensive general liability insurance required by this Subcontract a contractual indemnity endorsement which insures Subcontractor's liability under the provisions of this Paragraph.

**8.9   Insurance**.

**8.9.1**   The Subcontractor shall purchase and maintain such insurance as will protect itself from claims set forth below, which may arise out of, or result from its operations under this Subcontract, whether such operations be by itself, or by any sub-subcontractor, or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable, including coverage for the following:

1)   Claims under Worker's or Workmen's Compensation Disability Benefits, and other Employee Benefit Acts required by the state in which the project is located, whether or not Subcontractor utilizes leased employees, or labor services for its Work;

2)   Claims for damages because of Bodily Injury, occupational sickness or disease, or death of its employees or other persons;

3)   Claims for damages, other than to the Work itself, because of injury to, or destruction of tangible property, including loss of use resulting there from;

4)   Claims for damages because of Bodily Injury, or death of any person, or property damage, arising out of the ownership, maintenance, or use of any motor vehicle; and

5)   "COMPLETED OPERATIONS" Coverage which shall remain in effect for a minimum of one (1) year after acceptance of the Contractor's completed work by the Owner, or throughout the warranty period (under the Contract Documents and applicable state statutes), whichever is longer.  (A Specific Endorsement may be required to all Subcontractor's Liability Insurance Policies, showing this extension of coverage).

6)   Claims which may arise out of or result from explosion, collapse or underground (XCU) operations.

**8.9.2   The Limits of Liability Shall Not be Less Than The Following**:

**GENERAL LIABILITY**

Long Form 7_1_06

| Bodily Injury & Property Damage | $1,000,000.00 per occurrence |
| General Aggregate | $1,000,000.00 per project |
| Products & Completed Operations | $1,000,000.00 annual aggregate |
| | |
| Automobile Liability | $1,000,000.00 Combined single limit |
| | |
| Employers Liability/ | $  500,000.00 each accident or statutory limits |
| Worker's Compensation | $  500,000.00 disease per employee or statutory limits |
| | $  500,000.00 disease policy aggregate or statutory limits |
| | |
| Umbrella Liability | $3,000,000.00 per occurrence |
| | $3,000,000.00 per project aggregate |

**8.9.4**  The insurance required by Subparagraph 8.9.1 above shall include Contractual Liability Insurance Coverage, applicable to the Subcontractor's obligations under paragraph 8.8 of this Agreement.  Such insurance shall include a Waiver of Subrogation in favor of Contractor, Owner, their subsidiaries and affiliates.  In the event an endorsement is required in order to obtain such Waiver of Subrogation, Subcontractor shall cause the policies to be so endorsed.

**8.9.5**  Certificates of Insurance acceptable to the Contractor and/or the Owner, shall be filed with the Contractor prior to commencement of the Work.  These Certificates of Insurance shall contain a provision that coverage afforded under the applicable policies will not be canceled, altered, or amended, or not renewed, unless at least thirty (30) days prior written notice has been given the Contractor.  This thirty (30) day notice requirement must also appear, by Endorsement, on all Subcontractor's policies.  The Subcontractor, if requested, shall provide to Contractor copies of its complete insurance policies, certified if requested, which evidence coverages required by this Agreement.  Insurance coverages must be provided in a format acceptable to Contractor by insurance companies licensed to do business in the State, and acceptable to the Contractor and/or the Owner.

**8.9.6**  The Subcontractor shall name the "Contractor, the Owner and/or any other interested parties as designated by the Owner", as Additional Insureds on a primary, non-contributing basis on all Liability Policies of the Subcontractor, throughout the duration of the Project on ISO form CG 2010 (11/85 ed.), or its equivalent , and shall continue to so name those entities on those policies upon their renewal for the additional two (2) years after acceptance of the Contractor's completed work by the Owner. Subcontractor shall provide reasonable evidence of completed operation coverage if required by Contractor as a condition precedent to final payment. The Liability Policies will provide defense and indemnity to the Additional Insureds for any and all claims arising out of the Subcontractor's work.  The insurer's defense and indemnity obligations shall not be limited to claims in connection with the Contractor's supervision of the Subcontractor's work.

The Subcontractor agrees to notify the Contractor of any substantial claims (paid or reserved) applied against the aggregate of any of the required insurance policies.  The full aggregate general liability policy limits required above shall be available with respect to the Subcontractor's obligations hereunder, and the Subcontractor shall obtain a project specific aggregate limit endorsement confirming such coverage.

**8.9.7**  Property Insurance Coverage may be provided by the Owner, and may be limited to coverage for the Owner, Mortgagee and Contractor only, and limited to the perils of Fire, Lightning, Explosion (excluding Steam Boilers), Wind, Hail, Riot or Civil Commotion.  Each Subcontractor may be responsible for any deductible amount assessed on any covered property loss, if insured.

**8.9.8**  The Subcontractor, and/or sub-subcontractors and/or suppliers who supply materials for the work, shall be solely responsible for, and pay for the protection of and insuring the materials at all times, including while stored off premises and while the materials are in transit to the job site, until incorporated into the Work and transferred to and accepted by the Owner.  If materials and equipment are to be paid for prior to incorporation into the Work and transfer to the Owner, the Subcontractor shall purchase and maintain insurance coverages on the property, in a format protecting the property, regardless of its location, for the "All Risk or Risks of Physical Loss" type perils, which are to include Weather damage, Theft, Vandalism, and Malicious Mischief.  Such insurance shall include a Waiver of Subrogation in favor of Contractor, Owner, their subsidiaries and affiliates.  In the event an endorsement is required in order to obtain such Waiver of Subrogation, Subcontractor shall cause the policies to be so endorsed.   Any Deductible Clause chosen shall be the sole responsibility of the Subcontractor, and shall be subject to the written approval of the Contractor and/or the Owner.  This insurance shall be in a format acceptable to the Contractor and/or the Owner, and shall insure for the "Replacement Cost"

of the materials with no Co-Insurance applicable.  The Contractor and/or the Owner, As Their Interest May Appear, shall be the "Loss Payee" on any such policy, if so requested.  Evidence of coverage, acceptable to the Contractor and/or the Owner, shall be provided by the Subcontractor prior to payment being made by the Contractor and/or the Owner for the materials.

**8.9.9**    At all times, and under all conditions, the Subcontractor is solely responsible for any and all of its equipment, tools, materials, and the like, which are not intended to be incorporated into the work, whether owned, leased, rented, borrowed, or otherwise.

**8.9.10**  In the event the Subcontractor fails to obtain and maintain the required insurance coverage, or to provide the policies and/or the certificates of such insurance, then Contractor, in addition to, and without limiting any other rights or remedies Contractor may have under this Subcontract or otherwise at law or in equity, may, but shall not be obligated to, take any and all actions Contractor reasonably deems necessary to obtain the necessary coverages on Subcontractor's behalf and backcharge all cost incurred to Subcontractor.  This paragraph shall survive completion of the Work.

**8.10**  <u>**Warranty**</u>.  The Subcontractor warrants to the Contractor, Architect and Owner that all materials and equipment furnished under this Subcontract shall be new unless otherwise specified in the Contract Documents, applicable state statutes,  and that all of the Work shall be of good quality, free from fault and other defects and in conformance with the Contract Documents.  All work not conforming to these requirements, including substitutions not properly approved, may be considered defective.  The Subcontractor shall execute a written guaranty and warranty applicable to all phases of the Work in accordance with this Subcontract and all other applicable provisions of the Contract Documents pertaining to warranties and guarantees.

Warranties shall commence as of the date of the Final Completion of all work at the Project and shall continue for a period of no less than one year unless a longer period is otherwise provided in the Contract Documents or unless the manufacturer provides a longer warranty. All guarantees shall be enforceable directly by the Owner if the Owner so elects.   The Subcontractor warrants and guarantees that title to all work, materials and equipment covered by a Requisition shall vest with the Contractor on or before the receipt of payment by the Subcontractor, free and clear of all liens, claims, security interests or encumbrances (hereinafter referred to as "liens"); and that no work, materials or equipment covered by a Requisition shall have been acquired by the Subcontractor or any other person performing the Work at the site or furnishing materials and equipment for the Project, subject to an agreement under which an interest therein or lien thereon is retained by the seller or otherwise imposed by the Subcontractor or such other person.

The Subcontractor further warrants that the materials and equipment furnished under this Subcontract shall not infringe any valid patent, copyright or trademark and that the Subcontractor shall indemnify and hold harmless the Contractor, Owner and Architect from and against any loss or damage, including attorneys' fees, which results directly or indirectly from any infringement, or any action or claim of infringement.

Subcontractor further warrants that it shall be responsible for all statutory warranties required of Contractor under Florida law, as applicable to Subcontractor's Work.

**8.11** <u>**Construction Liens**</u>.  Subcontractor hereby agrees to defend, indemnify and hold harmless Contractor, Owner and any applicable sureties from and against any laborer's, materialmen's or other similar lien or bond claim filed or asserted by Subcontractor or any of its sub-subcontractors, materialmen or suppliers (of any tier) in connection with the Work. In the event that such lien or bond claim is filed, Subcontractor shall, upon forty-eight (48) hours' written notice, cause such lien or bond claim to be released and discharged, or file a bond to secure discharge of such lien or bond claim.  In the event that Subcontractor shall fail to do so, Contractor shall have the right to pay all sums necessary to obtain the release of such lien or claim and discharge or to file a bond in lieu of such lien (including reasonable attorneys' fees, bond or other premiums and costs).  Contractor shall have the right to deduct all amounts so incurred from this Subcontract Amount.

**8.12**  <u>**Claims**</u>.  The Subcontractor shall not make any claims for additional compensation for any work performed by the Subcontractor or for damages sustained  by the Subcontractor  by reason of any act or omission of the Contractor, Owner, or Architect during the performance of this Subcontract unless such work is done pursuant to, or such damages are sustained as a result of, a written order from the Contractor and such claim is made in the manner set forth in the Contract Documents.  Notice of all such claims (including disputes over the scope of work and requests for extensions of time) shall be given to the Contractor in writing within ten (10) business days (unless a shorter period is specified in the Contract Documents) after the occurrence of the event giving rise to such claim, or the claim shall be considered waived and abandoned by the Subcontractor.  In connection with any such claims, the Contractor agrees to allow the Subcontractor to

Long Form 7_1_06

use the Contractor's name in procedures set up in the Contract Documents or as provided by law for the prosecution of such claims. The Contractor further agrees, upon reasonable notice, to include any claims of the Subcontractor in any action brought by the Contractor against the Owner. The Subcontractor agrees to become a party to and be bound by any legal and/or arbitration proceedings involving the Contractor, the Architect, or the Owner to the extent that such proceedings involve any of the rights or obligations of the Subcontractor. The Subcontractor agrees to be bound by the results of any proceedings in the same manner that the Contractor is bound by such results under the Contract Documents.

The parties mutually, knowingly, and voluntarily acknowledge the waiver of a jury trial, and agree that any litigation will be decided by a Court of competent jurisdiction without a jury.

Contractor superintendents and other field personnel are not authorized to approve a change to this Subcontract or extra work under this Subcontract. Contractor superintendents and field personnel can verify the amount of time and materials Subcontractor devotes to work, for which the Subcontractor claims it is entitled to extra compensation, but such verification shall not constitute agreement that the work in question is extra work entitling Subcontractor to additional compensation. The Contractor project manager is authorized to approve changes (increases or decreases) involving amounts up to $15,000.00; larger amounts require the approval of Contractor project executives, vice presidents, or the President.

In the event of a claim, dispute or any other matter in question arising out of or related to the provisions of this Paragraph 8.12, the Subcontract or the breach thereof, the Subcontractor shall carry on the Work and maintain the job progress schedule as directed by the Contractor during any proceedings to settle the dispute, unless otherwise directed by the Contractor in writing. In no event shall delay in the resolution of any dispute excuse the prompt performance of the Work. The Subcontractor understands that no officer, employee or other representative of the Owner or Contractor has authority to waive compliance with this provision, except for the President or a Vice President.

**8.13 Changes**. All changes to this Subcontract and all changes in the scope of the Work, except those resulting from Subcontractor's default in the performance of its obligations under this Subcontract, shall be confirmed in a writing signed by the Contractor and Subcontractor after the ordering of such change, pursuant to Paragraph 8.6.1 by the Contractor.

**8.14 Cooperation**. The Subcontractor agrees to procure materials and supplies from such sources and to perform all of its Work on the Project with labor and subcontractors that will work harmoniously with other elements of labor involved in the construction of the Project.

In the event any labor dispute or difficulty is created by or results from the operations of the Subcontractor in connection with the Work, and causes or results in a delay, interference or stoppage of any portion of the Work, or any portion of the work of Contractor or any other subcontractor, and such delay or interruption continues in the aggregate for two (2) or more business days, the Contractor may terminate this Subcontract pursuant to Paragraphs 8.6.2 and/or 8.6.3 of this Subcontract and the Contractor shall have all of the rights and remedies provided in this Subcontract or at law. The Subcontractor expressly agrees not to participate in or accede to any stoppage in the Work which may result from any labor dispute.

**8.15 Records**. With respect to all or any portion of the Work, including, but not limited to each Change Order (Paragraph 8.13) or claim for extra compensation, the Subcontractor shall keep separate and accurate records of accounts in a manner acceptable to the Contractor with respect to all of its costs directly allocable to the Work and shall, upon request by the Contractor, make such records, invoices and other information pertaining to the Work available for inspection by the Owner and Contractor or other designee for the limited purpose of verifying requests for payment when costs are the basis of such payment and for evaluating the reasonableness of proposed Subcontract price adjustments and claims. Such records shall be maintained in such a manner as to permit all costs incurred in connection with the performance of this Subcontract to be specifically identified.

To the extent required by law or the Contract Documents, payrolls and other records for all laborers and mechanics employed in the construction of the Project shall be maintained during the course of the Work and preserved for a period of three (3) years following Final Acceptance. Payroll records shall contain the name, address, social security number, hourly wage, daily and weekly number of hours work, gross wages earned, deductions made, actual wages paid and benefits, if any, paid. To the extent required by law or the Contract Documents the Subcontractor and all sub-subcontractors shall, on a weekly basis, provide copies of such payroll records to the Contractor. To the extent required by law or the Contract Documents, the Subcontractor and all sub-subcontractors shall provide the Contractor with monthly reports in a form and manner acceptable to the Contractor which shall set forth the total number of workmen employed on the Project, as well as the total number of minority and female workers and apprentices, and any other such records required by the Contract Documents, all such totals itemized by trade classifications.

Long Form 7_1_06

**8.16** **Disputes**. Any claim for an adjustment to the Subcontract Sum or Time of performance which cannot be resolved by negotiation shall be considered a dispute within the meaning of this section. For all claims in excess of $50,000.00, Subcontractor shall certify that the claim is made in good faith; that the supporting data is accurate and complete; and that the amount requested accurately reflects the adjustment for which Subcontractor believes that Contractor is responsible. Notwithstanding any provision contained in any Contract Documents requiring arbitration, Subcontractor agrees that any specific dispute under this Subcontract with a claim less than $50,000.00 shall be submitted to arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, upon Contractor's election. Each such dispute which is submitted to arbitration shall be heard before the American Arbitration Association in the State, which shall be West Palm Beach, Florida in the case of projects located in Florida or states served by the West Palm Beach office of the American Arbitration Association, unless the Contractor and Subcontractor agree on some other location. All disputes (single or aggregate) which exceed $50,000.00 or where injunctive relief is sought, shall be decided by a court of competent jurisdiction, trial by jury being expressly waived, unless the parties agree otherwise. Subcontractor agrees to pay all reasonable attorneys' fees and costs of litigation incurred by the Contractor in enforcement of the provisions of this Subcontract, or the collection of damages for Subcontractor's breach of same.

The Subcontractor agrees, upon Contractor's written demand, to become a party to and be bound by any arbitration , litigation or other proceeding involving the Contractor, the Architect or the Owner to the extent that such proceedings involve any of the rights or obligations of the Subcontractor under this Subcontract.

Contractor and Subcontractor agree that for all disputes under this Subcontract, responsible persons selected by each party will meet together and use good faith efforts (including exchange of all necessary documentation) to resolve the issue between them within fifteen (15) days of the written request of either party. The holding of at least one such "principal's meeting" shall be a condition precedent to mediation. In the event the dispute is not resolved by the principal's meeting, the Contractor and Subcontractor agree to attempt in good faith to resolve the dispute by non-binding mediation with a mediator mutually agreed to by Contractor and Subcontractor. Mediation shall be initiated by a written request from the Contractor or Subcontractor to the other specifying the dispute(s) to be mediated. Such mediation shall be a condition precedent to the commencement of litigation or arbitration, unless delay would irrevocably prejudice Contractor or Subcontractor in which event the litigation or arbitration, as the case may be, may be commenced but shall be stayed pending mediation under this provision. If the dispute has not been resolved pursuant to the mediation procedure within 30 days of the commencement of such procedure, which shall mean the first joint session with the mediator, the dispute shall be determined in accordance with the provisions of the first paragraph of this Paragraph 8.16. The fees and expenses of the mediator shall be borne equally by the Contractor and Subcontractor.

The prevailing party in any dispute shall be entitled to recover its reasonable attorneys' fees, expert consultation fees and costs incurred in the course of such dispute from the date of a request for mediation through conclusion by trial or arbitration, including any appeals.

**8.17** **Miscellaneous**.

**8.17.1** **Discipline**. The Subcontractor shall at all times enforce strict discipline and good order among its employees and the employees of its sub-subcontractors and suppliers and shall not employ on the Work any unfit person or anyone not skilled in the task assigned to him or her. The Subcontractor agrees to remove from the Work any worker or supervisor against whom Contractor, Owner or Architect has reasonable objection.

**8.17.2** **Safety**. Provision of a safe and healthy work site for Subcontractor's employees (including the provision of all required training and/or appropriate personal protective equipment) is Subcontractor's sole responsibility. The Subcontractor shall comply with all provisions of the regulations adopted thereunder, the State's Right to Know Law, OSHA regulations and Contractor's safety program (as applicable) all safety requirements of all applicable laws, ordinances, regulations, rules and orders of the locality in which the Work is done and shall hold the Contractor and Owner harmless from any and all fines, penalties, claims, damages, or losses resulting in a violation of the provisions of this Paragraph. The Subcontractor agrees to insert this clause in each of its sub-subcontracts and enforce the same.

**8.17.3** **Off-Site Storage**. The Subcontractor shall confine operations at the site to areas permitted by law, ordinance, permit and the Contract Documents, as such areas may be approved by the Contractor. All applicable storage sites, both on and off site locations, shall be subject to inspection at any reasonable time by representatives of the Owner, Architect or Contractor. The Subcontractor shall assume the risk of loss or damage to any materials, equipment, trailers or tools stored

DocuSign Envelope ID: 22E40BCB7-FE5C-4010-892B-68F09533FFC2

on-site, and the Contractor shall have no liability to the Subcontractor for the security of any property, tools, equipment, materials or work the Subcontractor stored on or off site.

**8.17.4   Clean-up**.  The Subcontractor shall, at its own expense, keep the Project free from accumulation of waste materials or rubbish caused by its operation, and shall remove the same in accordance with the directives of the Contractor and in accordance with the cleaning requirements of the Contract Documents as it applies to its Work.  Subcontractor shall broom clean its work site regularly and as may be required by the Contractor. On a daily basis Subcontractor shall remove all its waste materials and rubbish from and about the Project to a centrally located dumpster provided by others (unless Exhibit B provides otherwise), as well as properly store all its tools, construction equipment, machinery and surplus materials.

**8.17.5   Right of Offset.**  Any sum or sums chargeable to the Subcontractor under any provision of this Subcontract (except to the extent of personal injury or other damages covered by Subcontractor's insurance where Subcontractor's insurer acknowledges coverage and assumes all liability), may, at the election of the Contractor, be deducted from any payments otherwise due or to become due to the Subcontractor under this or any other subcontract between the Contractor (including any subsidiary or affiliate of Contractor, any entity which is at least fifty percent owned or controlled  by the owner of Contractor, or any joint venture in which Contractor or any of the foregoing is a venturer) and the Subcontractor with any remaining amounts due to Contractor to be paid by Subcontractor, or the Contractor may sue the Subcontractor and recover damages.

**8.17.6   Maintenance of Equipment**.  The Subcontractor warrants and shall insure that all construction tools, equipment, temporary facilities and other items used by the Subcontractor in accomplishing the Work, whether purchased, rented or otherwise provided by or to the Subcontractor, are in a safe, sound and good condition and capable of performing the functions for which they are intended and are maintained in conformance with applicable laws, regulations, manufacturer's recommendations and good engineering practice.

**8.17.7   Signage**.  The Subcontractor shall not, without the Contractor's and Owner's prior written consent, install or maintain any sign, trademark or advertisement or other identification symbol in or about the Project (including, but not limited to any tower cranes, manlifts, scaffolding or similar equipment).  The Contractor and Owner shall have the right, at the Subcontractor's expense and without notice to the Subcontractor, to remove any sign, trademark, advertisement or other identification symbol installed in violation of this Paragraph.

**8.17.8   Names in Event of Emergency**.  The Subcontractor shall furnish the Contractor and the Architect in writing the names, addresses and telephone numbers of members of the Subcontractor's organization to be called in the event of an out-of-hours emergency at the Project site.

**8.17.9   Effective Date**.  This Subcontract, and all terms and conditions hereunder (including, but not limited to indemnification and insurance obligations), shall take effect as of the date that Subcontractor performs any of the Work, whether on or off the Project site.

**8.17.10   Confidentiality of Information**.  The Subcontractor shall keep all information relating to the Project and the Subcontractor's Work and all information supplied to the Subcontractor by the Contractor or Owner as confidential and proprietary information of the Contractor, Owner and Architect and shall not permit its release to other parties or make any public announcement or publicity releases without the Contractor's and Owner's written authorization.

**8.17.11   Jurisdiction**.  The validity, interpretation and performance of this Contract shall be governed by the laws of the State in which the Project is located.

**8.17.12   Waiver**.  No action or failure to act by the Owner, Architect, Contractor or Subcontractor shall constitute a waiver of any right or duty afforded any of them under the Contract Documents, nor shall any such action or failure to act constitute an approval of or acquiescence of any breach under this Subcontract expect as may be specifically agreed to in writing.

**8.17.13   Separability**.  The duties and obligations imposed by the Contract Documents and this Subcontract and the rights and remedies available there under shall be in addition to and not in limitation of any duties, obligations, rights and remedies otherwise imposed or available by law.  Should any provision(s) of this Subcontract be invalid as a matter of law, such invalidity shall affect only such provision(s) and shall not invalidate or affect remaining provisions of this Subcontract.

Long Form 7_1_06

**8.18 Protection of the Work.**  It is understood and agreed that the work provided for in the Subcontract constitutes only a part of the work being performed on this Project for the Owner by the Contractor and other subcontractors.  The Subcontractor therefore agrees to perform the work called for in the Subcontract in such a manner that he will not injure or damage any other work performed by the Contractor or any other subcontractor, and the Subcontractor further agrees to furnish continuous and effective protection at all times for his own work-in-place and all materials stored for use under the Subcontract, and to bear and be solely liable for all loss and/or damage of any kind to or in connection with said work and materials at any time prior to the final completion and acceptance thereof, unless said loss or damage is caused by the sole negligence of the Contractor; and to pay or reimburse the Contractor on account of any damage or injury to the work or property of the Owner, the Contractor and other subcontractors caused by or arising from  the performance of its work as provided in the Subcontract, including the cost of replacing, repairing, refinishing or restoring any work damaged, removed or displaced in the course of correcting or repairing work or replacing materials hereunder which are rejected by the Owner, the Owner's Architect or Engineer or which are deemed to be at variance with the requirements of the Subcontract.

## ARTICLE 9:  FINAL AGREEMENT.

It is understood that this Subcontract, including all instruments incorporated into this Subcontract by reference, constitutes the full and complete agreement now existing between the parties.  All prior discussions, negotiations, proposals, quotes and/or agreements, verbal or written, are hereby merged into this Subcontract. The Contractor and Subcontractor have contributed to drafting this Subcontract and the terms and conditions of it shall not be construed against one party or the other.

IN WITNESS WHEREOF, Contractor and Subcontractor, for themselves, their successors, executors, administrators and assigns have executed this Agreement the day and year first above written.

DocuSign Envelope ID: 22E40BCB7-5E5C-4010-892D-68F09F33FFC2

**Suffolk Construction Company, Inc.**                                    **Page 1 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                 **Date:** 7/16/2018

---

EXHIBIT "B"

**PRECAST CLEANING & SEALING (BP-099)**

**SCOPE OF WORK**

**The purpose of this Exhibit "B" is to further define and clarify "The Scope of Work".**

This scope of work shall include all labor, materials, tools, staging, ~~permits~~, fees, licenses, hoisting, hauling, taxes, equipment and supervision required for the proper and complete performance of the **PRECAST CLEANING & SEALING** work in accordance with the Contract Documents and this Exhibit "B". The separation of those documents into various sections is for convenience only and is not intended in any way to limit the scope of this Agreement.

**INDEX TO EXHIBIT "B"**

Article 1:      Contract Documents
Article 2:      Submittals and General Coordination of Work
Article 3:      Licenses
Article 4:      Sales Tax
Article 5:      Labor Requirements
Article 6:      Project Schedule
Article 7:      Safety
Article 8:      Jobsite Management & Logistics
     8.1        Trash & Debris Removal
     8.2        Layout & Field Engineering
     8.3        Staging & Hoisting Requirements
Article 9:      Job Closeout & Punch-list Requirements
Article 10:     Change Order Management
Article 11:     General Information
Article 12:     Specific Scope of Work
     12.1       Quality Management Program
     12.2       Mock Ups
     12.3       Accepted Value Engineering
     12.4       Allowances
     12.5       Alternate Scopes of Work
     12.6       Unit Prices
     12.7       Labor Rates

**ARTICLE 1: THE CONTRACT DOCUMENTS**

1.      The scope of work for this Subcontract shall include, but not be limited to all Division 0 and Division 1 Specification Sections (General Requirements) and all the work in the following Specification Sections listed below.  The separation of the documents into various sections is for convenience only and is not intended in any way to limit the scope of this agreement.

| **Section** | **Description** |
|-------------|-----------------|
| N/A         | N/A             |

Subcontractor Initials _____                              SCCI Initials _____

**Suffolk Construction Company, Inc.**            **Page 2 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)          **Date:** 7/16/2018

The following specifications sections are applicable as required by the work of this Scope of Work:

| Section | Description |
|---------|-------------|
| N/A | N/A |

2.    It is understood that the work of this Subcontract is based upon the drawings, specifications, addenda, bulletins and other miscellaneous documents identified in the attached *"Exhibit A-1 Document List"*. This list represents all of the most current documents issued by the architect, engineers and/or consultants.

3.    This Subcontractor acknowledges that they have thoroughly examined all Contract Documents. Failure to be acquainted with the entire set of Contract Documents shall in no way relieve this Subcontractor from any obligation with respect to this work.

4.    This Subcontractor recognizes and acknowledges that while the Contract Documents are not complete in every detail, there is sufficient information to determine the requirements for a complete project and, as such, has included all work depicted and reasonably inferable to produce a complete project for their scope of work, consistent with the character and quality of the project. This Subcontractor's Work shall be 100% operable and functional and compatible in all respects with the other portions of the Work.

5.    It is understood that change orders will not be processed for existing conditions clearly visible at time of bid. A site visit is required prior to submission of a bid. By submitting a proposal, the Subcontractor acknowledges that it has made a comprehensive site visit.

6.    It is understood that Award of a Subcontract for this scope of work is subject to the Owner's approval.

7.    It is understood that voluntary alternative "equals" of specified products/materials/equipment or unlisted "equals" are subject to the approval of the Architect, Engineer, and the Owner. If any of these parties rejects the proposed substituted product/material for any reason, the Subcontractor shall provide the specified materials at no additional cost.

8.    This Subcontractor, by initialing this form, acknowledges that Suffolk Construction Company, Inc. has made the Owner/Contractor (Suffolk Construction Company, Inc.) Contract Agreement available for this Subcontractor's review prior to execution of this Subcontract Agreement in order for this Subcontractor to fully understand its contractual obligations with respect to this specific project.

## ARTICLE 2: SUBMITTALS AND GENERAL COORDINATION

9.    This Subcontractor is responsible to author Requests for Information ("RFI's") for any and all missing or conflicting information in the Contract Documents or field conditions. All RFI questions shall be identified and written early enough to allow for processing and answering by others so that this Subcontractor's work schedule is not impacted. In addition to the question, this Subcontractor shall suggest the most feasible solution in the RFI. No schedule extensions will be granted for failure to submit RFI's in a timely and/or proper fashion.

10.   Unless noted otherwise in this document, this Subcontractor shall submit shop drawings, calculations, product data submittals, samples, MSDS sheets, and safety plans within two (2) weeks after the award of this subcontract.

11.   This Subcontractor shall furnish and coordinate documents and models in compliance with the "BIM Exhibit" of this Subcontract Agreement.

Subcontractor Initials                  SCCI Initials

**Suffolk Construction Company, Inc.**                                          Page 3 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:**  Precast Cleaning ~~& Sealing~~ (BP-99)                    **Date:** 7/16/2018

12.     This Subcontractor shall fully utilize the Contractor's Procore project collaboration website to access, view, download, and upload all project documents including, but not necessarily limited to: Contract Documents, daily reports, drawing and specification revisions, RFI's, shop drawings and submittals (other than samples), 2D drawing files and 3D models, schedules, meeting minutes, testing and inspection reports, applications for payment, change order requests, safety documents, punchlists, close-out documents, etc. This Subcontractor shall still provide original paper documents to the Contractor upon request. The Contractor will provide all necessary login information and training for the website to the Subcontractor's staff.

13.     This Subcontractor shall provide submittals in the following quantities:

    a.   Samples – seven (7) of each
    b.   Signed and sealed shop drawings and calculations – eight (8) originals
    c.   Product data and non-signed and sealed shop drawings – electronically via Procore with additional paper copies as requested by Contractor
    d.   Warranties and Operating and Maintenance Manuals – electronically via Procore, plus six (6) originals

14.     Within seven (7) days of the date of the award, the Subcontractor will submit a detailed Schedule of Values for approval by the Contractor and Owner including line items for: Composite clean-up crew participation, Subcontractor's clean-up of Construction Waste (defined below), Subcontractor's General Conditions and General Requirements, any allowances, start-up and testing. Unless specifically included in this Subcontract, Subcontractor shall not be allowed to bill for mobilization or deposits. The Schedule of Values shall be organized by area (e.g., Site, Tower, and Garage) and floor/level, at a minimum.

15.     Within seven (7) days of the date of the award the Subcontractor will submit the following documentation:

    e.   Certificate of Insurance (must be submitted prior to commencement of the work on site)
    f.   Payment and Performance Bonds, if required
    g.   Site Specific Safety and Haz-Com Programs
    h.   Emergency contact names and phone numbers
    i.   OSHA 10 Training Certificate / First Aid Certificate / CPR Certificate for Foreman
    j.   Submittal Log and Schedule

16.     Within fourteen (14) calendar days of issuance of the Letter of Intent, this Subcontractor shall prepare and submit a material procurement log indicating all major materials required for completion of the Subcontractor's scope of work, indicating equipment / material manufacturer, purchasing durations, fabrication / manufacturing durations, delivery durations, and anticipated date that the materials will be delivered to the jobsite. These dates shall comply with Suffolk's project schedule.

17.     This Subcontractor will coordinate its activities on this project with that of other trades affecting or affected by its work.

18.     The Subcontractor shall provide for multiple mobilizations, as may be necessary for the performance of the work and its coordination with the work of other trades. There will be no change orders for this additional coordination/mobilization.

19.     Mandatory attendance at jobsite weekly meetings is required while manning the jobsite and for specific coordination. Days and times to be established upon project commencement. Attendees shall be a representative of the Subcontractor, having authority to make work force, financial, and schedule

Subcontractor Initials _____                    SCCI Initials 

**Suffolk Construction Company, Inc.**　　　　　　　　　　　　　　　　　　Page 4 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:**  Precast Cleaning ~~& Sealing~~ (BP-99)　　　　　　　　　**Date:**  7/16/2018

---

commitments.  Failure to attend this meeting shall entitle Suffolk to assess a ($500.00) fine for each meeting that this Subcontractor does not attend.

20.　　This Subcontractor is expected to attend coordination meetings.  It is understood that the Architect may not be obligated to provide electronic copies of CAD drawings or 3D models of the Contract Drawings for the Subcontractor's use in preparing shop drawings.  All coordination drawings are required to be submitted in an approved 3D format.

21.　　Each submittal must contain the following information and be clearly marked;

　　　　k.　Project name
　　　　l.　Date
　　　　m.　Name and address of Architect
　　　　n.　Name and address of Design Consultant
　　　　o.　Name and address of Contractor
　　　　p.　Named and address of Subcontractor
　　　　q.　Name and address of Supplier
　　　　r.　Name and address of Manufacturer
　　　　s.　Number and title of appropriate specification section
　　　　t.　Drawing number and detail references, as appropriate
　　　　u.　Other necessary identification

Submittals not having the above information listed will be sent back to the Subcontractor and no extension of contract time will be authorized because of failure to provide the submittals as required. The project specifications may have other additional requirements that must be followed.

22.　　In addition to the standard submittals and shop drawings required by this Subcontract and the project Contract Documents, this Subcontractor shall also provide a coordination model and drawings for all block-outs and recesses required for their work or occurring in their work.

23.　　This Subcontractor is responsible for coordinating the layout and installation of its work with all Contract Documents and the work of other trades in order to fit the several parts together without conflict. This Subcontractor shall review and coordinate its work, and provide coordination models and drawings with respect to reviewing existing conditions, and securing proper coordination/approval of finishes prior to executing its work.

24.　　Architect's/Engineer's and/or Contractor's review of submittals and shop drawings is not to be construed as a complete check nor relief from responsibility for errors of any sort, or from necessity of furnishing work required by the Contract Documents, which may not have been shown on shop drawings and/or submittals.

25.　　All materials shown shall be installed as indicated in the Contract Documents. If the Contract Documents do not thoroughly describe the methods to be used, this Subcontractor shall follow the installation methods set forth by the manufacturer's published instructions and the authorities having jurisdiction.

26.　　Upon completion of the project, this Subcontractor will furnish all as-built models and drawings as required by Contract Documents or as required by the Contractor.  As-built models and drawings shall be updated on a monthly basis and made available to Suffolk Construction Company Inc., the Owner and the Architect or Engineers for their review and as each phase of the work is completed.  Failure to properly update the as-built drawings will result in withholding of the monthly requisition until such time as the as-built drawings have been updated. This Subcontractor shall keep the as-built model of the

---

Subcontractor Initials 　　　　　　　　　　　　　　　　SCCI Initials

**Suffolk Construction Company, Inc.**                              **Page 5 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)                     **Date:** 7/16/2018

completed Work in Revit or CAD-based files. Revit and CAD files shall be provided by this Subcontractor in the format required by the Contract Documents.

## ARTICLE 3: LICENSES

27.     Prior to commencing any operations in the performance of this scope of work, this Subcontractor shall provide Suffolk with update to date valid copies of the following:

  a.   State and/or County Professional License as issued by the Department of Professional Regulations authorizing the Subcontractor to perform the specific category of work contemplated under this subcontract and in specific geographical location where the project is to be constructed.

  b.   County, City, and/or Municipal Occupational License(s) (as applicable) authoring the Subcontractor to  perform work in the specific geographical location where the project is to be constructed.

## ARTICLE 4: SALES TAX

28.     This Subcontractor, lower tier Subcontractors and suppliers are responsible for paying state and local sales taxes and/or any duties on materials imported from outside the United States.

## ARTICLE 5: LABOR REQUIREMENTS

  N/A

## ARTICLE 6: PROJECT SCHEDULE

29.     The start date for this project is October 1, 2014.  The total duration for this project will be 24 months with two TCO (Temporary Certificate of Occupancy) dates of April 2018 for Blocks C thru E; and Blocks A, B, and Substantial Completion (Certificate of Occupancy issued) in third quarter of 2018. Subcontractor must complete their work within this time frame

30.     This Subcontractor acknowledges that as construction progresses it may be necessary for the Contractor to change the sequential order and duration of activities, including those contemplated by this Agreement to account for unanticipated conditions, occurrences and other factors which act to alter the Contractor's original schedule.  The Contractor may require Subcontractor, at no additional cost to the Contractor to prosecute Subcontractors Work in such sequence as the progress of other Subcontractors and the Project schedule reasonably dictates.  It is expressly understood and agreed that the scheduling and sequencing of the Work is an exclusive right of the Contractor and that the Contractor reserves such right to reasonably reschedule and re-sequence this Subcontractor's Work from time to time as the demands of the Project require without any additional change order request or claim from this Subcontractor to the Contractor.

31.     In the event the Subcontractor does not maintain the progress with respect to the current project work schedule and the failure to maintain the progress is the fault of the Subcontractor, then the Subcontractor shall work a six (6) day work week and overtime when requested by Suffolk. Suffolk/Owner shall incur no additional cost because of this project requirement.  The Subcontractor is required to maintain the project schedule.

Subcontractor Initials _____                              SCCI Initials _____

**Suffolk Construction Company, Inc.**        Page 6 of 20
All Aboard Florida – Miami Terminal
Miami, Florida

**Scope of Work for:** Precast Cleaning & Sealing (BP-99)      **Date:** 7/16/2018

32.    This Subcontractor shall work Saturdays and overtime at no additional cost to the Contractor or the Owner to compensate for lost time due to inclement weather in the same time frame.

33.    Scheduling of specific phases of this scope of work shall be coordinated with SCCI and performed by this Subcontractor in a timely manner to avoid any conflict or delay in this work or the work of other trades. This Subcontractor shall accommodate the overall project duration, as well as the project and detailed schedules developed by SCCI, which may be amended periodically by SCCI. Notwithstanding, this Subcontractor acknowledges and agrees to the following durations:

| Item No. | Activity Description | Duration |
|---|---|---|
|  | **Submittals:** | From Letter of Intent |
| 01 | All safety submittals and MSDS sheets | 14 Days |
| 02 | All required submittals (cleaning work plans, sealant information, etc.) | 14 Days |
|  |  |  |
|  | **PRECAST CLEANING & SEALING:** |  |
|  | **BLOCK D** |  |
| 03 | Final Cleaning & Sand Blasting | 14 Days |
| 04 | Anti-Graffiti Coating | 14 Days |
|  |  |  |
|  | **BLOCK C** |  |
| 05 | Final Cleaning & Sand Blasting | 14 Days |
| 06 | Anti-Graffiti Coating | 14 Days |
|  |  |  |
|  | **BLOCK B (INCLUDING 5TH STREET)** |  |
| 07 | Final Cleaning & Sand Blasting | 28 Days |
| 08 | Anti-Graffiti Coating | 28 Days |
|  |  |  |
|  | **BLOCK A** |  |
| 09 | Final Cleaning & Sand Blasting | 14 Days |
| 10 | Anti-Graffiti Coating | 14 Days |
|  |  |  |

**ARTICLE 7: SAFETY**

Subcontractor Initials _____          SCCI Initials _____

DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FFC2

**Suffolk Construction Company, Inc.**                                                                 Page 7 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                                    **Date:** 7/16/2018

34.     Any subcontractor that:  A.) Has twenty (20) employees or more on-site for a duration longer than twenty-four (24) hours; or B.) their Work requires high hazard activities requiring professional accreditation and/or safety training credentials; or C.) demonstrates significant need in terms of safety management shall provide an OSHA 500 Certified (i.e., OSHA Outreach Trainer) Full-Time Site Safety Officer for the complete duration of the scope of work.  The Site Safety Officer shall have a minimum of five to seven (5-7) years of relevant and comparable project experience, with progressive increase in responsibility every year.  In addition, the Site Safety Officer shall have completed continuing education courses over the past five (5) years.  The Site Safety Officer shall be on the project site at all times during operations for this scope of work.  The Site Safety Officer's sole responsibility shall be safety, including but not limited to:  Job Hazard Analysis planning, plan implementation, and monitoring, safety compliance, training, orientation, assistance, coordination, etc.  At no time shall the Site Safety Manager perform any trade work or supervise any non-safety activities.  This Subcontractor shall submit the resume of the proposed Site Safety Manager to the Contractor for review and approval.  Contractor reserves the right to reject the proposed Site Safety Manager candidate for any reason and reserves the right to request a change in the Site Safety Manager at any time during the project.

35.     Within ten (10) work days of receiving the Letter of Intent or ten (10) work days prior to mobilization on site, whichever is sooner, this Subcontractor shall comply with the following and provide both electronic and paper versions (three (3) copies) of the following Safety Submittals:

    a.   This Subcontractor shall prepare specific Job Hazard Analysis ("JHA") for each type of work to be performed by this Subcontractor and for each major phase of work.  JHA's to be reviewed with the Suffolk Superintendent prior to the commencement of work.
    b.   This Subcontractor shall provide to the Suffolk Construction Company Inc., Project Superintendent's project office, the Subcontractor's Hazardous Communications Plan, a list of all hazardous materials and the related material safety data sheets (MSDS) for the hazardous materials that the Subcontractor will use in the performance of the work at the project site.  This Subcontractor is responsible for all storage requirements and personal protective requirements that apply to such products.
    c.   The Subcontractor (and all tiers of Subcontractors/Vendors working for this Subcontractor) shall ensure that all supervisory and hourly employees working on site shall have successfully completed a course in construction safety and health that is at least 10 hours in length and satisfies the requirements of the Occupational Safety and Health Administration (OSHA) Construction Industry Outreach Training Program, at the time the employee begins work.  Employees who work less than a total of 6 hours on site shall be exempt from this requirement.  The Subcontractor shall furnish documentation of successful completion of the aforementioned OSHA course for each covered employee to a representative of the General Contractor designated to monitor compliance with this requirement.  Failure of Subcontractor to obtain the OSHA certification in a timely manner (immediately after the letter of intent is signed) will not relieve them of their contractual obligation regarding the schedule.
    d.   All Subcontractors must submit electronic copies and three (3) paper copies of their Site-Specific Project Safety Program, within ten (10) days of executing the Letter of Intent, to Contractor for approval.  Said program shall list potential exposure items and measures designed to control those items as it applies to commercial construction, as well as a list of emergency phone number of key team members.  Attendance at a Pre-Construction Safety Planning Meeting before work commences shall be mandatory.
    e.   CPR/First Aid Certifications (refer to Rider "S" of this Subcontract).

36.     This subcontractor shall provide all safety materials, equipment, tools, labor as required to perform this scope of work in accordance with OSHA requirements and Suffolk Safety Rider "S".

Subcontractor Initials _____                                    SCCI Initials _____

**Suffolk Construction Company, Inc.**                                   Page 8 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)                    **Date:** 7/16/2018

37.     This Subcontractor shall provide a means for OSHA-compliant fall protection for its forces as required to complete this scope of work.

38.     Subcontractor and its operatives shall wear hi-visibility vests or shirts meeting ANSI/ISEA 107-2004 class 3 compliant apparel for all tasks on each site unless it is determined to create a greater hazard, i.e. welding.

39.     This Subcontractor shall comply, at all times, with Suffolk's Glove Policy. This Subcontractor is responsible for providing all its workers with the appropriate gloves as necessary to comply with the glove policy. Should this Subcontractor's personnel at any times not comply with the glove policy and not have the appropriate gloves to comply with the policy, Suffolk will provide the gloves to this Subcontractor's personnel and back charge the Subcontractor accordingly, without the need of giving proper notice.

40.     Each Subcontractor and its Sub-Subcontractors shall designate a member of supervision as their safety representative/competent person whose duty shall be the prevention of accidents. The safety representative, at a minimum, shall have a current (within the last two years) OSHA 10 Hour Construction Outreach Training Certificate. The Subcontractor shall submit the name of this individual with his/her resume for approval prior to work commencement.

41.     Subcontractors shall assure compliance with all details of Suffolk Construction Company Inc.'s Safety Program. The Subcontractor's Site-Specific Project Safety Program shall list the positive steps the Subcontractor intends to utilize for the prevention of accidents to its workers, other Subcontractors, vendors, and the public during operations on this project.

42.     If this Subcontractor must remove cables, barricades, handrails, or any other Safety related items in order to perform its work, it shall be the responsibility of this Subcontractor to properly replace those items and to provide a controlled access zone in that area until the safety items are replaced. This Subcontractor must get permission from the Contractor's Superintendent prior to removing any temporary rails or other means of protection for any reason. This Subcontractor is responsible to reinstall any rails or protection temporarily removed by this Subcontractor, in a timely and safe manner and in strict accordance with OSHA requirements.

43.     This Subcontractor shall ensure that walkways, aisles, work areas and common areas are free of excess stored material, cables, hoses, welding leads, scrap, and debris. This Subcontractor shall be responsible for maintaining general housekeeping in their work area and all debris shall be placed in debris containers on a daily basis or as otherwise directed by Suffolk's project Superintendent.

44.     Weekly Toolbox Talks are required to be turned into the Suffolk Superintendent at the start of the weekly Subcontractor's Meeting. For those that do not provide the Weekly Toolbox Talk documentation, they will not be allowed to attend the weekly Subcontractor's Meeting and will be fined $500 in accordance with Article 2, item 11.

45.     Provide all environmental protection required for work under this Contract in accordance with applicable Federal, State, County, and Municipal laws. Including but not limited to gas, oil, anti-freeze spills, etc. by Subcontractor's site personnel.

46.     Not Used.

47.     Any on site personnel will be dismissed from project after receiving two (2) written safety violations from the Contractor.

Subcontractor Initials                     SCCI Initials

DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68E09533FFC2

**Suffolk Construction Company, Inc.**                                    Page 9 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                **Date:** 7/16/2018

## ARTICLE 8: JOBSITE MANAGEMENT & SITE LOGISTICS

48.  This Subcontractor acknowledges they have received and understands the Construction Management Plan ("CMP") prepared by Suffolk Construction Company, Inc. dated December 18, 2013.

49.  It is the responsibility of this Subcontractor to provide directions and maps to their personnel, sub-subcontractors, and suppliers coming to the project.

50.  This Subcontractor shall comply with the following available hours of work:

     a.   7:00 a.m. to 7:00 p.m. Monday through Friday
     b.   7:00 a.m. to 7:00 p.m. on Saturday and Sunday

51.  This Subcontractor is responsible to comply with any and all permits associated with this project. This Subcontractor acknowledges that all permits and conditions in said permits have been made available to this Subcontractor through the Procore project collaboration website.

52.  This Subcontractor will be responsible for providing its own FDOT certified flagmen to safely and properly flag delivery trucks and equipment (related to this Subcontractor's scope of work) in and out of the project site. In addition, this Subcontractor shall provide and pay for any and all MOT plans, permits, and equipment required to complete their scope of work including all police details that will be required.

53.  This Subcontractor shall comply with all requirement of the Miami Dade Transit Adjacent Construction Manual 2015 and subsequent editions. This subcontractor understands that work with equipment (scaffolds, swings, etc.) adjacent to the Metromover/ Metro Rail has to be coordinated and approved by the Miami Dade Department of Transportation and Public Works (DTPW). Work plans shall be submitted for approval demonstrating equipment to be used with in the 30' safety zone regardless if the work is being performed during Revenue hours (5:00 AM to 12:00 AM) or Non-revenue hours (12:01AM to 4:59 AM). This Subcontractor must participation in coordination meetings with DTPW to obtain approval of the work plan for work adjacent to Metromover/ Metro rail.

54.  The Subcontractor shall cooperate with and provide access and equipment (lifts, ladders, etc.) for testing agencies and inspectors for all inspections, testing, etc., required to be performed by others in accordance with the specifications or by code. The Subcontractor will be responsible for all costs associated with retesting and inspections of items not properly installed by the Subcontractor. Many test and inspections, especially from state and city agencies are required to be performed after normal working hours. The Subcontractor includes overtime as required for testing and inspections.

55.  All standard inspections are performed by the public authorities having jurisdiction. This Subcontractor is to coordinate and request all required inspections and notify the Contractor's Superintendent in advance of any scheduled inspections.

56.  This Subcontractor shall obtain any and all permits and fees that may be required, other than the building permit, for the performance of this scope of work. The costs of any such permits (fees) are included in this Subcontract.

57.  The Subcontractor shall provide to Suffolk a copy of all permit inspection and closeout documentation. This information is to be provided to Suffolk within two work days of the event.

58.  Storage of materials on the site is not allowed unless approved by Contractor's Superintendent. Any costs for the same shall be included in the Subcontract. The Subcontractor shall return all unused

Subcontractor Initials                                     SCCI Initials

**Suffolk Construction Company, Inc.**                                          **Page 10 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)                    **Date:** 7/16/2018

---

materials to the stockpiles at the end of each day and protect stored materials from theft, vandalism, and weather/wet conditions.

59.    The storage of material and equipment in the building shall be permitted only to the extent approved by Suffolk Construction Company, Inc. If materials and equipment so stored obstruct the progress of any portion of the work, they shall be moved by this Subcontractor, without reimbursement of cost, from place-to-place or from the premises, as Suffolk Construction Company, Inc. may direct.

60.    In the event storage is not available onsite, this Subcontractor will be responsible for providing appropriate off-site storage, including additional transportation to/from off-site storage, as necessary. All costs associated with the required off-site storage shall be included in this Subcontractor's price.

61.    All deliveries to the jobsite must be scheduled with the Contractor's Superintendent no less than **one (1) week** in advance of proposed delivery. Without exception, all unscheduled deliveries will be refused. Due to limited access "turning radius", delivery trailers shall be a maximum of 40' in length. If larger trailers are needed, special arrangements may be made through the Contractor. There is no guarantee that larger trucks can be accommodated.

62.    This Subcontractor shall provide its own source of water for their construction needs from a central location provided by Suffolk Construction Company, Inc.

63.    This Subcontractor shall bear all cost for Subcontractor's employee's drinking water, ice, containers, and transportation.

64.    No parking for Subcontractor project managers, superintendents, foremen, or workers will be allowed on site. Parking will be provided for Subcontractor at off-site lot, within walking distance.

65.    Construction equipment, personnel and material will not be allowed to occupy either public or private right-of-ways within or adjacent to the site without prior approval from local jurisdiction and Contractor's Superintendent.

66.    Breaks and lunches shall be at areas designated by the Contractor's Superintendent. Cleanup at these areas shall be the responsibility of this Subcontractor.

67.    Temporary toilets will be provided by the Contractor.

68.    The Contractor will provide temporary power required for the tower cranes, placing booms, temporary elevators, elevator installation, OSHA-compliant temporary lighting, 110V receptacles at centralized locations on each floor, and two (2) moveable 220V, single phase, 30 amp temporary electrical panels for masonry block saws. If this Subcontractor has any temporary electrical power requirements over and above those listed above (e.g., temporary lighting over and above OSHA-compliant lighting), it is the responsibility of this Subcontractor to provide said additional electrical power and lighting. If this Subcontractor requires power in locations other than those provided (or greater voltage than provided) then this Subcontractor will be responsible for the associated connection and disconnection costs. If, for any reason, unforeseen conditions arise in which the temporary power supply is halted, this Subcontractor is responsible to provide temporary power for its work until such time that the power source is restored.

69.    This Subcontractor shall provide any and all temporary task lighting required to complete this scope of work.



Subcontractor Initials _____                    SCCI Initials _____

DocuSign Envelope ID: 22E40BCB7-5E5C-4010-892B-68F09F33FFC2

**Suffolk Construction Company, Inc.**                                            Page 11 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                         **Date:** 7/16/2018

---

70.   This Subcontractor is responsible for providing extension cords, sockets, lamps, motors, and accessories required to perform the work.

71.   This Subcontractor shall check and verify all site conditions.

72.   This Subcontractor shall provide its on-site Superintendent a cell phone and a 2-way radio, which shall be programmed to communicate with Suffolk on-site supervision.  This person must carry this phone and 2-way radio at all times during working hours.  If it is required for this Subcontractor to communicate with the crane, this Subcontractor will be required to have his own 2-way radios programmed to communicate with crane radios.

73.   Contractor will provide for an adequate supply of an on-site non-potable water and power source. Subcontractor to provide all tools, temporary generators (until such time that temporary power is available) necessary for completion of this scope of work.

74.   Tobacco products will not be allowed in the building at any time during the project and there will be designated smoking areas on the exterior.

75.   As applicable, Subcontractor must be Certified and/or Qualified by the Manufacturer for installation and service in its products and whose qualifications for installation are in accordance with the Contract Documents.

76.   This Subcontractor, while working on site, shall enter the Daily Field Force Report on the Contractor's provided computer/software on a daily basis by 9:00 am the following workday.  A description of the work performed, workforce count, issues or delays, and significant deliveries shall be included, at a minimum, in each report.  Progress payments will be withheld by the Contractor, if the Subcontractor fails to comply, until the Subcontractor enters the Daily Field Force Reports.  The Daily Field Force Reports must be entered by this Subcontractor's field personnel into the Contractor's project website collaboration software, on a Contractor provided computer located in the Contractor's jobsite trailer/office.  Paper copies of Daily Field Force Reports will not be accepted.

77.   This Subcontractor acknowledges that this project is to be constructed in a location that is adjacent to densely populated public areas which contain pedestrians, neighboring condominium towers, neighboring businesses, and expensive vehicles.  This Subcontractor shall operate in a manner consistent with protecting the public and property from abuse, injury, and/or damage caused by the operations of this Subcontractor.  If damage should occur, either superficial or serious, then this Subcontractor shall repair, replace, or clean said items in a manner acceptable to the owner of the item.

78.   This Subcontractor shall protect their work, material, and equipment against theft and vandalism until accepted by the Owner.  This Subcontractor shall remain fully responsible at all times for any loss, no matter how caused, to the tools, machinery, equipment, materials, supplies, and other property which are rented or remain the property of the Subcontractor.

79.   This Subcontractor shall provide all labor, material, and equipment to ensure all vehicles are washed prior to leaving the site to prevent tracking of mud/soil in accordance with the erosion control plan. A water source will be provided by the Contractor.

80.   The Subcontractor is aware and agrees to punch lists generated by the Owner, Architect, Occupant, and Suffolk outlining those areas that must be addressed before a portion of the building is accepted as finished. The Subcontractor shall revert to whatever means necessary to insure timely completion of punch lists, including dedicated worklist/punch list crews.

Subcontractor Initials _____          SCCI Initials _____

## ARTICLE 8.1: TRASH & DEBRIS REMOVAL

81. The following clean-up method will be used on this project:

    a. This Subcontractor will remove all trash from the day's events to the Contractor-provided dumpster **that will be located on street level** at the end of each workday or completion of work in an area during normal working hours. **Trash Chutes will not be provided by Suffolk.**

    b. The dumpster shall be emptied as necessary during normal working hours.

82. **CLEAN-UP PROGRAM**

    Not Used

## ARTICLE 8.2: LAYOUT & FIELD ENGINEERING

83. This Subcontractor will be responsible for providing manpower that is capable of performing all layout, surveying, measuring, etc., as required for the performance of this Subcontractor's Work using control lines (one in the east/west grid, one in the north/south grid) and a bench mark provided by the Contractor, at each floor and street level. Damage to existing control caused by this Subcontractor shall be replaced at Subcontractor's expense.

## ARTICLE 8.3: STAGING & HOISTING REQUIREMENTS

84. The Subcontractor is responsible for providing labor and equipment such as staging, scaffolding, planks, aerial work platforms, swing staging, scissor lifts, fork lifts, cranes, rigging, any and all special set-ups, etc., as required for the complete performance of the Subcontract work.

85. Unless noted otherwise, the Subcontractor is responsible for providing labor and equipment for the horizontal and vertical conveyance of equipment and materials, including all transportation, rigging, unloading, hoisting, stockpiling if required and distribution of all material.

## ARTICLE 9: JOB CLOSEOUT & PUNCH-LIST REQUIREMENTS

86. This Subcontractor shall include a full time, dedicated Punchlist Crew (or crews, as required) until all of this Subcontractor's punch list items are corrected. This crew(s) shall be responsible for verifying all work is completed in accordance with the Contract Documents, within the acceptable and approved quality standards, and will verify in a systematic process (check lists, etc.) that all fixtures, devices, outlets systems are working in accordance with the documents. Subcontractor's designated foreman for this crew(s) shall report on a daily basis to Suffolk Construction Company Inc.'s Superintendent. Subcontractor shall be responsible for inspecting, correcting, and maintaining the punch list schedule in accordance with Suffolk Construction Company Inc.'s closeout schedule. Subcontractor acknowledges and agrees to comply with these requirements and has included all costs associated with this procedure. The intent is to eliminate/reduce the punch list items left to be corrected. As these items are identified they are corrected immediately, but no later than 24 hours, so as to allow a final walk-through and acceptance of the room or area by the Architect/Owner/User.



Subcontractor Initials _____ SCCI Initials _____

**Suffolk Construction Company, Inc.**                                          Page 13 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & ~~Sealing~~ (BP-99)                    **Date:** 7/16/2018

87.   If Subcontractor fails to provide adequate manpower to complete the punch list, the Contractor will hire
      required parties to complete the work on behalf of this Subcontractor and this Subcontractor will be back
      charged accordingly.

88.   All warranties for this project, including all manufacturer's warranties, are to commence at Final
      Completion of the complete project.

## ARTICLE 10: CHANGE ORDER MANAGEMENT

89.   This Subcontractor hereby acknowledges and agrees that, upon request from Suffolk Construction
      Company Inc. for a Request for Pricing ("RFP"), Change Order Request ("COR"), Construction Change
      Directive ("CCD"), ASI, or RFI, that this Subcontractor will respond no later than seven (7) calendar
      days from the receipt thereof, in writing, as to the effect on the Subcontract Price and/or Subcontractor
      Work Schedule of said RFP, COR, CCD, ASI, or RFI, and will provide full and complete detailed
      information to substantiate the effect using a format approved by Suffolk.  If this Subcontractor fails to
      respond to the RFP, COR, CCD, ASI, or RFI within the specified time, Suffolk Construction Company,
      Inc. will be within its rights to submit or void the request.  Submitting or voiding the request does not
      relieve the Subcontractor of completing the work in accordance with the RFP, COR, CCD, ASI, or RFI.

90.   Upon notification to the Contractor's Project Manager, one of the following procedures below will be
      used. There will be no exceptions. Extra work that has not been approved in writing prior to installation
      will not be processed.

      a.   Before proceeding with the work, a price shall be submitted with back up and approved in writing
           by the Contractor.
      b.   Before proceeding with the work, under a time and material situation, the approximate man-hours
           and material to be used will be discussed, written approval given, and **daily** tickets are to be given
           to the Suffolk field superintendent for verification. From these tickets a final cost will be determined.

91.   This Subcontractor is limited to a total of 15% overhead and profit on Costs for all change orders.  Costs
      for the purposes of change orders shall be limited to the following:

      c.   Actual, direct costs of labor, including social security, old age and unemployment insurance, fringe
           benefits required by agreement or custom, and workers' compensation insurance;
      d.   Actual, direct costs of materials, supplies and equipment, including cost of transportation, whether
           incorporated or consumed;
      e.   Out of pocket rental costs of machinery and equipment at rates prevailing in the area where the
           Project is located, exclusive of small tools, whether rented or not; small tools shall be defined as
           tools and equipment (power or non-power) with an individual purchase cost of less than $500.
      f.   Out of pocket costs of premiums for all bonds, insurance, permit fees, and sales, use or similar taxes
           related to the Work;
      g.   Upon request, Subcontractor shall submit evidence to substantiate the costs.  Materials shall be
           quoted at the trade discount prices if realized, with quantity discounts also applied if revised. In any
           proposal with material credits, the credit shall be based on the actual cost for the Material (including
           trade and quantity discounts if realized) less any charge actually incurred for handling or returning
           Material that has been delivered.

92.   The percentage allowed for overhead and profit under the item above, shall be deemed to include:

      h.   home office expenses; branch and field office overhead expense of any kind; project management;
           superintendents, general foremen; estimating, engineering; coordination; expediting; purchasing;



Subcontractor Initials _____                                          SCCI Initials _____

**Suffolk Construction Company, Inc.**                                    Page 14 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:**  Precast Cleaning ~~& Sealing~~ (BP-99)                **Date:**  7/16/2018

---

> detailing; legal, accounting, data processing or other administrative expenses; shop drawings; permits; auto insurance and umbrella insurance; and, pick-up truck costs.  The cost for the use of small tools is also to be considered covered by the Markup Percentage Fee.
> i.   Estimating and administrative costs
> j.   Any costs for General Conditions Work
> k.   Any other costs resulting from the change not expressly enumerated as a Cost or a Cost of the Work.

93.   Regardless of the number of tiers of Subcontractors or suppliers, no more than two (2) mark-ups by Subcontractors or suppliers in total shall be permitted.

94.   The cost of the Architect's time in prepare a Change Order shall be borne by the Subcontractor if the Subcontractor's wrongful act or omission necessitates the change implemented.

95.   No additional work thought to be change is to proceed without notifying the Suffolk Project Manager or Superintendent.

96.   All change order requests shall include a detailed breakdown of man hours, hourly rates, fringe benefits, labor insurance, labor taxes, material quantities, material unit prices, equipment rates (hourly, daily, monthly), etc. All material and equipment costs shall be supported by quotations or paid invoices.

97.   For any additional work authorized to be performed on a time and material basis, if a detailed, daily ticket is not presented to SCCI Superintendent for signature within one (1) business day of the work being performed, the ticket will not be considered for payment.

98.   The Contractor shall not be liable for any back charges or claims to or against other subcontractors and suppliers.  This Subcontractor shall file its back charge request direct to the other subcontractor or supplier that this Subcontractor contends is responsible, without making the Contractor a party to any such claim or action.  The Contractor will meet monthly with all subcontractors and suppliers to assist and encourage a resolution to all outstanding sub-to-sub back charges and claims.

99.   Subcontractor change orders not funded by the Owner, i.e., a direct Suffolk cost, or a back charge to another Subcontractor, will not be entitled to any markup whatsoever.


**ARTICLE 11: GENERAL INFORMATION**

100.   The term "Contractor" noted in the Project Specifications and Drawings shall mean this Subcontractor.  The term "Contractor" in the Exhibit "B" shall mean Suffolk Construction Company, Inc.

101.   Subcontractor will be required to participate in weekly "Last Planner" coordination meetings.  Subcontractor shall require field personnel with the requisite authority, training, and experience to make all required decisions and direct the flow of its work (i.e. field foreman, field superintendent, and/or PM) to attend all such meetings.

102.   Subcontractor will be required to complete weekly work plans that are to be brought to the weekly "Last Planner" meetings.  These weekly work plans are required to confirm that Subcontractor's progress complies with the Contractor's schedules and identify any/all potential constraints or impacts to Subcontractor's timely completion of the Work

Subcontractor Initials _____                                    SCCI Initials _____

**Suffolk Construction Company, Inc.**                                          Page 15 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                        **Date:** 7/16/2018

103.    Subcontractor has a duty to cooperate with all participants in the lean scheduling process. Subcontractor acknowledges that the lean scheduling process is a dynamic process. Accordingly, the dates and time periods for mobilization, installation, and work processes shall be subject to change at the Contractor's discretion.

104.    All of this Subcontractor's employees that expect to come onto the jobsite, for any length of time, shall attend an on-site project safety orientation prior to or during their first day on-site. Failure to attend the project safety orientation will result in immediate dismissal from the project for that day until that person completes the orientation. During the on-site project orientation, this Subcontractor's employees shall receive an identification decal, which must be displayed at all times while the employee is working on the jobsite. Failure to wear such identification may result in employee removal from the jobsite.

105.    This Subcontractor shall submit a resume of its on-site Superintendent and Project Manager for approval by Suffolk and the Owner. Once approved in writing, this Subcontractor shall not change these personnel during the course of this scope of work. In the event said personnel should become subsequently unacceptable to Suffolk and/or the Owner, or leave the employment of the Subcontractor, this Subcontractor shall repeat the approval process.

106.    Suffolk will invoice the Owner once per month and only once per month. All Subcontractor's applications for payment and supplier's invoices must be uploaded Suffolk's Procore project collaboration website no later than the 15th of the month, projected out through the end of the month, in order to be included in that month's progress payment invoice to the Owner. In the event the Subcontractor's invoice is not received by the Contractor by the 15th, then the Subcontractor's invoice will not be processed until the following month's progress payment invoice is sent to the Owner.

107.    This Subcontractor shall be responsible to receive, unload, distribute, handle, transport and protect their materials/work against damage until final acceptance. This Subcontractor shall put forth best effort to eliminate the potential of materials/work being damaged by others.

108.    This Subcontractor is aware that if they are working on or near the surface of a finished product, the product must be properly protected against any damage. The protection and maintenance of protection throughout the course of the project will the responsibility of this Subcontractor.

109.    This Subcontractor shall designate and maintain a competent, dedicated, full time Superintendent/Foreman and Project Manager on the job at all times, from prior to the start of this Subcontractor's work through final completion.

110.    This Subcontractor shall receive all direction from Suffolk Construction Company Inc., and shall not converse directly with the Architect, Engineer, Owner, or Owner's Agents unless directed in writing by Suffolk Construction Company Inc.

111.    This Subcontractor is responsible for all costs related to incorrectly located or installed penetrations that were installed by this Subcontractor's own workforce.

112.    The Subcontractor's bid proposal, with any listed inclusions, exclusions and/or clarifications is superseded by this Agreement.

113.    In the event there is any ambiguity, conflict, or disagreement relative to items, or arrangements to be furnished under this subcontractor, the Owner and/or Architect will determine which takes precedence. It is understood that the Subcontractor shall furnish the items or arrangements of greater quantity, better quality, or higher cost, as conclusively determined by the Owner and/or Architect at no additional cost



Subcontractor Initials                                                    SCCI Initials

**Suffolk Construction Company, Inc.**              **Page 16 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)          **Date:** 7/16/2018

to the Owner or Suffolk Construction Company, Inc. The intent is this Subcontractor shall include all work necessary for a complete system, as reasonably inferable from the contract documents, whether specifically shown or not.

114.    Security of personnel, equipment, uninstalled materials, vehicles, on-site trailers temporary facilities, etc. is the sole responsibility of each Subcontractor through Final Completion. Any overall site security on behalf of Suffolk and/or the Owner or lack thereof, shall not lessen or transfer the Subcontractor's liability in the event of a loss. A loss of this nature will not be processed against the Builders Risk Policy for the project and the subcontractor shall be responsible for all costs of any such loss.

115.    For claims against the Owner's Builder Risk policy, this Subcontractor is responsible for up to the $10,000 deductible, per occurrence.

116.    Subcontractor shall protect the Work, material, and equipment against the threats of impending tropical storms, hurricanes, etc.; Subcontractor shall fully cooperate with Suffolk in securing this project to protect the public and property from injury and/or damage. This storm protection requirement is a part of this Subcontractors specific scope of work under this Contract.  This Subcontractor shall provide any and all manpower as necessary to secure and prepare the site in case of landfall, prior to mandatory evacuation period.  Recovery of costs or damages due to a named storm, if any, will be limited to those costs recovered by Contractor from Owner and/or Builder's Risk insurance for Subcontractor provable storm related damages.

117.    This Subcontractor certifies that he has anticipated the cost of Work under the subcontract and no additional compensation via direct payment or billable change orders will be authorized by Suffolk for changed conditions, escalations, force-majeure, etc. All pricing is guaranteed for the duration of the project.

118.    This project will have a Contractor Controlled Insurance Program (CCIP) for general liability insurance and workman's compensation.  The subcontractor will provide all documentation requested by the CCIP administrator to enroll in the CCIP.  No exceptions will be granted.  The subcontract value will be "net" reflecting full credit of general liability insurance and worker's compensation premium attributable to this project, based on the amount provided by subcontractor at time of bid. Value is subject to adjustment by CCIP Administrator after review of all supporting documentation.  This Subcontractor shall fully comply at all times with requirements of the project CCIP Manual.

119.    This Subcontractor shall all obtain one-time product approvals for any systems provided within this Scope of Work as required by the Contract Documents and/or authority having jurisdiction.

120.    Provide delivery, receipt, handling, distribution, storage, and protection of all materials, equipment, and fixtures under this scope of work. Furnish, install, and maintain protection of your work until final acceptance.

121.    This Subcontractor is responsible to repair, replace or modify any erosion control measures as required to perform this scope of work.

122.    Include tags, labels, color coding and operating instructions required for this scope of work per the contract documents.

**ARTICLE 12: SPECIFIC SCOPE OF WORK**



Subcontractor Initials



SCCI Initials

**Suffolk Construction Company, Inc.**                                     Page 17 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)                    **Date:** 7/16/2018

---

The Scope listed below is intended to highlight the Work of this Subcontract and does not intend to list each and every item required by the Contract Documents. This Subcontractor shall perform all Work required by the Contract Documents.

123.    This scope of work includes all necessary cleaning ~~and application of anti-graffiti coating~~ of all exterior architectural precast V structures and attached small V structure and canopies. Exclude canopies under Overbuilds.

124.    Include all necessary cleaning ~~needed in order to apply anti-graffiti coating~~

125.    Subcontractor shall provide all labor, material, equipment., tools and cleaning agents necessary to perform cleaning services. Product data for all cleaning agents and/or chemicals, as well as cleaning means and methods shall be submitted for approval.

126.    Subcontractor includes all cranes and hoisting equipment to complete their work. Location of equipment must be coordinated with jobsite superintendent and Construction Management Plan.

127.    Subcontractor shall allow for any costs associated with expediting and special freight for the delivery of their material and equipment in order to meet the requirements of the Construction Schedule.

128.    Subcontractor acknowledges that various site constraints or logistics will require certain work to be completed out of sequence or as a "comeback" work operation and has included any premium costs associated with this inconvenience. The Contractor may require Subcontractor to sequence or re-sequence its Work as the mutually agreed upon Project Schedule requires.

129.    Subcontractors may be required to work overtime as necessary to meet the project schedule. When working overtime due to delays caused by this subcontractor it will be the subcontractor's responsibility to provide and pay for all ~~permits, police details,~~ elevator operators, labor stewards, and anything else (except Suffolk supervision labor) related to the overtime operation if necessary.

130.    It is understood that the work associated with the DTPW Metromover will take place during "Non-Revenue Hours". This subcontractor includes all overtime premium associated with this portion of the work.

131.    It is understood that portions of the building is accessible to the general public and open traffic, therefore this Subcontractor will have to perform during "off-hours" dictated by operational service accordingly, at no extra cost.

132.    Subcontractor is responsible for any cost associated by early or extended closures by DTPW coordinated by Contractor, in order to complete scope of work.

133.    Subcontractor will be responsible for cleaning of material or paint that may fall on finished work including but not limited to pavers, resulting from cleaning or sealing of architectural precast pieces.

**EXCLUSIONS:**

134.    Not Used.

135.    Not Used.

136.    Not Used.

Subcontractor Initials                     SCCI Initials

**Suffolk Construction Company, Inc.**                                           Page 18 of 20
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                    **Date:** 7/16/2018

## ARTICLE 12.1:  QUALITY / MANAGEMENT PROGRAM

137.    This Subcontractor shall participate in the Contractor's, three-tier, Quality Management Program, including procedures for (1) Planning & Coordination, (2) First Delivery Inspections & Benchmarking and (3) Maintenance & Follow-up and designate an on-site Quality Control Representative, who can be the Subcontractor's full-time superintendent or foreman.

    a.  Tier 1 – The Planning and Coordination level of quality control begins upon executing the Subcontractor's Contract Agreement and prior to work being performed.  The Subcontractor, along with the rest of the Project Team, is required to carefully review all construction documents, identify quality expectations and develop the Quality Management Plan.  The Subcontractor will assist in identifying time frames for fabrication delivery and staging.  The critical procurement activities shall be incorporated into the project's Baseline Schedule.  The Subcontractor, along with the rest of the Project Team, shall be tasked with overseeing Quality Management issues throughout the project.  The Subcontractor shall attend and participate in all Quality Management Meetings.

    b.  Tier 2 – The First Delivery Inspection process entails the inspection of all materials delivered to the site, to be incorporated into the Work, to ensure that they meet the plans, specifications and approved submittals prior to installation.  The Subcontractor shall execute First Delivery Inspections and notify the Contractor of compliance.  Along with other members of the Project Team, The Subcontractor     shall identify Benchmark requirements for first-time completion of identified sections of work.  The Subcontractor shall notify the Contractor upon successful completion of all Benchmark items for Project Team approval, prior to proceeding with other like work.  The Subcontractor shall work with the Contractor's Site Superintendent to ensure that all First Delivery Inspection and Benchmark Inspection documents are maintained.  Benchmark Inspections are required for all Footings Foundations; Walls and Wall Forms: Structural Framing; Roof Systems; Exterior Facades; Interior Finishes and MEP Systems.

    c.  Tier 3 – The Maintenance & Follow-up process begins upon satisfactorily completing the Benchmarks Inspections established.  The Subcontractor shall ensure that subsequent assemblies and installations continue to meet or exceed the Benchmark standards established.  The Subcontractor agrees to schedule regular inspections with the Contractor and document non-compliance. Quality Management and Benchmark issues will be reviewed at the Contractor's Weekly Foreman's Meeting and Monthly Schedule Meeting.

138.    This Subcontractor shall provide a Quality Control Plan for the applicable scope of work. QC Plan to be submitted in PDF and Word format for approval by SCCI and design team.

139.    This Subcontractor shall designate a QA/QC Manager to implement and monitor the QA/QC program. QA/QC inspections to be documented in this Subcontractor daily field reports.

## ARTICLE 12.2: MOCK-UPS

N/A

## ARTICLE 12.3: ACCEPTED VALUE ENGINEERING

N/A

Subcontractor Initials                     SCCI Initials 

DocuSign Envelope ID: 22E40BCB7-5E5C-4010-892B-68F09F33FFC2

**Suffolk Construction Company, Inc.**                                      **Page 19 of 20**
All Aboard Florida – Miami Terminal
Miami, Florida
**Scope of Work for:** Precast Cleaning & Sealing (BP-99)                   **Date:** 7/16/2018

## ARTICLE 12.4: ALLOWANCES

The Subcontract Amount includes the following allowance(s). The allowances include the Subcontractor's mark-up for overhead, profit, taxes, insurance, bond, etc. Suffolk Construction Company Inc. will control these allowances in their entirety. Subcontractors will not be paid for any work they perform that is related to the allowance unless they receive written authorization from Suffolk Construction Company Inc., to proceed with the work. Lack of written approval from Suffolk will preclude the release of funds for these allowances. Subcontractors must also have daily work order tickets with a detailed description and location of the work performed signed by the Suffolk Superintendent verifying the labor and material that will be billed against each allowance. Payment will be made to the Subcontract for only completed work. Any allowance funds not used will be returned to Suffolk Construction Company Inc., in the form of a deductive change order. The following allowances are included in the Scope of Work:

| Item No. | Description | Amount |
|---|---|---|
| 01 | N/A | |

## ARTICLE 12.5: ALTERNATE SCOPES OF WORK

The following alternates are not included in the Subcontract Work and shall be available to the Owner and the Contractor at their option, at any point during the duration of the project, and include the Subcontractor's mark-up for overhead, profit, taxes, insurance, bond, and delivery (F.O.B. jobsite), and all other costs for a complete and proper installation. The Alternates are applied as adds or deducts to the Subcontract Amount. This Subcontractor acknowledges that the values of the Alternates include any and all requirements for the proper incorporation of these Alternates into the Scope of Work and no additional cost (over and above the stated cost of the Alternate) or time will be required to complete the work, including any acceleration that may be required to incorporate the changed or additional Work.

| Item No. | Description | Amount |
|---|---|---|
| 01 | N/A | |

## ARTICLE 12.6: UNIT PRICES

Unit Prices shall govern changes in the work, whether they are additions or deductions to the Subcontract Amount required during the course of the work. Unit Prices shall be total costs including the Subcontractor's labor burden, overhead, profit, taxes, insurance, bond, and delivery (F.O.B. jobsite) and all other costs for a complete and proper installation. The Unit Prices shall remain the same for the duration of the project, through the standard one (1) year warranty period from final completion.

| Item No. | Description | Unit Price | U.O.M. |
|---|---|---|---|
| | N/A | | |

## ARTICLE 12.7: LABOR RATES

Subcontractor Initials _____                    SCCI Initials _____

DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2

**Suffolk Construction Company, Inc.**          Page 20 of 20

All Aboard Florida – Miami Terminal

Miami, Florida

**Scope of Work for:** Precast Cleaning ~~& Sealing~~ (BP-99)      **Date:** 7/16/2018

---

Hourly rates include all labor burden, overhead, profit, insurance, taxes, etc. The Labor Rates shall remain the same for the duration of the project, through the standard one (1) year warranty period from final completion.

| Item No. | Description | Straight Time Rate | Overtime Rate |
|---|---|---|---|
| 01 | Daily rate for a single sandblasting crew with equipment | $2,892/day | $3,315/day |
| 02 | Hourly rate for a single sandblasting crew with equipment | | $414.38/hr |
| 03 | (Hourly OT rate is an add on to the daily rate and cannot be contracted independently) | | |
| 04 | | | |

**END OF SCOPE**

Subcontractor Initials                                    SCCI Initials

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT A
LIST OF CONTRACT DOCUMENTS

Page 1 of 1

| | |
|---|---|
| Exhibit A | Index of Contract Documents |
| Exhibit A-1 | List of Contract Drawings & Specifications |
| Exhibit B | The Scope of Work |
| Exhibit C | Sample Insurance Certificates |
| Exhibit D | OCIP/CCIP Addendum |
| Exhibit E | Accident Report Forms |
| Exhibit F | Subcontractor's Field Force Report |
| Exhibit H | BIM Rider |
| Exhibit J | Owner Direct Purchase Order |
| ~~Exhibit L~~ | ~~LEED Score Card for Project~~ |
| Exhibit M | Performance Bonds |
| Exhibit P | Warranty Letter |
| ~~Exhibit Q~~ | ~~Jessica Lunsford Act~~ |
| ~~Exhibit R~~ | ~~Davis Bacon Wage Requirements~~ |
| Rider S | Safety |
| Rider S-1 | Hazardous Communication Regulation |
| Rider S-2 | Hazardous Communication Program |

 

| All Aboard Florida - Miami Terminal |
|---|
| Miami, FL |
| |
| EXHIBIT A-1 |
| LIST OF CONTRACT DRAWINGS |

| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| GT-0001 | Cover Sheet | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0002(P4) | DRAWING LIST - VOLUME 1 (PACKAGE 4) | SOM | Package 4 - IFC | 12/11/2015 |
| GT-0002 | DRAWING LIST - VOLUME 1 | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0002A | EARLY PACKAGE 2 DRAWING LIST | SOM | EP 2 - IFC -Bulletin 2 | 5/22/2015 |
| GT-0003 | DRAWING LIST - VOLUME 3 | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0004 | DRAWING LIST - VOLUME 4 | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0006 | ABBREVIATIONS, SYMBOLS, MOUNTING HEIGHTS, MATERIAL LIST | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0007 | PROJECT NOTES - GENERAL & MATERIAL REALTED | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0008 | KEYNOTE LIST | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0009 | KEYNOTE LIST | SOM | Package 6 - IFC | 12/11/2015 |
| GT-0011 | GEOMETRY PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0000 | OVERALL SITE PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0010 | GROUND & PARKING FLOOR KEY PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0020 | MEZZANINE & UNDER RAIL KEY PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0030 | PLATFORM & ROOF KEY PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0070 | FIRE AND LIFE SAFETY- TEXT | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0081 | FIRE AND LIFE SAFETY - GROUND FLOOR PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0082 | FIRE AND LIFE SAFETY - PARKING PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0083 | FIRE AND LIFE SAFETY - MEZZANINE PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0084 | FIRE AND LIFEE SAFETY - UNDER RAIL PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0085 | FIRE AND LIFE SAFETY - PLATFORM PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0091 | FIRE RATING DIAGRAMS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0092 | FIREPROOFING - GROUND FLOOR PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0093 | FIREPROOFING - PARKING PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0094 | FIREPROOFING - MEZZANINE PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0095 | FIREPROOFING - UNDER RAIL PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-0096 | FIREPROOFING - PLATFORM PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-0097 | PRECAST V OVERALL PLAN AND ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097A | SKIN STRUCTURE EAST MODULE | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097B | SKIN STRUCTURE SOUTH MODULE | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097C | PLATFORM PART PLAN 6 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097D | TRAIN STATION LOWER ROOF PART PLAN 6 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097E | TRAIN STATION UPPER ROOF PART PLAN 6 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097F | TYPICAL SECTION THROUGH PLATFORM | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097G | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097H | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097J | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097K | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097L | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097M | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097N | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097P | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097Q | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097R | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097S | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097T | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097U | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097V | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097W | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097X | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097Y | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097Z | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097AA | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097BB | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097CC | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-0097DD | FIRE RATING ENCLOSURE AT PRECAST V - 3D VIEW | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |

| | **All Aboard Florida - Miami Terminal**<br>**Miami, FL**<br><br>**EXHIBIT A-1**<br>**LIST OF CONTRACT DRAWINGS** | | |  |

| DOCUMENT DATE<br>NUMBER | August 3, 2016<br>DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| VSK-AT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1028 | MEZZANINE FLOOR PART PLAN 8- BLOCK E | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1031 | UNDER RAIL FLOOR PART PLAN 1- BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1032 | UNDER RAIL FLOOR PART PLAN 2- NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1033 | UNDER RAIL FLOOR PART PLAN 3- BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1034 | UNDER RAIL FLOOR PART PLAN 4- NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1035 | UNDER RAIL FLOOR PART PLAN 5- BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1036 | UNDER RAIL FLOOR PART PLAN 6- NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1037 | UNDER RAIL FLOOR PART PLAN 7- BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1038 | UNDER RAIL FLOOR PART PLAN 8 - BLOCK E | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| AT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-1051 | ROOF FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| AT-1052 | ROOF FLOOR PART PLAN 2 - NW 4TH ST | SOM | Package 6 - IFC | 12/11/2015 |
| AT-1053 | ROOF FLOOR PART PLAN 3 - BLOCK B | SOM | Package 6 - IFC | 12/11/2015 |
| AT-1054 | ROOF FLOOR PART PLAN 4 - NW 5TH ST | SOM | Package 6 - IFC | 12/11/2015 |
| AT-1055 | ROOF FLOOR PART PLAN 5 - BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-1056 | ROOF FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| AT-1057 | ROOF FLOOR PART PLAN 7 - BLOCK D | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-2000.1 | KEY BUILDING ELEVATIONS NORTH AND SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2000 | KEY BUILDING ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-2001 | KEY BUILDING ELEVATIONS AT CURTAINWALL | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-2002 | EAST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2003 | EAST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2004 | EAST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2005 | EAST AND WEST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2006 | WEST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2007 | WEST ELEVATIONS - AT CURTAINWALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2008 | WEST ELEVATIONS - AT CURTAIN WALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2009 | WEST ELEVATIONS - AT CURTAIN WALL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2600 | KEY BUILDING SECTION NORTH - SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2600.1 | BUILDING SECTION AT 3RD STREET | | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2601 | BUILDING CROSS SECTION - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2602 | BUILDING CROSS SECTION - NW 4TH ST. LOOKING NORTH & SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2603 | BUILDING CROSS SECTIONS - BLOCK B & C AT OVERBUILD CORES | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2604 | BUILDING CROSS SECTIONS - NW 5TH ST LOOKING NORTH & SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2605 | BUILDING SECTION AT 5TH STREET | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2606 | BUILDING CROSS SECTION - NW 6TH ST. LOOKING NORTH & SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2607 | BUILDING SECTION AT 6TH STREET | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-2608 | BUILDING CROSS SECTION - BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| AT-2609 | BUILDING SECTION AT 7TH STREET | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-2610 | BUILDING CROSS SECTION - NW 7TH ST. LOOKING NORTH & SOUTH | SOM | VE - GMP 9 | 7/26/2016 |
| AT-2621 | PARKING GARAGE SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |

| | All Aboard Florida - Miami Terminal Miami, FL | | |  |

| | EXHIBIT A-1 LIST OF CONTRACT DRAWINGS | | | |

| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| **NUMBER** | **DRAWING TITLE** | **PREPARED BY** | **DOCUMENT** | **DATE** |
| AT-2622 | PARKING GARAGE SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-3000.1 | KEY UNDER RAIL AND PLATFORM RCP | SOM | Package 6 - IFC | 12/11/2015 |
| AT-3000 | KEY GROUND AND MEZZANINE RCP | SOM | Package 6 - IFC | 12/11/2015 |
| AT-3001 | GROUND RCP PART PLAN 1- BLOCK A | SOM | Package 6 - IFC | 12/11/2015 |
| AT-3002 | GROUND RCP PART PLAN 2- NW 4TH ST | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-3003 | GROUND RCP PART PLAN 3- BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| AT-3004 | GROUND RCP PART PLAN 4- NW 5TH STREET | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-3005 | GROUND RCP PART PLAN 5- BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| AT-3006 | GROUND RCP PART PLAN 6- NW 6TH ST | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-3007 | GROUND RCP PART PLAN 7- BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3008 | GROUND RCP PART PLAN 8 - BLOCK E&F | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3011 | PARKING RCP PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3012 | PARKING RCP PART PLAN 2 - NW 4TH STREET | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3021 | MEZZAZINE RCP PART PLAN 1- BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3021INS | MEZZANINE RCP PART PLAN 1- BLOCK A | | VE - GMP 9 | 7/26/2016 |
| AT-3022 | MEZZANINE RCP PART PLAN 2- NW 4TH ST | | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3022INS | MEZZANINE RCP PART PLAN 2- NW 4TH ST | | VE - GMP 9 | 7/26/2016 |
| AT-3023 | MEZZANINE RCP PART PLAN 3- BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3023INS | MEZZANINE RCP PART PLAN 3- BLOCK B | | VE - GMP 9 | 7/26/2016 |
| AT-3024 | MEZZANINE RCP PART PLAN 4- NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3024INS | MEZZANINE RCP PART PLAN 4- NW 5TH ST | | VE - GMP 9 | 7/26/2016 |
| AT-3025 | MEZZANINE RCP PART PLAN 5- BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| | MEZZANINE RCP PART PLAN 5- BLOCK C | | VE - GMP 9 | 7/26/2016 |
| AT-3026 | MEZZANINE RCP PART PLAN 6- NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| | MEZZANINE RCP PART PLAN 6- NW 6TH ST | | VE - GMP 9 | 7/26/2016 |
| AT-3027 | MEZZANINE RCP PART PLAN 7- BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| | MEZZANINE RCP PART PLAN 7- BLOCK D | | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3041 | PLATFORM RCP 1- BLOCK A | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3042 | PLATFORM RCP 2- NW 4TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3043 | PLATFORM RCP 3- BLOCK B | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3044 | PLATFORM RCP 4- NW 5TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3045 | PLATFORM RCP 5- BLOCK C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3046 | PLATFORM RCP 6- NW 6TH ST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3047 | PLATFORM RCP 7- BLOCK D | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3101 | SOFFIT DAIGRID - ENLARGED  PLAN & DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3201 | SOFFIT AND FINISH CEILING DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3202 | SOFFIT AND FINISH CEILING DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-3203 | SOFFIT AND FINISH CEILING DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4001 | SOUTH CONCOURSE - GROUND FLOOR FINISH PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4002 | SOUTH CONCOURSE - MEZZANINE FLOOR FINISH PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4003 | SOUTH CONCOURSE - PLATFORM FLOOR FINISH PLAN EAST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4004 | SOUTH CONCOURSE - PLATFORM FINISH PLAN WEST | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4005 | SOUTH CONCOURSE - GROUND FLOOR FINISH RCP | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4006 | SOUTH CONCOURSE - MEZZANINE FLOOR FINISH RCP | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4007 | SOUTH CONCOURSE - PLATFORM FINISH RCP EAST | SOM | VE - GMP 9 | 7/26/2016 |
| AT-4008 | SOUTH CONCOURSE - PLATFORM FINISH RCP WEST | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-4010 | SOUTH CONCOURSE - INTERIOR ELEVATIONS AT GROUND | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4011 | SOUTH CONCOURSE - INTERIOR ELEVATIONS AT MEZZANINE | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4012 | SOUTH CONCOURSE - INTERIOR ELEVATIONS AT PLATFORM | SOM | VE - GMP 9 | 7/26/2016 |
| AT-4013 | SOUTH CONCOURSE - INTERIOR ELEVATIONS AT PLATFORM 2 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4014 | SOUTH CONCOURSE OVERALL INTERIOR ELEVATION | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4101 | NORTH CONCOURSE - GROUND FLOOR FINISH PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4102 | NORTH CONCOURSE - MEZZANINE FINISH PLAN - PART 1 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4103 | NORTH CONCOURSE - MEZZANINE FINISH PLAN - PART 2 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4104 | NORTH CONCOURSE - MEZZANINE FINISH PLAN PART 3 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4105 | NORTH CONCOURSE - PLATFORM FINISH PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4106 | NORTH CONCOURSE - GROUND FLOOR FINISH RCP | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4107 | NORTH CONCOURSE - MEZZANINE FINISH RCP - PART 1 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4108 | NORTH CONCOURSE - MEZZANINE FINISH RCP - PART 2 | SOM | VE - GMP 9 | 7/26/2016 |
| AT-4109 | NORTH CONCOURSE - MEZZANINE FINISH RCP -  PART 3 | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-4113 | NORTH CONCOURSE INTERIOR ELEVATIONS AT GROUND 1 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4114 | NORTH CONCOURSE  INTERIOR ELEVATIONS AT GROUND 2 | SOM | VE - GMP 9 | 7/26/2016 |

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**

 

| DOCUMENT DATE | August 3, 2016 | | | | |
|---|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | | DATE |
| VSK-AT-4115 | NORTH CONCOURSE INTERIOR ELEVATIONS AT GROUND 3 | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-4116 | NORTH CONCOURSE INTERIOR ELEVATIONS AT MEZZANINE 1 | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-4117 | NORTH CONCOURSE INTERIOR ELEVATIONS AT MEZZANINE 2 | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-4118 | NORTH CONCOURSE INTERIOR ELEVATIONS AT MEZZANINE 3 | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-4121 | NORTH CONCOURSE SECTIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-4122 | BLOCK C RETAIL ENTRY SECTION | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-4123 | ELEVATOR SIGNAGE | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-4201 | NORTH CONCOURSE GROUND RESTROOMS GD-025 & GD-026 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4202 | NORTH CONCOURSE GROUND RESTROOMS ELEVATIONS GD-025 & GD-026 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4203 | NORTH CONCOURSE GROUND RESTROOM 2 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4204 | NORTH CONCOURSE GROUND RESTROOM 3 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4205 | NORTH CONCOURSE MEZZANINE RESTROOM 1 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4206 | NORTH CONCOURSE MEZZANINE RESTROOM 1 - ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4207 | NORTH CONCOURSE MEZZANINE RESTROOM 2 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4208 | NORTH CONCOURSE MEZZANINE RESTROOM 3 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4210 | NORTH CONCOURSE MEZZANINE RESTROOM 4 | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-4212 | NORTH CONCOURSE MEZZANINE RESTROOM 5 | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-4213 | NORTH CONCOURSE MEZZANINE RESTROOM 5 - ELEVATIONS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-4214 | NORTH CONCOURSE MEZZANINE RESTROOM 6 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4215 | NORTH CONCOURSE MEZZANINE MEN LOCKER/RESTROOM | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4216 | NORTH CONCOURSE MEZZANINE MEN LOCKER/RESTROOM ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4217 | NORTH CONCOURSE MEZZANINE WOMEN LOCKER/RESTROOM | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4218 | NORTH CONCOURSE MEZZANINE WOMEN LOCKER/RESTROOM ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4219 | NORTH CONCOURSE MEZZANINE BREAKROOM | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4220 | NORTH CONCOURSE MEZZANINE BREAKROOM ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4221 | SOUTH CONCOURSE PLATFORM RESTROOM | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4222 | SOUTH CONCOURSE PLATFORM RESTROOM - ELEVATIONS 1 | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4225 | TYPICAL RESTROOM DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4245 | NORTH CONCOURSE FOOD AND BEVERAGE PAVILLION PLANS AND DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4246 | NORTH CONCOURSE FOOD AND BEVERAGE PAVILLION ELEVATIONS AND DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4801 | LOADING DOCK DRAWING INDEX | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4802 | LOADING DOCKS GENERAL NOTES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4803 | LOADING DOCKS ELECTRICAL NOTES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4804 | LOADING DOCK PLUMBING NOTES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4805 | LOADING DOCKS MECHANICAL NOTES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4806 | BLOCK D EQUIPMENT SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4807 | BLOCK D EQUIPMENT PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4808 | BLOCK D ELECTRICAL ROUGH-IN PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4809 | BLOCK D PLUMBING ROUGH-IN PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4810 | BLOCK D LOW VOLTAGE PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4811 | BLOCK D LIFE SAFETY PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4812 | BLOCK D EQUIPMENT ELEVATION REFERENCE PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4813 | BLOCK D ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4814 | BLOCK D ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4815 | BLOCK D SPECIAL CONDITIONS PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4816 | BLOCK D SLAB PENETRATIONS PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4817 | BLOCK D TRUCK DOCK ELEVATION DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4818 | BLOCK D MANUFACTURE DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4819 | BLOCK D MANUFACTURE DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4820 | BLOCK B EQUIPMENT SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4821 | BLOCK B EQUIPMENT PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4822 | BLOCK B ELECTRICAL ROUGH-IN PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4824 | BLOCK B LOW VOLTAGE PLAN & SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4825 | BLOCK B LIFE SAFETY PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4826 | BLOCK B ELEVATION REFERENCE PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4827 | BLOCK B ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4828 | BLOCK B ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4829 | BLOCK B ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4830 | BLOCK B ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4831 | BLOCK B SPECIAL CONDITIONS PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4832 | BLOCK B SLAB PENETRATIONS PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-4833 | BLOCK B TRUCK DOCK ELEVATION DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |




**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**

DOCUMENT DATE: August 3, 2016

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| AT-4834 | BLOCK B MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4835 | BLOCK B MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4836 | BLOCK B MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4837 | BLOCK B MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4838 | BLOCK B MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4839 | BLOCK C EQUIPMENT SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4840 | BLOCK C EQUIPMENT SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4841 | BLOCK C EQUIPMENT PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4842 | BLOCK C ELECTRICAL ROUGH-IN SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4843 | BLOCK C ELECTRICAL ROUGH-IN PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4844 | BLOCK C PLUMBING ROUGH-IN SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4845 | BLOCK C PLUMBING ROUGH-IN PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4846 | BLOCK C LOW VOLTAGE PLAN & SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4847 | BLOCK C LIFE SAFETY PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4848 | BLOCK C ELEVATION REFERENCE PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4849 | BLOCK C ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850 | BLOCK C ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850A | BLOCK C ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850B | BLOCK C SPECIAL CONDITIONS PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850C | BLOCK C SLAB PENETRATIONS PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850D | BLOCK C TRUCK DOCK ELEVATION DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850E | BLOCK C MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850F | BLOCK C MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850G | BLOCK C MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850H | BLOCK C MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-4850J | BLOCK C MANUFACTURE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-4851 | OB3 PARKING ENTRY ELARGED PLAN AND SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-4852 | OB3 PARKING ENTRY ENLARGED REFLECTED CEILING PLAN AND SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| AT-4853 | OB2 PARKING ENTRY ENLARGED PLAN AND SECTION | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-4854 | OB2 PARKING ENTRY ENLARGED REFLECTED CEILING PLAN AND SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| AT-4901 | METROMOVER ENTRY ENLARGED PLAN, RCP, SECTIONS AND DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5000 | PRECAST V OVERALL PLAN AND ELEVATIONS | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5001 | PRECAST V EAST AXONOMETRIC ASSEMBLY | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5002 | PRECAST V SOUTH AXONOMETRIC ASSEMBLY | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5003 | PRECAST V WEST AXONOMETRIC ASSEMBLY | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5030 | PRECAST V EAST FACADE TYPE A1, A3, AND A4 | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5031 | PRECAST V EAST FACADE TYPE A1, A3, AND A4 | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5032 | PRECAST V EAST FACADE TYPE A3,A4,A5 AND A6 | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5033 | PRECAST V EAST FACADE TYPE B1 | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5034 | PRECAST V EAST FACADE TYPE B3 | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5035 | PRECAST V EAST FACADE TYPE B3 | SOM | Package 4 - IFC | 12/11/2015 |
| VSK-AT-5041 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5042 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5043 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5044 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5045 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5046 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5047 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5048 | PRECAST V WEST FACADE ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5049 | PRECAST V WEST FACADE SECTIONS | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5050 | PRECAST V WEST FACADE SECTIONS | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5067 | PRECAST V SOUTH FACADE TYPE F | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5068 | PRECAST V SOUTH FACADE TYPE F | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5069 | PRECAST V SOUTH-EAST CORNER TYPE J | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5070 | PRECAST V SOUTH-EAST CORNER TYPE J | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5071 | PRECAST V SOUTH-WEST CORNER TYPE H | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5072 | PRECAST V SOUTH-WEST CORNER TYPE H | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5073 | PRECAST V NORTH-EAST CORNER TYPE I | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5074 | PRECAST V NORTH-EAST CORNER TYPE I | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5080 | PRECAST V DETAILS | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5081 | PRECAST V DETAILS | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5086 | PRECAST V DETAILS | SOM | Package 4 - IFC | 12/11/2015 |

| | All Aboard Florida - Miami Terminal<br>Miami, FL<br><br>EXHIBIT A-1<br>LIST OF CONTRACT DRAWINGS | | |  |
|---|---|---|---|---|

| DOCUMENT DATE | | | | August 3, 2016 | |
|---|---|---|---|---|---|

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| AT-5090A | PRECAST V MOCK-UP | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5090B | PRECAST V MOCK-UP | SOM | Package 4 - IFC | 12/11/2015 |
| AT-5091 | PRECAST V LIGHTING BASE DETAIL | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5101 | TYPICAL LOUVER INFILL DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5102 | TYPICAL LOUVER INFILL DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5103 | PRECAST V WEST FAÇADE DETAIL ELEVATIONS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5104 | PRECAST V WEST FAÇADE DETAIL ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5105 | PRECAST/PARKING SCREEN FAÇADE DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5106 | PRECAST/STUCCO WALL FAÇADE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5107 | PRECAST FAÇADE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5118 | STEEL CONNECTIONS AT V'S | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5201 | EAST EXTERIOR CANOPY ASSEMBLIES | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5202 | WEST CANOPY SECTIONS AND DETAILS PLATFORM E | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5203 | PLATFORM B AND C CANOPY AND SECTIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5204 | PLATFORM D CANOPY SECTIONS AND DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5205 | INTERIOR CANOPY UNDER OB SECTIONS AND DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5206 | SOUTH CANOPY SECTIONS AND DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5208 | PLATFORM B+C, & D GLASS BOX AND CANOPY ROOF CROSS SECTION DETAIL | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5211 | TYPICAL INTERIOR AND EXTERIOR CANOPY DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5212 | PLATFORM CANOPY ENCLOSURE | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5213 | LIGHT FIXTURE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5251 | PLATFORM A ENLARGED CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5252 | PLATFORM B/C ENLARGED CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5253 | PLATFORM D ENLARGED CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5254 | PLATFORM E ENLARGED CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5255 | PLATFORM SECTIONS AT SLOPE | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5256 | SOUTH CONNECTOR PLATFORM CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5257 | SOUTH CONNECTOR PLATFORM CROSS SECTION | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5258 | IN-PLATFORM STAIR ENCLOSURE SECTION DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5261 | PLATFORM D ENLARGED PLAN @ C11/D1 & ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5262 | PLATFORM A ENLARGED PLAN @ C11/D1 & ELEVATIONS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5265 | ELEVATIONS @ PLATFORM A & B + C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5266 | ELEVATIONS @ PLATFORM B+C | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5267 | ELEVATIONS @ PLATFORM D | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5268 | ELEVATIONS @ PLATFORM D | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5269 | ELEVATIONS @ PLATFORM D & E | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5270 | ELEVATION @ PLATFORM E | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5281 | PLATFORM FINISH FLOOR DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5282 | PLATFORM FINISH FLOOR DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5301 | TRACK 1 & 2 ENLARGED CROSS SECTIONS AND DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5302 | TRACK 3 ENLARGED CROSS SECTIONS AND DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-5303 | TRACK 4 & 5 ENLARGED CROSS SECTIONS AND DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5304 | TRACK SECTIONS AND DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5305 | TRACK/UNDER RAIL LEVEL DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-5306 | BOTTOM CHORD DETAILS AT UNDER RAIL LEVEL | SOM | VE - GMP 9 | 7/26/2016 |
| AT-5341 | ROOFING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5351 | CHILLER PLATFORM AND TYP GRATING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5381 | EXPANSION JOINT GRID A9 PLANS, ELEVATIONS & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5382 | EXPANSION JOINT GRID B8 TO B10 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5383 | EXPANSION JOINT GRID B8 TO B10 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5384 | EXPANSION JOINT GRID C1 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5385 | EXPANSION JOINT GRID C9 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5386 | EXPANSION JOINT GRID C9 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5387 | EXPANSION JOINT GRID D1 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5388 | EXPANSION JOINT GRID D1 PLANS, ELEVATIONS, & SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5389 | EXTERIOR EXPANSION JOINT DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5391 | AT GRADE WATERPROOFING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5500 | GLASS ENCLOSURE ASSEMBLIES AXO | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5511 | VERTICAL GLASS ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5512 | VERTICAL GLASS ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5513 | SLOPED GLASS ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | 12/11/2015 |
| AT-5514 | SLOPED GLASS ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | 12/11/2015 |

All Aboard Florida - Miami Terminal
Miami, FL

EXHIBIT A-1
LIST OF CONTRACT DRAWINGS



| DOCUMENT DATE | August 3, 2016 | | | | |
|---|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | | DATE |
| AT-5515 | LIGHT WELL AT 5TH STREET ENCLOSURE ASSEMBLIES (WEST) | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5516 | LIGHT WELL AT 5TH STREET ENCLOSURE ASSEMBLIES (EAST) | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5517 | LIGHT WELL AT 6TH STREET (EAST) ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5518 | LIGHT WELL AT 6TH STREET (WEST) | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5519 | SKYLIGHT ENCLOSURE AT 6TH ST. (WEST) | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5520 | LIGHTWELL ENCLOSURE ASSEMBLIES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5521 | SKYLIGHT GLASS ROOF ASSEMBLIES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5522 | SKYLIGHT GLASS ROOF ASSEMBLIES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5523 | CURTAIN WALL CORNER UNITS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5524 | CURTAIN WALL CORNER UNITS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5531 | PLATFORM E (TRCL) GLASS ENCLOSURE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5532 | PLATFORM D (TRCL) GLASS ENCLOSURE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5533 | PLATFORMS B/C (TRCL) GLASS ENCLOSURE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5534 | PLATFORM A (AAF) GLASS ENCLOSURE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5535 | GLASS BOX ENCLOSURE DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5551 | TYPICAL CURTAIN WALL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5552 | CURTAIN WALL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5554 | LIGHTWELL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5555 | GLASS BOX ENCLOSURE DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5560 | TYPICAL VERTICAL CURTAIN WALL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5561 | TYPICAL VERTICAL CURTAIN WALL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5562 | TYPICAL SLOPED GLASS DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5563 | TYPICAL SLOPED CURTAIN WALL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5565 | LIGHTWELL DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5571 | CURTAIN WALL VISUAL MOCK UP | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5701 | TYP VERTICAL PARKING GARAGE SCREEN | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-5702 | TYP PARKING GARAGE SCREEN DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-5703 | SOUTH PARKING GARAGE SLOPED SCREEN | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-5704 | SOUTH PARKING GARAGE SLOPED SCREEN DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-5751 | 4TH STREET SLIDING GATE A | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5752 | 4TH STREET SWING GATE B & 5TH STREET SWING GATE | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5801 | PLATFORM GLASS GUARDRAIL ASSEMBLIES | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5804 | PARKING GARAGE GUARDRAIL ASSEMBLY CONT. | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-5805 | EXTERIOR WALL METAL PANEL DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-5806 | EXTERIOR WALL WEST METAL PANEL DETAILS ABOVE UNDER RAIL LEVEL | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5807 | LOUVER DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-5904 | NORTH CONCOURSE EXTERIOR WICKET LAYOUTS, AND ELEVATIONS | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-5905 | NORTH CONCOURSE EXTERIOR WICKET LAYOUTS, AND ELEVATIONS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-5906 | NORTH CONCOURSE INTERIOR MEZZ WICKET LAYOUTS, AND ELEVATIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5908 | EXTERIOR WICKET DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5909 | EXTERIOR WICKET DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5910 | INTERIOR WICKET DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-5911 | EXTERIOR DOOR DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-5912 | EXTERIOR WALK-OFF MATT DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-5951 | BUILDING TO LANDSCAPE DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6001 | GROUND AND MEZZANINE VT KEY PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6002 | UNDER RAIL AND PLATFORM VT KEY PLAN | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6005 | ELEVATOR A43-AA-P & A44-AA-P - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6006 | ELEVATOR A43-AA-P & A44-AA-P - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6008 | ELEVATOR A42-RT-S - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6010 | ELEVATOR A50-AA-P PLAN & SECTION | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6011 | ELEVATOR B39-RT-S PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6013 | ELEVATOR PLAN B40- CP-P & B41-CP-P | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6015 | ELEVATOR C27-RT-P & C28-RT-P - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6017 | ELEVATOR C26-RT-S - PLANS & SECTIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6018 | ELEVATOR C29-RT-S - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6020 | ELEVATOR D15-AA-P & D16-AA-P - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6022 | ELEVATOR D12-AA-S, D13-AA-S & D14-AA-S - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6024 | ELEVATOR D11-RT-S PLANS & SECTIONS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6025 | ELEVATOR D45-AA-P & D46-AA-P - PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6027 | ELEVATOR D47-AA-P, D48-AA-P & D49-AA-P PLANS | SOM | Package 6 - IFC | | 12/11/2015 |
| AT-6029 | PASSENGER ELEVATOR CAB DETAILS | SOM | Package 6 - IFC | | 12/11/2015 |

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**



| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| AT-6031 | ELEVATOR PIT DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-6101 | PUBLIC STAIR ST - A1 & ESCALATOR (A106-A107) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6102 | PUBLIC STAIR ST - A1 & ESCALATOR (A106-A107) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6103 | PUBLIC STAIR ST - A2 & ESCALATOR (A116-117) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6104 | PUBLIC STAIR ST - A2 & ESCALATOR (A116-117) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6105 | ESCALATOR (C104-105) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6106 | ESCALATOR (C104-105) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6107 | PUBLIC STAIR D1 & ESCALATOR (D100-103) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6108 | PUBLIC STAIR D1 & ESCALATOR (D100-103) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6109 | PUBLIC STAIR D2 & ESCALATOR (D112-113) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6110 | PUBLIC STAIR D2 & ESCALATOR (D112-113) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6112 | ESCALATOR (D108-109) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6113 | ESCALATOR (D108-109) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6114 | ESCALATOR (D110-111) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6115 | ESCALATOR D110 & D111 | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6116 | ESCALATOR (D114-115) | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6117 | ESCALATOR D114 & D115 | SOM | VE - GMP 9 | 7/26/2016 |
| AT-6120 | PUBLIC STAIR ST-PA4 & ST-PB1 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6121 | PUBLIC STAIR ST-PA2 & ST-PA3 | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-6122 | PUBLIC STAIR  DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-AT-6123 | ESCALATOR DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-6124 | EGRESS STAIR ST - A01 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6125 | EGRESS STAIR ST - A02 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6126 | EGRESS STAIR ST - A03 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6127 | EGRESS STAIR ST - B04 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6128 | EGRESS STAIR ST - B05 (OB3) | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6129 | EGRESS STAIR ST - B06 (OB3) | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6130 | EGRESS STAIR ST - B07 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6131 | EGRESS STAIR ST - B08 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6132 | EGRESS STAIR ST -C09 & ST-C12 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6133 | EGRESS STAIR ST - C10 (OB2) | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6134 | EGRESS STAIR ST - C11 (OB2) | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6135 | EGRESS STAIR ST -D13 & ST -D15 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6136 | EGRESS STAIR ST - D14 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6137 | EGRESS STAIR ST - D16 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6138 | EGRESS STAIR ST - D16 | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6139 | EGRESS STAIR ST-D17 (OB1) | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6140 | EGRESS STAIR ST-D19-GD & ST-D20-GD | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6141 | EGRESS STAIR ST-D19-GD & ST-D20-GD | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6142 | EGRESS STAIR ST-E17 | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-AT-6145 | TYPICAL STAIR DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| AT-6146 | TYPICAL STAIR DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6147 | PHOTOLUMINESCENT MARKING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6501 | TYPICAL INTERIOR DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6502 | METAL PANEL CLADDING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6503 | BAFFLE CEILING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6505 | ACT CEILING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6506 | DEVICE DETAILS AT CEILINGS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6507 | BAFFLE DEVICES DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6510 | INTERIOR GUARDRAIL | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6511 | INTERIOR STOREFRONT DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6512 | TERRAZZO | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6514 | TICKETING DESK DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6515 | BUILDING INFO DESK | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6517 | MILLWORK | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6518 | TERRAZZO MOCK UP | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6519 | BACK PAINTED GLASS DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-6520 | BACK PAINTED GLASS DETAILS CONT. | SOM | Package 6 - IFC | 12/11/2015 |
| AT-7001 | PARTITION TYPES | SOM | Package 6 - IFC | 12/11/2015 |
| AT-7002 | PARTITION DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-7003 | PARTITION DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| AT-7004 | MASONRY DETAILS | SOM | Package 6 - IFC | 12/11/2015 |

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**



| DOCUMENT DATE | | August 3, 2016 | | | |
|---|---|---|---|---|---|
| **NUMBER** | **DRAWING TITLE** | **PREPARED BY** | **DOCUMENT** | | **DATE** |
| VSK-AT-7101 | DOOR SCHEDULE | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-7102 | DOOR AND DOOR FRAME DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-7103 | DOOR TYPES & THRESHOLDS | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-7104 | ROLL UP DOOR DETAILS | SOM | VE - GMP 9 | | 7/26/2016 |
| AT-7301 | ROOM FINISH SCHEDULE | SOM | Package 6 - IFC | | 12/11/2015 |
| VSK-AT-FF01 | GROUND FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF02 | GROUND FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF03 | GROUND FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF04 | GROUND FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF05 | GROUND FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF06 | GROUND FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF07 | GROUND FLOOR PART PLAN 7 - BLOCK D | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF08 | GROUND FLOOR PART PLAN 8 - BLOCK E&F | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF09 | PARKING FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF10 | PARKING FLOOR PART PLAN 4 - NW 5TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF11 | PARKING FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF12 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF13 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF14 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF15 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF16 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF17 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF18 | UNDER RAIL FLOOR PART PLAN 1- BLOCK A | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF19 | UNDER RAIL FLOOR PART PLAN 2- NW 4TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF20 | UNDER RAIL FLOOR PART PLAN 3- BLOCK B | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF21 | UNDER RAIL FLOOR PART PLAN 4- NW 5TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF22 | UNDER RAIL FLOOR PART PLAN 5- BLOCK C | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF23 | UNDER RAIL FLOOR PART PLAN 6- NW 6TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF24 | UNDER RAIL FLOOR PART PLAN 7- BLOCK D | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF25 | PLATFORM FLOOR PART PLAN 1 - BLOCK A | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF26 | PLATFORM FLOOR PART PLAN 3- BLOCK B | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF27 | PLATFORM FLOOR PART PLAN 4- NW 5TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF28 | PLATFORM FLOOR PART PLAN 5- BLOCK C | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF29 | PLATFORM FLOOR PART PLAN 6- NW 6TH ST | SOM | VE - GMP 9 | | 7/26/2016 |
| VSK-AT-FF30 | PLATFORM FLOOR PART PLAN 7- BLOCK D | SOM | VE - GMP 9 | | 7/26/2016 |
| C-02 | GRADING PLAN | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-03 | GRADING PLAN | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-04 | GRADING PLAN | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-05 | GRADING PLAN | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-06 | OVERALL PAVING AND DRAINAGE PLAN | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| C-07 | PAVING AND DRAINAGE PLAN | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| C-08 | PAVING AND DRAINAGE PLAN | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| C-09 | PAVING AND DRAINAGE PLAN | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| C-10 | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| C-11 | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-11A | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-11B | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-12 | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-13 | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| C-14 | PAVING GRADING & DRAINAGE DETAILS | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| UT-1 | OVERALL UTILITY COORDINATION PLAN | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| UT-2 | UTILITY COORDINATION PLAN SOUTH | SSA | 100% CD  COORDINATED PLANS | | 1/20/2016 |
| UT-3 | UTILITY COORDINATION PLAN NORTH | SSA | 100% CD  COORDINATED PLANS | | 12/31/2015 |
| D-1 | DEMOLITION PLAN OVERALL | SSA | PERMIT SET | | 7/12/2014 |
| D-2 | DEMOLITION PLAN - SOUTH | SSA | PERMIT SET | | 7/12/2014 |
| D-3 | DEMOLITION PLAN - NORTH | SSA | PERMIT SET | | 7/12/2014 |
| ELT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |
| ELT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |
| ELT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |
| ELT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |
| ELT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |
| ELT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | | 9/7/2016 |



| | All Aboard Florida - Miami Terminal | | | |
| :---: | :---: | :---: | :---: | :---: |
| | Miami, FL | | | |
| | | | | |
| | EXHIBIT A-1 | | | |
| | LIST OF CONTRACT DRAWINGS | | | |

| DOCUMENT DATE | August 3, 2016 | | | |
| :---: | :--- | :---: | :--- | :---: |
| **NUMBER** | **DRAWING TITLE** | **PREPARED BY** | **DOCUMENT** | **DATE** |
| ELT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1018 | PARKING FLOOR PART PLAN 8 - BLOCK E&F - LIGHTING | SOM | Package 6 - IFC | 12/11/2015 |
| ELT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1031 | UNDER RAIL FLOOR PART PLAN 1 - BLOCK A - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1032 | UNDER RAIL FLOOR PART PLAN 2 - NW 4TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1033 | UNDER RAIL FLOOR PART PLAN 3 - BLOCK B - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1034 | UNDER RAIL FLOOR PART PLAN 4 - NW 5TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1035 | UNDER RAIL FLOOR PART PLAN 5 - BLOCK C - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1036 | UNDER RAIL FLOOR PART PLAN 6 - NW 6TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1037 | UNDER RAIL FLOOR PART PLAN 7 - BLOCK D - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1038 | UNDER RAIL FLOOR PART PLAN 8 - BLOCK E&F - LIGHTING | SOM | Package 6 - IFC | 12/11/2015 |
| ELT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - LIGHTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ELT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - LIGHTING | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| VSK-EPT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - POWER | SOM | VE - GMP 9 | 7/26/2016 |
| EPT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| VSK-EPT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1031 | UNDER RAIL FLOOR PART PLAN 1 - BLOCK A - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1032 | UNDER RAIL FLOOR PART PLAN 2 - NW 4TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1033 | UNDER RAIL FLOOR PART PLAN 3 - BLOCK B - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1034 | UNDER RAIL FLOOR PART PLAN 4 - NW 5TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1035 | UNDER RAIL FLOOR PART PLAN 5 - BLOCK C - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1036 | UNDER RAIL FLOOR PART PLAN 6 - NW 6TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1037 | UNDER RAIL FLOOR PART PLAN 7 - BLOCK D - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1038 | UNDER RAIL FLOOR PART PLAN 8 - BLOCK E&F - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| EPT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |



**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**



| DOCUMENT DATE: | August 3, 2016 | | | |
|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| EPT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - POWER | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| EPT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - POWER | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0000 | ELECTRICAL LEGENDS & GENERAL NOTES | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-0010 | ELECTRICAL OVERALL PLANS - GROUND FLOOR & PARKING MEZZANINE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0020 | ELECTRICAL OVERALL PLANS - MEZZANINE & UNDER RAIL | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0030 | ELECTRICAL OVERALL PLANS - PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0511 | ELECTRICAL SITE PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0512 | ELECTRICAL SITE PLAN - PROPOSED SECONDARY CONDUIT ROUTING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-0513 | ELECTRICAL SITE LIGHTING PLAN - BLOCK A | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-0514 | ELECTRICAL SITE LIGHTING PLAN - BLOCK B | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-0515 | ELECTRICAL SITE LIGHTING PLAN - BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0516 | ELECTRICAL SITE LIGHTING PLAN - BLOCK D | SOM | Package 6 - IFC | 12/11/2015 |
| ET-0517 | ELECTRICAL SITE LIGHTING PLAN - BLOCK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-2001 | LIGHTING PROTECTION PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| ET-4001 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4002 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4003 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4004 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4005 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4006 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4007 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4008 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4009 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-4010 | ELECTRICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-5001 | ELECTRICAL RISER DIAGRAM - VAULT NO. 2 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-5002 | ELECTRICAL RISER DIAGRAM - VAULT NO. 5 | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-ET-5003 | LIGHTING CONTROL RISER DIAGRAM - 1 OF 4 | SOM | VE - GMP 9 | 7/26/2016 |
| ET-5004 | LIGHTING CONTROL RISER DIAGRAM - 2 OF 4 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-5005 | LIGHTING CONTROL RISER DIAGRAM - 3 OF 4 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-5006 | LIGHTING CONTROL RISER DIAGRAM - 4 OF 4 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-5007 | GROUND RISER DIAGRAM | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6001 | LIFE SAFETY PHOTOMETRICS - STAIRWALL #1 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6002 | LIFE SAFETY PHOTOMETRICS - STAIRWALL #2 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6003 | LIFE SAFETY PHOTOMETRICS - STAIRWALL #3 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6004 | LIFE SAFETY PHOTOMETRICS - SERVICE CORRIDOR #1 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6005 | LIFE SAFETY PHOTOMETRICS - SERVICE CORRIDOR #2 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6006 | LIFE SAFETY PHOTOMETRICS - RESTROOMS/LOCKER ROOMS | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6007 | LIFE SAFETY PHOTOMETRICS - PARKING GARAGE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6008 | LIFE SAFETY PHOTOMETRICS - PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6009 | LIFE SAFETY PHOTOMETRICS - TYPICAL CONCOURSE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6010 | LIFE SAFETY PHOTOMETRICS - TYPICAL RESTROOM | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6011 | LIFE SAFETY PHOTOMETRICS - NORTH CONCOURSE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6012 | LIFE SAFETY PHOTOMETRICS - NORTH CONCOURSE BAGGAGE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6013 | LIFE SAFETY PHOTOMETRICS - NORTH CONCOURSE CORRIDOR | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6014 | LIFE SAFETY PHOTOMETRICS - NORTH CONCOURSE ELEVATOR LOBBY | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6015 | LIFE SAFETY PHOTOMETRICS - NORTH CONCOURSE TICKETING | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6016 | LIFE SAFETY PHOTOMETRICS - SOUTH CONCOURSE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6017 | LIFE SAFETY PHOTOMETRICS - SOUTH CONCOURSE TICKETING | SOM | Package 6 - IFC | 12/11/2015 |
| ET-6018 | PHOTOMETRICS - PARKING GARAGE | SOM | Package 6 - IFC | 12/11/2015 |
| ET-7001 | ELECTRICAL DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| ET-7002 | ELECTRICAL DETAILS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8001 | PANEL SCHEDULES (VAULT NO.2) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8002 | PANEL SCHEDULES (VAULT NO.2) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8003 | PANEL SCHEDULES (VAULT NO.2) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8004 | PANEL SCHEDULES (VAULT NO.2) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8005 | PANEL SCHEDULES (VAULT NO.5) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8006 | PANEL SCHEDULES (VAULT NO.5) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8007 | PANEL SCHEDULES (VAULT NO.5) | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8010 | ELECTRICAL MECHANICAL SCHEDULE | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8011 | ELECTRICAL MECHANICAL SCHEDULE | SOM | Package 6 - Bulletin 4 | 9/7/2016 |

DocuSign Envelope ID: 2E40B0B7-5E5C-4010-892D-68F09F33FFC2

| | | | |
|---|---|---|---|
| **All Aboard Florida - Miami Terminal**<br>**Miami, FL**<br><br>**EXHIBIT A-1**<br>**LIST OF CONTRACT DRAWINGS** | | |  |

**DOCUMENT DATE**       August 3, 2016

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| ET-8012 | FIXTURE SCHEDULES | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| ET-8013 | LIGHTING FIXTURE SCHEDULES - 1 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-8014 | LIGHTING FIXTURE SCHEDULES - 2 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-8015 | LIGHTING FIXTURE SCHEDULE - 3 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-8016 | LIGHTING FIXTURE SCHEDULE - 4 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9001 | LIGHTING FIXTURE ILLUSTRATION - 1 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9002 | LIGHTING FIXTURE ILLUSTRATION - 2 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9003 | LIGHTING FIXTURE ILLUSTRATION - 3 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9004 | LIGHTING FIXTURE ILLUSTRATION - 4 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9005 | LIGHTING FIXTURE ILLUSTRATION - 5 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9006 | LIGHTING FIXTURE ILLUSTRATION - 6 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9007 | LIGHTING FIXTURE ILLUSTRATION - 7 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9008 | LIGHTING FIXTURE ILLUSTRATION - 8 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9009 | LIGHTING FIXTURE ILLUSTRATION - 9 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9010 | LIGHTING FIXTURE ILLUSTRATION - 10 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9011 | LIGHTING FIXTURE ILLUSTRATION - 11 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9012 | LIGHTING FIXTURE ILLUSTRATION - 12 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9013 | LIGHTING FIXTURE ILLUSTRATION - 13 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9014 | LIGHTING FIXTURE ILLUSTRATION - 14 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9015 | LIGHTING FIXTURE ILLUSTRATION - 15 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9016 | LIGHTING FIXTURE ILLUSTRATION - 16 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9017 | LIGHTING FIXTURE ILLUSTRATION - 17 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9018 | LIGHTING FIXTURE ILLUSTRATION - 18 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9019 | LIGHTING FIXTURE ILLUSTRATION - 19 | SOM | Package 6 - IFC | 12/11/2015 |
| ET-9020 | LIGHTING FIXTURE ILLUSTRATION - 20 | SOM | Package 6 - IFC | 12/11/2015 |
| ESC-1 | OVERALL EROSION AND SEDIMENT CONTROL PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| ESC-2 | EROSION AND SEDIMENT CONTROL PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| ESC-3 | EROSION AND SEDIMENT CONTROL PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| ESC-4 | EROSION AND SEDIMENTATION CONTROL DETAILS | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| ESC-5 | EROSION AND SEDIMENT CONTROL DETAILS | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| FAT-0000 | FIRE ALARM LEGEND & GENERAL NOTES | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-0010 | FIRE ALARM OVERALL PLANS - GROUND FLOOR & PARKING MEZZANINE | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-0020 | FIRE ALARM OVERALL PLANS - MEZZANINE & UNDER RAIL | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-0030 | FIRE ALARM OVERALL PLANS - PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1007 | GROUND FLOOR PART 7 - BLOCK D - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1021 | MEZZANINE FLOOR PART 1 - BLOCK A - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1022 | MEZZANINE FLOOR PART 2 - NW 4TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1031 | UNDER RAIL FLOOR PART PLAN 1 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1032 | UNDER RAIL FLOOR PART PLAN 2 - NW 4TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1033 | UNDER RAIL FLOOR PART PLAN 3 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1034 | UNDER RAIL FLOOR PART PLAN 4 - NW 5TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1035 | UNDER RAIL FLOOR PART PLAN 5 - BLOCK C - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1036 | UNDER RAIL FLOOR PART PLAN 6 - NW 6TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |



| All Aboard Florida - Miami Terminal Miami, FL |
| :---: |
| EXHIBIT A-1 LIST OF CONTRACT DRAWINGS |



| DOCUMENT DATE | August 3, 2016 | | | |
| :--- | :--- | :---: | :--- | :---: |
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| FAT-1037 | UNDER RAIL FLOOR PART PLAN 7 - BLOCK D - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - FIRE ALARM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-2001 | FIRE ALARM RISER DIAGRAM | SOM | Package 6 - IFC | 12/11/2015 |
| FAT-7001 | FIRE ALARM DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-0000 | FIRE PROTECTION LEGENDS & GENERAL NOTES | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-0001 | FIRE PROTECTION RISER SHEET | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-1001 | FIRE PROTECTION GROUND FLOOR - BLOCKS A & B | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1002 | FIRE PROTECTION GROUND FLOOR - BLOCKS C, D & E | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1011 | FIRE PROTECTION PARKING FLOOR - BLOCKS A & B | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1012 | FIRE PROTECTION PARKING FLOOR - BLOCKS C, D & E | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1021 | FIRE PROTECTION MEZZANINE FLOOR - BLOCKS A & B | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-1022 | FIRE PROTECTION MEZZANINE FLOOR - BLOCKS C, D & E | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1031 | FIRE PROTECTION UNDER RAIL FLOOR - BLOCKS A & B | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-1032 | FIRE PROTECTION UNDER RAIL FLOOR - BLOCKS C, D & E | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| FPT-1041 | FIRE PROTECTION PLATFORM FLOOR - BLOCKS A & B | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-1042 | FIRE PROTECTION PLATFORM FLOOR - BLOCKS C, D & E | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-4002 | FIRE PROTECTION SECTION PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| FPT-4003 | FIRE PROTECTION SECTION PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| L0-000 | COVER SHEET | SOM | Package 6 - IFC | 12/11/2015 |
| LD-100 | EXISTING TREE DISPOSITION PLAN & SCHEDULE | SOM | Package 6 - IFC | 12/11/2015 |
| LG-101 | LANDSCAPE GRADING PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LG-102 | LANDSCAPE GRADING PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LG-103 | LANDSCAPE GRADING PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LH-101 | HARDSCAPE MATERIALS & DETAIL CALLOUT PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LH-102 | HARDSCAPE MATERIALS & DETAIL CALLOUT PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-LG-103 | HARDSCAPE MATERIALS & DETAIL CALLOUT PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-101 | HARD SCAPE LAYOUT & DIMENSIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-102 | HARDSCAPE LAYOUT & DIMENSIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-103 | HARDSCAPE LAYOUT & DIMENSIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-201 | HARDSCAPE ELEVATIONS & SITE SECTIONS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-202 | HARDSCAPE ENLARGEMENTS PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-203 | HARDSCAPE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-300 | HARDSCAPE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-400 | LANDSCAPE TREES & PALMS PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-500 | LANDSCAPE TREES & PALMS PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-500A | GRANITE STYLE - CONCRETE COBBLE PAVING | SOM | VE - GMP 9 | 7/26/2016 |
| VSK-LH-501 | HARDSCAPE DETAILS | SOM | VE - GMP 9 | 7/26/2016 |
| LP-101 | LANDSCAPE TREES & PALMS PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LP-102 | LANDSCAPE TREES & PALMS PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-LP-103 | LANDSCAPE TREES & PALMS PLAN | SOM | VE - GMP 9 | 7/26/2016 |
| LP-201 | LANDSCAPE SHRUBS & GROUNDCOVER PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| LP-202 | LANDSCAPE SHRUBS & GROUNDCOVER PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-LP-203 | LANDSCAPE SHRUBS & GROUNDCOVER PLAN | SOM | VE - GMP 8 | 7/26/2016 |
| LP-500 | LANDSCAPE DETAILS & NOTES | SOM | Package 6 - IFC | 12/11/2015 |
| LP-900 | LANDSCAPE PLANT PALETTE | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |



All Aboard Florida - Miami Terminal
Miami, FL

EXHIBIT A-1
LIST OF CONTRACT DRAWINGS



| DOCUMENT DATE: | August 3, 2016 | | | |
|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| MDT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1018 | PARKING FLOOR PART PLAN 8 - BLOCK E&F - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| VSK-MDT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - DUCTWORK | SOM | VE - GMP 9 | 7/26/2016 |
| MDT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1028 | MEZZANINE FLOOR PART PLAN 8 - BLOCK E&F - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1031 | UNDER RAIL FLOOR PLAN 1 - BLOCK A - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1032 | UNDER RAIL FLOOR PLAN 2 - NW 4TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1033 | UNDER RAIL FLOOR PLAN 3 - BLOCK B - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1034 | UNDER RAIL FLOOR PLAN 4 - NW 5TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1035 | UNDER RAIL FLOOR PLAN 5 - BLOCK C - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1036 | UNDER RAIL FLOOR PLAN 6 - NW 6TH ST - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1037 | UNDER RAIL FLOOR PLAN 7 - BLOCK D - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1038 | UNDER RAIL FLOOR PLAN 8 - BLOCK E&F - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - DUCTWORK | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MDT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MDT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - DUCTWORK | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - PIPING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MPT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - PIPING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MPT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1018 | PARKING FLOOR PART PLAN 8 - BLOCK E&F - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - PIPING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MPT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1028 | MEZZANINE FLOOR PART PLAN 8 - BLOCK E&F - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1031 | UNDER RAIL FLOOR PLAN 1 - BLOCK A - PIPING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MPT-1032 | UNDER RAIL FLOOR PLAN 2 - NW 4TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1033 | UNDER RAIL FLOOR PLAN 3 - BLOCK B - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1034 | UNDER RAIL FLOOR PLAN 4 - NW 5TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1035 | UNDER RAIL FLOOR PLAN 5 - BLOCK C - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1036 | UNDER RAIL FLOOR PLAN 6 - NW 6TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1037 | UNDER RAIL FLOOR PLAN 7 - BLOCK D - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1038 | UNDER RAIL FLOOR PLAN 8 - BLOCK E&F - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - PIPING | SOM | Package 6 - IFC | 12/11/2015 |

| | All Aboard Florida - Miami Terminal<br>Miami, FL<br><br>EXHIBIT A-1<br>LIST OF CONTRACT DRAWINGS |  |
|---|---|---|

| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| **NUMBER** | **DRAWING TITLE** | **PREPARED BY** | **DOCUMENT** | **DATE** |
| MPT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - PIPING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MPT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MPT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - PIPING | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1018 | PARKING FLOOR PART PLAN 8 - BLOCK E&F - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1028 | MEZZANINE FLOOR PART PLAN 8 - BLOCK E&F - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1031 | UNDER RAIL FLOOR PLAN 1 - BLOCK A - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1032 | UNDER RAIL FLOOR PLAN 2 - NW 4TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1033 | UNDER RAIL FLOOR PLAN 3 - BLOCK B - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1034 | UNDER RAIL FLOOR PLAN 4 - NW 5TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1035 | UNDER RAIL FLOOR PLAN 5 - BLOCK C - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1036 | UNDER RAIL FLOOR PLAN 6 - NW 6TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1037 | UNDER RAIL FLOOR PLAN 7 - BLOCK D - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1038 | UNDER RAIL FLOOR PLAN 8 - BLOCK E&F - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MST-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - SMOKE CONTROL | SOM | Package 6 - IFC | 12/11/2015 |
| MT-0000 | MECHANICAL LEGENDS & GENERAL NOTES | SOM | Package 6 - IFC | 12/11/2015 |
| MT-0010 | MECHANICAL OVERALL PLANS - GROUND FLOOR & PARKING MEZZANINE | SOM | Package 6 - IFC | 12/11/2015 |
| MT-0020 | MECHANICAL OVERALL PLANS - MEZZANINE & UNDER RAIL | SOM | Package 6 - IFC | 12/11/2015 |
| MT-0030 | MECHANICAL OVERALL PLANS - PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4100 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4101 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4102 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-4103 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4104 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4105 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4106 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4107 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4108 | MECHANICAL ENLARGED PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-4200 | MECHANICAL SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4201 | MECHANICAL SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |




**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**

DOCUMENT DATE                  August 3, 2016

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| MT-4202 | MECHANICAL SECTIONS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-4203 | MECHANICAL SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4204 | MECHANICAL SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4205 | MECHANICAL SECTIONS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4206 | MECHANICAL SECTIONS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-4300 | MECHANICAL SYSTEM ISOMETRIC PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4301 | MECHANICAL SYSTEM ISOMETRIC PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4302 | MECHANICAL SYSTEM ISOMETRIC PLANS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-4303 | MECHANICAL SYSTEM ISOMETRIC PLANS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-5001 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5002 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5003 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5004 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5005 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5006 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5007 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5008 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5009 | MECHANICAL RISERS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-5010 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-5011 | MECHANICAL RISERS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-6000 | MECHANICAL CONTROLS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-6001 | MECHANICAL CONTROLS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-6002 | MECHANICAL CONTROLS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-6100 | SMOKE CONTROL DIAGRAMS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-7000 | MECHANICAL DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-7001 | MECHANICAL DETAILS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-7002 | MECHANICAL DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-7003 | MECHANICAL DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| MT-7004 | MECHANICAL DETAILS | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-8000 | MECHANICAL SCHEDULES | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| MT-8001 | MECHANICAL SCHEDULES | SOM | Package 6 - IFC | 12/11/2015 |
| MT-8100 | MECHANICAL COOLING AND HEATING LOADS SUMMARY | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1001 | GROUND FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1001U | UNDER FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1002 | GROUND FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1002U | UNDER FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1003 | GROUND FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1003U | UNDER FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1004 | GROUND FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1004U | UNDER FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1005 | GROUND FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1005U | UNDER FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1006 | GROUND FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1006U | UNDER FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1007 | GROUND FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1007U | UNDER FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1008 | GROUND FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1008U | UNDER FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1011 | PARKING FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1012 | PARKING FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1013 | PARKING FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1014 | PARKING FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1015 | PARKING FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1016 | PARKING FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1017 | PARKING FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1018 | PARKING FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1021 | MEZZANINE FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1022 | MEZZANINE FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1023 | MEZZANINE FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1024 | MEZZANINE FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1025 | MEZZANINE FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1026 | MEZZANINE FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |



| | | | | |
|---|---|---|---|---|
| | **All Aboard Florida - Miami Terminal** | | | |
| | **Miami, FL** | | | |
| | | | | |
| | **EXHIBIT A-1** | | | |
| | **LIST OF CONTRACT DRAWINGS** | | | |

**DOCUMENT DATE**       **August 3, 2016**

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| PPT-1027 | MEZZANINE FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1028 | MEZZANINE FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1031 | UNDER RAIL FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1032 | UNDER RAIL FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1033 | UNDER RAIL FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1034 | UNDER RAIL FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1035 | UNDER RAIL FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1036 | UNDER RAIL FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1037 | UNDER RAIL FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1038 | UNDER RAIL FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1041 | PLATFORM FLOOR PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1042 | PLATFORM FLOOR PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1043 | PLATFORM FLOOR PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1044 | PLATFORM FLOOR PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1045 | PLATFORM FLOOR PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1046 | PLATFORM FLOOR PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1047 | PLATFORM FLOOR PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PPT-1048 | PLATFORM FLOOR PART PLAN 8 - BLOCK E&F - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1051 | PLATFORM ROOF PART PLAN 1 - BLOCK A - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1052 | PLATFORM ROOF PART PLAN 2 - NW 4TH ST - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1053 | PLATFORM ROOF PART PLAN 3 - BLOCK B - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1054 | PLATFORM ROOF PART PLAN 4 - NW 5TH ST - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1055 | PLATFORM ROOF PART PLAN 5 - BLOCK C - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1056 | PLATFORM ROOF PART PLAN 6 - NW 6TH ST - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PPT-1057 | PLATFORM ROOF PART PLAN 7 - BLOCK D - PLUMBING | SOM | Package 6 - IFC | 12/11/2015 |
| PT-0000 | PLUMBING LEGENDS & GENERAL NOTES | SOM | Package 6 - IFC | 12/11/2015 |
| PT-0010 | PLUMBING OVERALL PLANS - GROUND FLOOR & PARKING MEZZANINE | SOM | Package 6 - IFC | 12/11/2015 |
| PT-0020 | PLUMBING OVERALL PLANS - MEZZANINE & PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4100 | PLUMBING FUEL OIL SCHEDULES & DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4101 | PLUMBING ENLARGED PLANS - GENERATOR ROOMS #2 AND #5 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PT-4102 | PLUMBING ENLARGED PLANS - GENERATOR ROOMS #1 AND #3 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PT-4103 | PLUMBING ENLARGED PLANS - GENERATOR ROOMS #4 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PT-4104 | PLUMBING ENLARGED PLANS - GROUND FLOOR RESTROOM | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4105 | PLUMBING ENLARGED PLANS - PLATFORM FLOOR RESTROOM | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4106 | PLUMBING ENLARGED PLANS - MEZZANINE FLOOR RESTROOM 1 | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PT-4107 | PLUMBING ENLARGED PLANS - MEZZANINE FLOOR RESTROOM 2 | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4108 | PLUMBING ENLARGED PLANS - MEZZANINE FLOOR RESTROOM 3 | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4109 | PLUMBING ENLARGED PLANS - MEZZANINE FLOOR RESTROOM 4 | SOM | Package 6 - IFC | 12/11/2015 |
| PT-4110 | PLUMBING ENLARGED PLANS - MEZZANINE FLOOR RESTROOM 5 | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5001 | PLUMBING RISER - DOMESTIC WATER BLOCK A | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5002 | PLUMBING RISER - DOMESTIC WATER BLOCK B | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5003 | PLUMBING RISER - DOMESTIC WATER BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5004 | PLUMBING RISER - DOMESTIC WATER BLOCK D & E | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5005 | PLUMBING RISER - SANITARY & VENT BLOCK A | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5006 | PLUMBING RISER - SANITARY & VENT BLOCK B | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5007 | PLUMBING RISER - SANITARY & VENT BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5008 | PLUMBING RISER - SANITARY & VENT BLOCK D & E | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5009 | PLUMBING RISER - STORM WATER BLOCK A | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5010 | PLUMBING RISER - STORM WATER BLOCK B | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5011 | PLUMBING RISER - STORM WATER BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5012 | PLUMBING RISER - STORM WATER BLOCK D & E | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5013 | PLUMBING RISER - FORCE MAIN BLOCK A | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5014 | PLUMBING RISER - FORCE MAIN BLOCK B | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5015 | PLUMBING RISER - FORCE MAIN BLOCK C | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5016 | PLUMBING RISER - FORCE MAIN BLOCK D & E | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5017 | PLUMBING RISER - NATURAL GAS | SOM | Package 6 - IFC | 12/11/2015 |
| PT-5018 | PLUMBING RISER - GREASE WASTE | SOM | Package 6 - Bulletin 4 | 9/7/2016 |
| PT-7000 | PLUMBING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| PT-7001 | PLUMBING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| PT-7002 | PLUMBING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| PT-8000 | PLUMBING SCHEDULES | SOM | Package 6 - IFC | 12/11/2015 |
| ST-0010 | SYSTEM DESCRIPTION | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |

| | All Aboard Florida - Miami Terminal<br>Miami, FL<br><br>EXHIBIT A-1<br>LIST OF CONTRACT DRAWINGS |  |
| --- | --- | --- |

**DOCUMENT DATE**      **August 3, 2016**

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| --- | --- | --- | --- | --- |
| ST-0011 | DRAWING INDEX | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-0020 | SYMBOLS AND ABBREVIATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0030 | GENERAL NOTES, SPECIAL INSPECTION NOTES, & SCHEDULES | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0040 | EXCAVATION AND FOUNDATION NOTES | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0050 | CONCRETE NOTES | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0060 | STEEL & METAL DECK NOTES | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-0100 | LOADING DIAGRAMS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0110 | LOADING DIAGRAMS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0500 | KEY PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0510 | KEY PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-0520 | KEY PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-1001 | GROUND PART PLAN 1 | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-1002 | GROUND PART PLAN 2 | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-1003 | GROUND PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1004 | GROUND PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1005 | GROUND PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1006 | GROUND PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1007 | GROUND PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1008 | GROUND PART PLAN 8 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1011 | TRAIN STATION PARKING PART PLAN 1 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1012 | TRAIN STATION PARKING PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1013 | TRAIN STATION PARKING PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1014 | TRAIN STATION PARKING PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1015 | TRAIN STATION PARKING PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1016 | TRAIN STATION PARKING PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1017 | TRAIN STATION PARKING PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1018 | TRAIN STATION PARKING PART PLAN 8 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1021 | MEZZANINE PART PLAN 1 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1022 | MEZZANINE PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1023 | MEZZANINE PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1024 | MEZZANINE PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1025 | MEZZANINE PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1026 | MEZZANINE PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1027 | MEZZANINE PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1028 | MEZZANINE PART PLAN 8 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1031 | UNDER RAIL LEVEL PART PLAN 1 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1032 | UNDER RAIL LEVEL PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1033 | UNDER RAIL LEVEL PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1034 | UNDER RAIL LEVEL PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1035 | UNDER RAIL LEVEL PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1036 | UNDER RAIL LEVEL PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1037 | UNDER RAIL LEVEL PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1038 | UNDER RAIL LEVEL PART PLAN 8 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1041 | PLATFORM PART PLAN 1 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1042 | PLATFORM PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1043 | PLATFORM PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1044 | PLATFORM PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1045 | PLATFORM PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1046 | PLATFORM PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1047 | PLATFORM PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1048 | PLATFORM PART PLAN 8 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1051 | TRAIN STATION LOWER ROOF PART PLAN 1 | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-1052 | TRAIN STATION LOWER ROOF PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1053 | TRAIN STATION LOWER ROOF PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1054 | TRAIN STATION LOWER ROOF PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1055 | TRAIN STATION LOWER ROOF PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1056 | TRAIN STATION LOWER ROOF PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1057 | TRAIN STATION LOWER ROOF PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1058 | TRAIN STATION LOWER ROOF PART PLAN 8 | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-1061 | TRAIN STATION UPPER ROOF PART PLAN 1 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1062 | TRAIN STATION UPPER ROOF PART PLAN 2 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1063 | TRAIN STATION UPPER ROOF PART PLAN 3 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |

 

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**

DOCUMENT DATE                                   August 3, 2016

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|---|---|---|---|---|
| ST-1064 | TRAIN STATION UPPER ROOF PART PLAN 4 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1065 | TRAIN STATION UPPER ROOF PART PLAN 5 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1066 | TRAIN STATION UPPER ROOF PART PLAN 6 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1067 | TRAIN STATION UPPER ROOF PART PLAN 7 | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-1068 | TRAIN STATION UPPER ROOF PART PLAN 8 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN1 | FOUNDATION PART PLAN 1 · | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN2 | FOUNDATION PART PLAN 2 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN3 | FOUNDATION PART PLAN 3 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN4 | FOUNDATION PART PLAN 4 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN5 | FOUNDATION PART PLAN 5 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN6 | FOUNDATION PART PLAN 6 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN7 | FOUNDATION PART PLAN 7 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-1FN8 | FOUNDATION PART PLAN 8 | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-2010 | TYPICAL SECTION THROUGH PLATFORM | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-2011 | OVERBUILD 3 MAT SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2012 | OVERBUILD 2 MAT SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2013 | OVERBUILD 1 MAT SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2020 | TYPICAL 5TH STREET SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2021 | 5TH STREET PLATE GIRDER ELEVATIONS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-2022 | 6TH STREET PLATE GIRDER ELEVATIONS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-2025 | PLATFORM ENCLOSURE SECTIONS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-2026 | PLATFORM ENCLOSURE SECTIONS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-2061 | SHEAR WALL ELEVATIONS - BLOCK A | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2103 | OVERBUILD 3 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2105 | OVERBUILD 2 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2107 | OVERBUILD 1 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2113 | OVERBUILD 3 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2115 | OVERBUILD 2 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2117 | OVERBUILD 1 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2203 | OVERBUILD 3 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2205 | OVERBUILD 2 SHEAR WALL ELEVATIONS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-2207 | OVERBUILD 1 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2213 | OVERBUILD 3 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2215 | OVERBUILD 2 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-2217 | OVERBUILD 1 SHEAR WALL ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3000 | TYPICAL AUGER-CAST PILE AND CONCRETE PILE CAP SCHEDULES AND DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3001 | PILE CAP DETAILS | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-3010 | TYPICAL CONCRETE MAT FOUNDATION DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3011 | OVERBUILD 3 MAT FOUNDATION PILE AND REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3012 | OVERBUILD 3 MAT FOUNDATION REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3013 | OVERBUILD 3 MAT FOUNDATION REINFORCEMENT PLAN | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-3014 | OVERBUILD 2 MAT FOUNDATION PILE AND REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3015 | OVERBUILD 2 MAT FOUNDATION REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3016 | OVERBUILD 2 MAT FOUNDATION REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3017 | OVERBUILD 1 MAT FOUNDATION PILE AND REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3018 | OVERBUILD 1 MAT FOUNDATION REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3019 | OVERBUILD 1 MAT FOUNDATION REINFORCEMENT PLANS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3020 | TYPICAL CONCRETE GRADE BEAM SCHEDULES AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-3030 | TYPICAL CONCRETE SLAB-ON-GRADE DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3031 | TYPICAL CONCRETE SLAB-ON-GRADE DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3040 | REINFORCED CONCRETE SLAB DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3041 | REINFORCED CONCRETE COLUMNS STEEL DECK CONNECTION DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3060 | REINFORCED CONCRETE BEAM SCHEDULE AND TYPICAL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-3061 | REINFORCED CONCRETE BEAM DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3070 | REINFORCED CONCRETE COLUMN COLUMN SCHEDULE AND DETAILS | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-3071 | REINFORCED CONCRETE INCLINED COLUMN DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-3080 | REINFORCED CONCRETE SHEARWALL SCHEDULE | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3081 | REINFORCED CONCRETE SHEARWALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3082 | OVERBUILD SHEAR WALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3083 | OVERBUILD SHEAR WALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3084 | OVERBUILD SHEAR WALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3085 | OVERBUILD SHEAR WALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**



| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| **NUMBER** | **DRAWING TITLE** | **PREPARED BY** | **DOCUMENT** | **DATE** |
| ST-3090 | REINFORCED CONCRETE SHEARWALL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3100 | REINFORCED CONCRETE LINK BEAM SCHEDULE AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-3110 | TYPICAL POST-TENSION CONCRETE DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3120 | TYPICAL POST-TENSION CONCRETE DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-3130 | TYPICAL POST-TENSION CONCRETE DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3140 | CMU DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-3150 | CMU DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4000 | TYPICAL METAL DECK SLAB SCHEDULES AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4010 | TYPICAL STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4020 | TYPICAL STRUCTURAL STEEL COLUMN SCHEDULES & DETAILS | SOM | Early Package 2 - Bulletin 5 | 12/11/2015 |
| ST-4021 | TYPICAL STRUCTURAL STEEL COLUMN SCHEDULES & DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4030 | TYPICAL STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4031 | TYPICAL STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4032 | TYPICAL STRUCTURAL STEEL BASE DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4040 | STATION STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4041 | ELEVATOR PIT DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4050 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4051 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4052 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4054 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAIL | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4055 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4056 | LONG-SPAN GIRDER STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4060 | LONG-SPAN GIRDER BEARING DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4070 | PLATE GIRDER SCHEDULE AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4080 | "V" LEG AND BASE DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4081 | "V" UNDER RAIL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4082 | "V" UNDER RAIL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4083 | SOUTH "V" DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4084 | STRUCTURAL STEEL DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4085 | PLATFORM SECTION AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4086 | PLATFORM DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4088 | CANOPY DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-4090 | STEEL STAIR SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4091 | STEEL STAIR ENCLOSURE ELEVATIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4092 | STEEL STAIR SECTIONS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-4095 | BOOMERANG ELEVATOR SECTINS AND DETAILS | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5000 | SKIN STRUCTURE EAST MODULE | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5001 | SKIN STRUCTURE EAST ELEVATION | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5002 | SKIN STRUCTURE WEST MODULE | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5003 | SKIN STRUCTURE WEST ELEVATION | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5004 | SKIN STRUCTURE SOUTH MODULE | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-5005 | SKIN STRUCTURE SOUTH ELEVATION | SOM | Early Package 5 - Bulletin 2 | 12/11/2015 |
| ST-5008 | BRIDGE CANOPY ANALYSIS IMAGES | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-5010 | "V" 3D DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| ST-5011 | "V" 3D DETAILS | SOM | Early Package 2 - Bulletin 4 & Early Package 5 - Bulletin 1 | 10/23/2015 |
| SIT-00201 | INDEX OF PLANS INFRASTRUCTURE AND RAIL VIADUCT | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-00202 | GENERAL NOTES FOR RAIL INFRASTRUCTURE AND RIAL VIADUCT | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-00211 | RAIL STRUCTURES BORING LOGS (1 OF 5) | SOM | PILE FOUNDATION IFC (RAIL INFRASTRUCTURE) | 6/30/2015 |
| SIT-00212 | RAIL STRUCTURES BORING LOGS (2 OF 5) | SOM | PILE FOUNDATION IFC (RAIL INFRASTRUCTURE) | 6/30/2015 |
| SIT-00213 | RAIL STRUCTURES BORING LOGS (3 OF 5) | SOM | PILE FOUNDATION IFC (RAIL INFRASTRUCTURE) | 6/30/2015 |
| SIT-00214 | RAIL STRUCTURES BORING LOGS (4 OF 5) | SOM | PILE FOUNDATION IFC (RAIL INFRASTRUCTURE) | 6/30/2015 |
| SIT-00215 | RAIL STRUCTURES BORING LOGS (5 OF 5) | SOM | PILE FOUNDATION IFC (RAIL INFRASTRUCTURE) | 6/30/2015 |
| SIT-10001 | RAIL INFRASTRUCTURE FOUNDATION PLAN - 1 OF 5 | SOM | Early Package 3a & 3b - Issued for Peer Review (100% CD) | 8/12/2015 |
| SIT-10002 | RAIL INFRASTRUCTURE FOUNDATION PLAN - 2 OF 5 | SOM | Early Package 3a & 3b - Issued for Peer Review (100% CD) | 8/12/2015 |
| SIT-10003 | RAIL INFRASTRUCTURE FOUNDATION PLAN - 3 OF 5 | SOM | Early Package 3a & 3b - Issued for Peer Review (100% CD) | 8/12/2015 |
| SIT-10004 | RAIL INFRASTRUCTURE FOUNDATION PLAN - 4 OF 5 | SOM | Early Package 3a & 3b - Issued for Peer Review (100% CD) | 8/12/2015 |
| SIT-10005 | RAIL INFRASTRUCTURE FOUNDATION PLAN - 5 OF 5 | SOM | Early Package 3a & 3b - Issued for Peer Review (100% CD) | 8/12/2015 |
| SIT-10006 | RAIL INFRASTRUCTURE PILE DATA TABLE & DETAILS | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-10031 | RAIL VIADUCT FOUNDATION PLAN - 1 OF 3 | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-10032 | RAIL VIADUCT FOUNDATION PLAN - 2 OF 3 | SOM | Early Package 3b - Bulletin 1 | 10/5/2015 |
| SIT-10033 | RAIL VIADUCT FOUNDATION PLAN - 3 OF 3 | SOM | Early Package 3b - Bulletin 1 | 10/5/2015 |
| SIT-10034 | RAIL VIADUCT PILE DATA TABLE & DETAILS | SOM | Early Package 3b - Bulletin 1 | 10/5/2015 |



**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**

| DOCUMENT DATE | August 3, 2016 | | | |
|---|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| SIT-10035 | RAIL VIADUCT FOOTING DETAILS | SOM | Early Package 3b - Bulletin 1 | 10/5/2015 |
| SIT-10036 | RAIL VIADUCT FOOTING DETAILS (2 OF 2) | SOM | Early Package 3b - Bulletin 1 | 10/5/2015 |
| SIT-10301 | RAIL INFRASTRUCTURE PLAN AND ELEVATION (1 OF 2) | SOM | Early Package 3A & 3B - Bulletin 5 | 2/17/2016 |
| SIT-10302 | RAIL INFRASTRUCTURE PLAN AND ELEVATION (2 OF 2) | SOM | Early Package 3A & 3B - Bulletin 5 | 2/17/2016 |
| SIT-10331 | RAIL VIADUCT PLAN AND ELEVATION (1 OF 2) | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-10332 | RAIL VIADUCT PLAN AND ELEVATION (2 OF 2) | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-20501 | RAIL INFRASTRUCTURE PIERS - 1 OF 6 | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20502 | RAIL INFRASTRUCTURE PIERS - 2 OF 6 | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20503 | RAIL INFRASTRUCTURE PIERS - 3 OF 6 | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20504 | RAIL INFRASTRUCTURE PIERS - 4 OF 6 | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20505 | RAIL INFRASTRUCTURE PIERS - 5 OF 6 | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20506 | RAIL INFRASTRUCTURE PIERS - 6 OF 6 | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20511 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (1 OF 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20512 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (2 of 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20513 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (3 of 8) | SOM | Early Package 3A - Bulletin 4 | 11/20/2015 |
| SIT-20514 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (4 of 8) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20515 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (5 of 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20516 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (6 of 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20517 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (7 of 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20518 | RAIL INFRASTRUCTURE PIER REINFORCEMENT (8 of 8) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20519 | RAIL INFRASTRUCTURE PEDESTAL DETAILS | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20520 | RAIL INFRASTRUCTURE PIER CAP REINFORCEMENT PATTERN | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20521 | RAIL INFRASTRUCTURE POST-TENSIONING ACHORAGE & GROUTING DETAILS | SOM | Early Package 3a - Bulletin 2 | 10/14/2015 |
| SIT-20531 | RAIL VIADUCT SECTION AT PIERS | SOM | Early Package 3b - Bulletin 9 | 7/21/2016 |
| SIT-20532 | RAIL VIADUCT PIERS (1 OF 6) | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-20533 | RAIL VIADUCT PIERS (2 OF 6) | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-20534 | RAIL VIADUCT PIERS (3 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20535 | RAIL VIADUCT PIERS (4 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20536 | RAIL VIADUCT PIERS (5 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20537 | RAIL VIADUCT PIERS (6 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20601 | RAIL INFRASTRUCTURE GIRDER LAYOUT | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20602 | RAIL INFRASTRUCTURE GIRDER STRAND PATTERNS | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20603 | RAIL INFRASTRUCTURE GIRDER TYPICAL DETAILS (1 OF 4) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20604 | RAIL INFRASTRUCTURE GIRDER TYPICAL DETAILS (2 OF 4) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20605 | RAIL INFRASTRUCTURE GIRDER TYPICAL DETAILS (3 OF 4) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20606 | RAIL INFRASTRUCTURE GIRDER TYPICAL DETAILS (4 OF 4) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20607 | RAIL INFRASTRUCTURE GIRDER DATA TABLE | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20608 | RAIL INFRASTRUCTURE GIRDER CAMBER AND BUILD UP | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20611 | RAIL INFRASTRUCTURE FIB-63 DAPPED END DETAILS (1 OF 3) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20612 | RAIL INFRASTRUCTURE FIB-63 DAPPED END DETAILS (2 OF 3) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20613 | RAIL INFRASTRUCTURE FIB-63 DAPPED END DETAILS (3 OF 3) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20631 | RAIL VIADUCT GIRDERS (1 OF 5) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20632 | RAIL VIADUCT GIRDERS (2 OF 5) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20633 | RAIL VIADUCT GIRDERS (3 OF 5) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20634 | RAIL VIADUCT GIRDERS (4 OF 5) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20635 | RAIL VIADUCT GIRDERS (5 of 5) | SOM | Early Package 3b - Bulletin 9 | 7/21/2016 |
| SIT-20701 | RAIL INFRASTRUCTURE SUPERSTRUCTURE TYPICAL SECTION | SOM | Early Package 3a - Bulletin 4 | 11/20/2015 |
| SIT-20702 | RAIL INFRASTRUCTURE SUPERSTRUCTURE PLANS (1 OF 2) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20703 | RAIL INFRASTRUCTURE SUPERSTRUCTURE PLANS (2 OF 2) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20704 | RAIL INFRASTRUCTURE SUPERSTRUCTURE SECTION | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20705 | RAIL INFRASTRUCTURE PLINTH PAD DETAILS | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| SIT-20711 | RAIL INFRASTRUCTURE SHEAR PIN DETAILS (1 OF 2) | SOM | Early Package 3A - Bulletin 7 | 7/18/2016 |
| SIT-20712 | RAIL INFRASTRUCTURE SHEAR PIN DETAILS (2 OF 2) | SOM | Early Package 3A - Bulletin 7 | 7/18/2016 |
| SIT-20731 | RAIL VIADUCT TYPICAL SUPERSTRUCTURE SECTIONS | SOM | Early Package 3b - Bulletin 9 | 7/21/2016 |
| SIT-20732 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (1 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20733 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (2 OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20734 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (3 OF 6) | SOM | Early Package 3b - Bulletin 9 | 7/21/2016 |
| SIT-20735 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (4 OF 6) | SOM | Package 3A & 3B - Bulletin 6 | 7/14/2016 |
| SIT-20736 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (5 of 6) | SOM | Early Package 3b - Bulletin 8 | 7/20/2016 |
| SIT-20737 | RAIL VIADUCT SUPERSTRUCTURE DETAILS (6 of 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20737A | RAIL VIADUCT SUPERSTRUCTURE DETAILS (6A OF 6) | SOM | Early Package 3a & 3b - Bulletin 10 | 7/27/2016 |
| SIT-20801 | RAIL INFRASTRUCTURE BEARING | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |

**All Aboard Florida - Miami Terminal**
**Miami, FL**

**EXHIBIT A-1**
**LIST OF CONTRACT DRAWINGS**



| DOCUMENT DATE | August 3, 2016 | | |
|---|---|---|---|
| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
| SIT-20801A | RAIL INFRASTRUCTURE BEARING (2 OF 2) | SOM | Package 3A & 3B - Bulletin 6 | 7/14/2016 |
| SIT-20802 | RAIL INFRASTRUCTURE BEARING REPLACEMENT (1 OF 3) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20803 | RAIL INFRASTRUCTURE BEARING REPLACEMENT (2 OF 3) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20803A | RAIL INFRASTRUCTURE BEARING REPLACEMENT (3 OF 3) | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20804 | RAIL INFRASTRUCTURE BEARING LAYOUT | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20805 | RAIL INFRASTRUCTURE BEARING PLATE DETAILING | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20811 | RAIL INFRASTRUCTURE TABLE OF ELEVATION | SOM | Early Package 3A - Bulletin 5 | 2/17/2016 |
| SIT-20901 | RAIL INFRASTRUCTURE EXPANSION JOINT (TYPE 1) | SOM | Early Package 3a - Issued for Construction | 9/3/2015 |
| TT-0000 | TECHNOLOGY LEGEND AND GENERAL NOTES | SOM | Package 6 - IFC | 12/11/2015 |
| TT-0010 | TECHNOLOGY OVERALL PLANS - GROUND FLOOR & MEZZANINE | SOM | Package 6 - IFC | 12/11/2015 |
| TT-0020 | TECHNOLOGY OVERALL PLANS - UNDER RAIL & PLATFORM | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1001 | GROUND FLOOR PLAN PART 1 - BLOCK A - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1002 | GROUND FLOOR PLAN PART 2 - NW 4TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1003 | GROUND FLOOR PLAN PART 3 - BLOCK B - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1004 | GROUND FLOOR PLAN PART 4 - NW 5TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1005 | GROUND FLOOR PLAN PART 5 - BLOCK C - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1006 | GROUND FLOOR PLAN PART 6 - NW 6TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1007 | GROUND FLOOR PLAN PART 7 - BLOCK D - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1008 | GROUND FLOOR PLAN PART 8 - BLOCK E&F - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1011 | PARKING FLOOR PLAN PART 1 - BLOCK A - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1012 | PARKING FLOOR PLAN PART 2 - NW 4TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1013 | PARKING FLOOR PLAN PART 3 - BLOCK B - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1014 | PARKING FLOOR PLAN PART 4 - NW 5TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1015 | PARKING FLOOR PLAN PART 5 - BLOCK C - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1016 | PARKING FLOOR PLAN PART 6 - NW 6TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1017 | PARKING FLOOR PLAN PART 7 - BLOCK D - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1018 | PARKING FLOOR PLAN PART 8 - BLOCK E&F - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1021 | MEZZANINE FLOOR PLAN PART 1 - BLOCK A - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1022 | MEZZANINE FLOOR PLAN PART 2 - NW 4TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1023 | MEZZANINE FLOOR PLAN PART 3 - BLOCK B - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1024 | MEZZANINE FLOOR PLAN PART 4 - NW 5TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1025 | MEZZANINE FLOOR PLAN PART 5 - BLOCK C - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1026 | MEZZANINE FLOOR PLAN PART 6 - NW 6TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1027 | MEZZANINE FLOOR PLAN PART 7 - BLOCK D - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1028 | MEZZANINE FLOOR PLAN PART 8 - BLOCK E&F - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1031 | UNDER RAIL FLOOR PLAN PART 1 - BLOCK A - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1032 | UNDER RAIL FLOOR PLAN PART 2 - NW 4TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1033 | UNDER RAIL FLOOR PLAN PART 3 - BLOCK B - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1034 | UNDER RAIL FLOOR PLAN PART 4 - NW 5TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1035 | UNDER RAIL FLOOR PLAN PART 5 - BLOCK C - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1036 | UNDER RAIL FLOOR PLAN PART 6 - NW 6TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1037 | UNDER RAIL FLOOR PLAN PART 7 - BLOCK D - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1038 | UNDER RAIL FLOOR PLAN PART 8 - BLOCK E&F - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1041 | PLATFORM FLOOR PLAN PART 1 - BLOCK A - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1042 | PLATFORM FLOOR PLAN PART 2 - NW 4TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1043 | PLATFORM FLOOR PLAN PART 3 - BLOCK B - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1044 | PLATFORM FLOOR PLAN PART 4 - NW 5TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1045 | PLATFORM FLOOR PLAN PART 5 - BLOCK C - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1046 | PLATFORM FLOOR PLAN PART 6 - NW 6TH ST - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1047 | PLATFORM FLOOR PLAN PART 7 - BLOCK D - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-1048 | PLATFORM FLOOR PLAN PART 8 - BLOCK E&F - TECHNOLOGY | SOM | Package 6 - IFC | 12/11/2015 |
| TT-4000 | TECHNOLOGY ENLARGED PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| TT-4001 | TECHNOLOGY ENLARGED PLAN | SOM | Package 6 - IFC | 12/11/2015 |
| TT-5000 | TECHNOLOGY - CONDUIT AND GROUND RISER DIAGRAM | SOM | Package 6 - IFC | 12/11/2015 |
| TT-5001 | PAGING SYSTEM RISER DIAGRAM | SOM | Package 6 - IFC | 12/11/2015 |
| TT-7000 | W.P. VOICE DATA DETAIL 1 | SOM | Package 6 - IFC | 12/11/2015 |
| TT-7001 | W.P. VOICE DATA DETAIL 2 | SOM | Package 6 - IFC | 12/11/2015 |
| TT-7002 | VIDEO SURVEILLANCE & PAGING DETAILS | SOM | Package 6 - IFC | 12/11/2015 |
| TT-7003 | SECURITY DOOR DETAIL 1 | SOM | Package 6 - IFC | 12/11/2015 |
| TT-7004 | SECURITY DOOR DETAIL 2 | SOM | Package 6 - IFC | 12/11/2015 |
| E-1 | Temp. Electric Sheet 1 of 6 | SOM | PERMIT SET | 5/12/2015 |
| E-2 | Temp. Electric Sheet 2 of 6 | SOM | PERMIT SET | 5/12/2015 |

| | All Aboard Florida - Miami Terminal | | |  |
| | Miami, FL | | | |
| | | | | |
| | **EXHIBIT A-1** | | | |
| | **LIST OF CONTRACT DRAWINGS** | | | |

**DOCUMENT DATE**          August 3, 2016

| NUMBER | DRAWING TITLE | PREPARED BY | DOCUMENT | DATE |
|--------|---------------|-------------|----------|------|
| E-3 | Temp. Electric Sheet 3 of 6 | SOM | PERMIT SET | 5/12/2015 |
| E-4 | Temp. Electric Sheet 4 of 6 | SOM | PERMIT SET | 5/12/2015 |
| E-5 | Temp. Electric Sheet 5 of 6 | SOM | PERMIT SET | 5/12/2015 |
| E-6 | Temp. Electric Sheet 6 of 6 | SOM | PERMIT SET | 5/12/2015 |
| T-001 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 1 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| T-002 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 2 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| T-003 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 3 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| T-004 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 4 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| T-005 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 5 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| T-006 | BOUNDARY / TOPOGRAPHIC SURVEY SHEET 6 | SOM | FINAL DD SUBMITTAL | 1/23/2015 |
| WS-01 | COVER SHEET | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-02 | WATER AND SEWER OVERALL KEY PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-03 | WATER AND SEWER PLAN AND PROFILE | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-04 | WATER AND SEWER PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-05 | PRIVATE WATER AND SEWER PLAN | SOM | 100% CD  COORDINATED PLANS | 1/20/2016 |
| WS-06 | WATER AND SEWER PLAN AND PROFILE | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-07 | PRIVATE WATER AND SEWER PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-08 | WATER AND SEWER PLAN AND PROFILE | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-09 | PRIVATE WATER AND SEWER PLAN | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-10 | WATER AND SEWER PLAN AND PROFILE | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-11 | WATER AND SEWER DETAILS AND NOTES | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-12 | TURBINE METER PLAN, SECTIONS AND DETAILS | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-13 | LEGAL DESCRIPTION | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-14 | WATER AND SEWER PROFILES | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| WS-15 | PRIVATE SEWER PROFILES | SOM | 100% CD  COORDINATED PLANS | 12/31/2015 |
| DF-0 | PLINTH LAYOUT PLAN FOR DIRECT FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-1 | PLINTH PLACEMENT PLAN FOR FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-2 | PLINTH PAD SECTION FOR DIRECT FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-3 | PLINTH LAYOUT PLAN - PLINTHS A, B, & C | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-4 | PLINTH LAYOUT PLAN - PLINTHS D & E | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-5 | PLINTH LAYOUT PLAN - PLINTHS F, G, & H | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-6 | PLINTH LAYOUT PLAN - PLINTHS J & K | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-7 | PLINTH LAYOUT PLAN - PLINTHS L & M | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-8 | PLINTH LAYOUT PLAN - PLINTH N | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-9 | PLINTH LAYOUT PLAN - PLINTH O | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-10 | PLINTH LAYOUT PLAN - PLINTHS P & Q | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| DF-11 | PLINTH LAYOUT PLAN - PLINTH R | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-0 | PLINTH LAYOUT PLAN FOR DIRECT FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-1 | PLINTH PLACEMENT PLAN FOR FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-2 | PLINTH PAD SECTION FOR DIRECT FIXATION TRACK | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-3 | PLINTH LAYOUT PLAN - PLINTHS A, B, & C | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-4 | PLINTH LAYOUT PLAN - PLINTHS D & E | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-5 | PLINTH LAYOUT PLAN - PLINTHS F, G, & H | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-6 | PLINTH LAYOUT PLAN - PLINTHS I, J, & K | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-7 | PLINTH LAYOUT PLAN - PLINTHS L & M | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-8 | PLINTH LAYOUT PLAN - PLINTH N | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-9 | PLINTH LAYOUT PLAN - PLINTHS O & P | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| PL-10 | PLINTH LAYOUT PLAN - PLINTH Q | URS | Package 3B - Bulletin 8 | 7/20/2016 |
| VPL-1 | VIADUCT PLINTH LAYOUT | URS | Package 3B - Bulletin 8 | 7/20/2016 |

Project Name: All Aboard Florida - Miami Terminal      **Project Number: 214162**

## Long Form Sample Certificate



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE OF A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHRIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | CONTACT NAME: | |
| --- | --- | --- | --- | --- |
| Subcontractor's Agent | | | PHONE (A/C, No. Ext): | PHONE (A/C, NO.): |
| | | | E-MAIL ADDRESS: | |
| | | | PRODUCER CUSTOMER ID#: | |
| | | | **INSURERS AFFORDING COVERAGE** | NAIC # |
| INSURED | | | INSURER A: Subcontractor's Insurance Company(ies) | |
| Subcontractor's Name and Address | | | INSURER B: | |
| (Must Match Name on Contract) | | | INSURER C: | |
| Sample Certificate for Enrolled Parties | | | INSURER D: | |
| | | | INSURER E: | |
| | | | INSURER F: | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
| --- | --- | --- |

THIS IS TO CERTIFY THAT POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS. **Limits shown are as requested**

| INSR LTR | TYPE OF INSURANCE | ADD'L INSRD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YY) | POLICY EXP (MM/DD/YY) | LIMITS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **GENERAL LIABILITY** | X | X | | | | EACH OCCURRENCE | $1,000,000.00 |
| | ☑ COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $100,000.00 |
| | ☐ CLAIMS MADE ☑ OCCUR | | | Policy Number | Date | Date | MED EXP (Any one person) | $ 5,000.00 |
| | ☐ | | | | | | PERSONAL & ADV INJURY | $1,000,000.00 |
| | ☐ | | | | | | GENERAL AGGREGATE | $1,000,000.00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000.00 |
| | ☐ POLICY ☑ PRO-JECT ☐ LOC | | | | | | | |
| | **AUTOMOBILE LIABILITY** | X | X | | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000.00 |
| | ☑ ANY AUTO | | | | | | | |
| | ☐ ALL OWNED AUTOS | | | | | | BODILY INJURY (Per person) | |
| | ☐ SCHEDULED AUTOS | | | Policy Number | Date | Date | | |
| | ☑ HIRED AUTOS | | | | | | BODILY INJURY (Per accident) | |
| | ☑ NON-OWNED AUTO | | | | | | | |
| | ☐ | | | | | | PROPERTY DAMAGE (Per accident) | |
| | ☐ | | | | | | | |
| | ☑ **UMBRELLA LIAB** ☑ OCCUR | X | X | | | | EACH OCCURRENCE | $3,000,000.00 |
| | ☐ **EXCESS LIAB** ☐ CLAIMS MADE | | | Policy Number | Date | Date | AGGREGATE | $3,000,000.00 |
| | ☐ DEDUCTIBLE | | | | | | | |
| | ☐ RETENTION | | | | | | | |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N | | X | Policy Number | Date | Date | ☒ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ (Mandatory in NH) | | | | | | E.L. EACH ACCIDENT | $500,000.00 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE-EA EMPLOYEE | $500,000.00 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $500,000.00 |

| DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required) |
| --- |
| For the work performed by (name of sub) at All Aboard Florida - Miami Terminal Project #214162. Suffolk Construction Company and All Aboard Florida - Operations LLC, its Lenders and affiliates, and Florida East Coast Railway, LLC are additional insureds on a primary and non-contributory basis on the General Liability (ISO endorsement CG 2010 11/85 version or equivalent attached with a copy of this certificate), Automobile, and Excess/Umbrella liability policies. Waiver of subrogation in favor of Suffolk Construction Company and the Owner applies to all policies. GL & WC Coverage applies off-site. |

| CERTIFICATE HOLDER | CANCELLATION |
| --- | --- |
| Suffolk Construction Co., Inc. One Harvard Circle, Suite 100 West Palm Beach, FL 33409 Attn: Racquel Downing Email: rdowning@suffolk.com | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

ACORD 25 (2009/09)        © 1988-2009 ACORD CORPORATION. All rights reserved.

**The ACORD name and logo are registered marks of ACORD**

POLICY NUMBER:                                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – (FORM B)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

## SCHEDULE

**Name of Person or Organization:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" for that insured by or for you.

**CG 20 10 11 85**          Copyright, Insurance Services Office, Inc., 1984          **Page 1 of 1**          ☐

COMMERCIAL GENERAL LIABILITY

CG 24 17 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY - RAILROADS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**



## SCHEDULE

| Scheduled Railroad: | Designated Job Site: |
|---|---|
|  | |
| | |
| | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to operations performed for, or affecting, a Scheduled Railroad at a Designated Job Site, the definition of "insured contract" in the Definitions section is replaced by the following:

**9. "Insured Contract"** means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph **(1)** above and supervisory, inspection, architectural or engineering activities.

© ISO Properties, Inc., 2000

DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2



# Project Insurance Manual
# Suffolk Construction Company, Inc. CCIP

All Aboard Florida-Miami Terminal

Presented by Lockton® Companies

This Manual is a Contract Document

January 6, 2017





L  O  C  K  T  O  N     C  O  M  P  A  N  I  E  S

Suffolk Construction Company, Inc. CCIP

**Welcome to the Suffolk Construction Company, Inc. Controlled Insurance Program!**

To Our Valued Contractors:

On behalf of Suffolk Construction Company, Inc., I would like to thank you for your participation in our Contractor Controlled Insurance Program (CCIP). Like you, the team assembled for the CCIP is dedicated to a safe work environment, and we are committed to achieving that objective. Your participation in the CCIP is a key component of that effort.

This Project Insurance Manual contains important information about the CCIP, and we encourage you to read and review it with your own insurance broker. Please direct any questions about the CCIP to Suffolk Construction Company, Inc. telephone numbers and other contact information are set forth inside.

We look forward to working with you on this Project to make it safe and successful.

Sincerely,

Risk Management

Suffolk Construction Company, Inc.



Suffolk Construction Company, Inc. CCIP

PAGE

SECTION 1    CCIP PROCESS OVERVIEW AND OTHER INFORMATION ............. 5
           1.1  Overview of Basic Requirements and Components .............. 5
           1.2  What This Manual Does ........................................ 6
           1.3  What This Manual Does Not Do ................................. 6

SECTION 2    IMPORTANT CONTACT INFORMATION ................................. 7

SECTION 3    DEFINITIONS ................................................... 8

SECTION 4    CCIP SUMMARY OF COVERAGES ................................... 11
           4.1  General ..................................................... 11
           4.2  Summaries Do Not Alter or Amend CCIP Insurance
                Policies .................................................... 11
           4.3  Review and Share This Manual With Others .................. 11
           4.4  On-Site Workers' Compensation and Employers Liability ...... 12
           4.5  On-Site Commercial General Liability Insurance ............. 12
           4.6  On-Site Umbrella/Excess Liability Insurance ............... 13
           4.7  Coverages Not Part of CCIP ................................ 14
           4.8  CCIP is Not a Complete Insurance Program ................... 14
           4.9  CCIP Cancellation or Modification ......................... 15

SECTION 5    INSURANCE REQUIREMENTS FOR OFF-SITE AND OTHER
           ACTIVITIES .................................................... 16
           5.1  CCIP Coverages Apply to On-Site Activities Only ........... 16
           5.2  Sample Insurance Certificate .............................. 16
           5.3  Required Off-Site and Other Coverages ..................... 16
           5.4  Required Off-Site Limits .................................. 18
           5.5  Required Waiver of Subrogation ............................ 18

SECTION 6    CCIP PROCEDURES AND RESPONSIBILITIES ...................... 19
           6.1  Base Bids for Eligible Parties: Bid With Insurance
                Excluded .................................................... 19
           6.2  Enrollment is Mandatory for Eligible Parties .............. 19
           6.3  What to do When Work Is Subcontracted to Other ............ 20
           6.4  Closeout Calculation/Final CCIP Insurance Adjustment ...... 20
           6.5  Monthly Payroll Reporting ................................. 20
           6.6  Completion/Termination of Work ............................ 21
           6.7  Claim Reporting ........................................... 21
           6.8  Wrapmaster: Online Access ................................. 21
           6.9  Change Order Procedures ................................... 22
           6.10 Insurance Company Payroll Audit ........................... 22
           6.11 Other CCIP Responsibilities ............................... 22



SECTION 7   CLAIM AND INCIDENT REPORTING............................................ 24
 7.1   General Procedures ............................................................. 24
 7.2   Investigation Assistance...................................................... 24
 7.3   Workers' Compensation Claims........................................... 24
 7.3A Managed Care Arrangement................................................ 24
 7.3B Claim Responsibility.......................................................... 25
 7.4   Return-to-Work Program..................................................... 26
 7.5   Incident Management and Reporting Procedures for
  Subs........................................................................... 29
 7.6   Sample Offers of Temporary Alternative Position Letter ....... 30
 7.7   Liability Claims .................................................................. 31
 7.8   Property Claims ................................................................. 31
 7.9   Automobile Claims ............................................................ 31
 7.10 Pollution Claims ................................................................ 32
 7.11 Loss Runs ........................................................................ 32

SECTION 8   CCIP PROCEDURES AND RESPONSIBILITIES FOR
 EXCLUDED PARTIES......................................................... 33
 8.1   Sample Insurance Certificate.............................................. 33
 8.2   Required On-Site and Off-Site Coverages........................... 33
 8.3   Required On-Site and Off-Site Limits................................... 34
 8.4   Required Waiver of Subrogation ......................................... 35
 8.5   What to do When Work Is Subcontracted to Others............. 35

SECTION 9   APPENDIX LIST
 CCIP FORMS AND INSTRUCTIONS ......................................... 36
 Enrollment Form—Form 3....................................................... 37
 Classification/Payroll Worksheet—Form 3 ................................ 39
 Subcontractor Award—Form 3 ................................................ 40
 Certificate of Insurance: Enrolled Parties ................................. 41
 Certificate of Insurance: Excluded Parties ................................ 42
 Monthly Payroll Report—Form 4.............................................. 43
 Notice of Completion—Form 5 ................................................ 44
 Accident Reporting and Treatment Form .................................. 45

 MANAGED CARE ARRANGEMENT FORMS.................................. 47
 Employee's Guide.................................................................. 47
 Employee Notice….. ............................................................... 47
 Grievance Form .................................................................... 47
 Florida Medical Card.............................................................. 47
 Temporary Pharmacy Card ..................................................... 47



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FEC2

Suffolk Construction Company, Inc. CCIP

# SECTION 1: CCIP PROCESS OVERVIEW AND OTHER INFORMATION

## Section 1.1 Overview of Basic Requirements and Components

The following provides an overview of some of the basic requirements and components of the CCIP process. It applies to all Eligible Parties.

❖ Enrolled Parties must prepare your bid to remove the cost of CCIP provided insurance. Excluded Parties should bid with this coverage included

❖ If your bid is accepted, you must contact the CCIP Administrator to discuss the process for enrolling in the CCIP. Enrollment is mandatory but not automatic.

❖ Suffolk Construction may modify this bidding and insurance cost identification as necessary based on the specific project requirements.

❖ Prior to starting work at the Project Site, you must complete and submit the required Enrollment Form to the CCIP Administrator. You also must complete and submit a Classification/Payroll Worksheet and all required documentation to the CCIP Administrator for its review. These blank forms can be found in the Appendix to this Manual.

❖ Enrollment is required for each contract you hold.

❖ The CCIP Administrator will transmit a letter and certificate/evidence of insurance to you to confirm your enrollment in the CCIP, if approved. A workers' compensation policy will be provided shortly thereafter.

❖ You must provide a certificate of insurance from your agents, brokers or insurers to the Suffolk Insurance Administrator identified on page 8 providing evidence of required coverages away from the Project Site (off-site) for workers' compensation and general/excess liability, as well as on-site and off-site automobile liability insurance, contractor's equipment floater coverage, and other insurance required by the Contract Documents.

❖ You must include required CCIP contract language in all subcontracts and provide a copy of this Manual to all Subcontractors of any tier.



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

❖ After enrollment, you must submit a Monthly Payroll Report each month and for each contract to the CCIP Administrator for the duration of your work. These monthly payroll reports are due no later than the 10th day of each month. You also can provide copies of these CCIP monthly payroll reports to your own insurance companies to ensure the payroll for the Project is deleted from audits of your regular insurance policies.

❖ You must comply with all safety and claim reporting procedures established for the Project.

❖ You must provide notice to the Sponsor and the CCIP Administrator of completion of your work, using the required Notice of Completion form set forth in the Appendix to this Manual.

❖ The Sponsor, the CCIP Administrator, and/or a CCIP Insurer may conduct an audit of your payroll records for the Project.

Please refer to the other parts of this Manual for more detailed information about the CCIP and other insurance and administrative requirements, including insurance requirements for Excluded Parties.

## Section 1.2: What This Manual Does

### This Manual:

❖ Identifies responsibilities of the various parties involved in the Project.

❖ Provides a basic description of the CCIP coverage and program structure.

❖ Describes audit and administrative procedures.

❖ Provides a basic description of other insurance requirements.

## Section 1.3: What This Manual Does Not Do

### This Manual does not:

❖ Provide CCIP coverage interpretations.

❖ Provide complete information about CCIP coverages.

❖ Provide answers to specific claims questions.



Suffolk Construction Company, Inc. CCIP

# SECTION 2: IMPORTANT CONTACT INFORMATION

| CIP Administration Contacts | | |
|---|---|---|
| CIP Administrator | Lockton Companies | Lockton Companies |
| | | 444 West 47th Street, Suite 900 |
| | | Kansas City, MO 64112-1906 |
| | | Phone:  (816) 960-9000 |
| CIP Unit Manager | Mary Ann Krautheim | Phone:  (816) 960-9624 |
| | | mkrautheim@lockton.com |
| CIP Account Executive | Megan Remley | Phone:  (816) 960-9539 |
| | | mremley@lockton.com |
| CIP Enrollment Coordinator | Jason Murray | Phone: (816) 960-9105 |
| | | jmmurray@lockton.com |
| Loss Control | Dwayne Hartman | Phone:  (636) 379-5227 |
| | | dhartman@lockton.com |
| Claims Consultant—Workers' Compensation | Molly Siverts | Phone:  (763) 512-8645 |
| | | msiverts@lockton.com |
| Claims Consultant—General Liability | Kurt Bielby | Phone:  (816) 960-9506 |
| | | kbielby@lockton.com |
| Suffolk Construction Company Contacts | | |
| Project Manager | Bryant Bell | Phone:  (786) 804-4424 |
| | | bbell@suffolk.com |
| Site Safety Manager | John Murphy | Phone:  (561) 282-3053 |
| | | jmurphy@suffolk.com |
| Project Superintendent | Mark Hughes | Phone:  (786) 510-3029 |
| | | mhughes@suffolk.com |
| Insurance Administrator | Racquel Abelha | Phone:  (561) 282-3075 |
| | | rabelha@suffolk.com |
| Claims Manager | Sara VanDeCarr | Phone:  (617) 517-5223 |
| | | svandecarr@suffolk.com |
| Claims Manager | Walter May | Phone:  (617) 517-4327 |
| | | wmay@suffolk.com |

| Insurance | Carrier | Policy Number |
|---|---|---|
| Workers' Compensation | National Union Fire Insurance Co. of Pittsburgh PA | 016142628 |
| General Liability | National Union Fire Insurance Co. of Pittsburgh, PA | 5610554-Commecial/5610555-Residential |
| Excess Liability—Primary | ACE American Insurance Company | XCQG27637589 |
| Excess Liability—$10M xs $5M | AIG | 34202412 |
| Excess Liability—$10M xs $15M | Endurance Insurance Company | EXC1000630330 |
| Excess Liability—$25M xs $25M | Lexington Insurance Company | 018196395 |

Click here to enter text.



DocuSign Envelope ID: 22E40BCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

# SECTION 3: DEFINITIONS

As used in this Manual:

**"CCIP Administrator"** means Lockton Companies.

**"CCIP"** means Contractor Controlled Insurance Program. Coordinated insurance program providing certain coverages as defined herein for Suffolk and eligible enrolled parties performing work at the project site.

**"Contract Documents"** means the documents executed between a Contractor and the Sponsor and/or a Contractor and a Subcontractor and/or between Subcontractors of different tiers.

**"Contractor"** means a Contractor and/or the entity that has a contract with the Sponsor to perform work at the Project Site.

**"Eligible Parties"** means Contractors and Subcontractors eligible for enrollment, except those designated as Excluded Parties.

**"Enrolled Parties"** means Contractors and Subcontractors that have been enrolled in the CCIP, as evidenced by a confirmation letter and certificate of insurance issued by the CCIP Administrator.

**"Excluded Parties"** means Contractors and Subcontractors which were not enrolled in the CCIP or that are not eligible for enrollment as provided below:

❖ Entities that perform hazardous materials remediation, abatement, removal, and/or transport companies, and their consultants.

❖ Any subcontractor performing structural demolition.

❖ Architects, engineers, and soil testing engineers, and their consultants.

❖ Erection, operation, maintenance, and dismantling of:

      ❖ Cranes

      ❖ Exterior Staging & Scaffolding Systems

      ❖ Personnel & Material Hoist



DocuSign Envelope ID: 2E40BCB7-5E5C-4D10-892D-68F09F33FFC2

❖ Mast Climbing Motorized Work Platforms (a.k.a. Mast Climber)

❖ Stage Swinging

❖ Any person and/or organization that fabricates and/or manufactures products, materials, and/or supplies away from the Project Site (provided, however, that the Sponsor at its sole discretion may designate a fabricator or supplier as an Eligible Party in the event that it or its Subcontractors directly generates payroll at the Project Site).

❖ Any other parties whom the Sponsor at its sole discretion, or through the CCIP Administrator, elect to exclude from the CCIP, even if otherwise eligible.

**"Final Audited Payroll"** means the total of all expended payroll for work performed at the Project Site, for each contract, and verified by the Sponsor, the CCIP Administrator, or an Insurer.

**"Final Reported Payroll"** is defined as the total of all expended payroll reported to the CCIP Administrator for work performed at the Project Site for each contract.

 **"Insurer"** means any insurance company issuing policies for the CCIP.

**"Manual"** means this Project Insurance Manual.

**"Off-Site"** means the premises outside of the area defined by the Contract as the Project Site.

**"On-Site"** means the premises within the area defined by the Contract as the Project Site.

**"Contractor"** means an individual or company licensed to perform construction activities.

**"Project Site"** means the "project location" (designated in this manual and more fully identified in the subcontract) and adjacent or nearby areas where incidental operations are performed, excluding permanent locations of any enrolled party.

**"Sponsor"** means Suffolk Construction Company, Inc.

**"Subcontract"** means a written or oral agreement between the contractor/sponsor and the subcontractor, including subcontractors of any tier.



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

**"Subcontractor"** means a person or entity of any tier under a Contractor that has a contract or purchase order to perform work at the Project Site.

**"Work"** means operations, as fully described in the subcontract, performed at the project site.

**"You"** means a Contractor or a Subcontractor, as applicable.

The meanings of defined terms are equally applicable to the singular and plural forms of the defined terms.



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

# SECTION 4: CCIP SUMMARY OF COVERAGES

## Section 4.1: General

The purpose of the CCIP is to provide a consolidated insurance program to protect all Enrolled Parties against injuries and liabilities arising out of work at the Project Site. The CCIP provides Workers' Compensation and Employer's Liability, Commercial General Liability, and Excess Liability coverage for on-site operations. CCIP coverages apply only to those operations of each Enrolled Party performed at the Project Site in connection with the work and only to Enrolled Parties who are eligible for the CCIP. Enrolled Parties are responsible for compliance with all CCIP requirements for themselves and their Subcontractors of any tier.

## Section 4.2: Summaries Do Not Alter or Amend CCIP Insurance Policies

The CCIP coverages and exclusions summarized in this Manual are set forth in full in their respective insurance policy forms. The summary descriptions of the CCIP coverages are not intended to be complete or to alter or amend any provision of the actual CCIP policies. Please refer to the CCIP insurance policies for additional terms, exclusions, and conditions. Policies are available upon written request. In the event any provision in summary below conflicts with the CCIP insurance policies, the provisions of the policies shall govern. The provisions of this Manual are intended to be cumulative with the rights of the Contractor under the Contract Documents and are not intended to restrict or limit the Contractor's rights or an Enrolled Party's obligations. If after applying the foregoing, a conflict between this Manual with the Contract Documents still exists, the provisions most favorable to the Contractor shall govern and prevail.

## Section 4.3: Review and Share This Manual with Others

Enrolled parties are encouraged to review this information with their:

❖ Insurance agents or brokers.

❖ Estimators prior to bidding on work.

❖ Payroll personnel who will be responsible for submitting payroll.

❖ Safety personnel who will be responsible for safety at the Project Site.



DocuSign Envelope ID: 2E40DCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

❖   Claims personnel who will be responsible for submitting claims.

❖   Subcontractors of all tiers.

## Section 4.4: On-Site Workers' Compensation and Employer's Liability

Separate workers' compensation insurance policies will be issued to each Enrolled Party. The CCIP Insurer will report the payroll and loss experience incurred under the CCIP by each Enrolled Party to the applicable Workers' Compensation Rating Bureau. This information will impact future experience modification factors. Coverage will cease for any employee leaving the Project Site.

| Insurer(s) | National Union Fire Insurance Co. of Pittsburgh, PA |
|---|---|
| **On-Site Workers' Compensation Insurance** | Statutory Limit |
| **On-Site Employer's Liability Insurance** | |
| Bodily Injury by Accident, each accident | $1,000,000 |
| Bodily Injury by Disease, policy limit | $1,000,000 |
| Bodily Injury by Employee, each employee | $1,000,000 |

## Section 4.5: On-Site Commercial General Liability Insurance

**General Liability Obligation**

At Suffolk's discretion, the sub-contractor or sub-subcontractor of any tier may be required to pay up to the first $2,500 per occurrence to the extent losses payable are attributable to sub-contractor's Work, or the acts or omissions of its subcontractors or any other party performing any of the Work for whom the sub-contractor may be contractually or legally responsible.

This insurance is on a form providing no less coverage than a standard ISO commercial general liability insurance policy. The ISO commercial general liability policy form contains exclusions, some of which are employment-related practices exclusion; damage to the completed work of an insured arising from that work; damage to real and personal property in the care, custody, or control of the insured; pollution exclusion—modified with the hostile fire exception; and nuclear energy broad form exclusion. Additionally, the policy has been endorsed to exclude, without limitation, liability arising from asbestos, automobiles, aircraft, watercraft, discrimination, and wrongful termination, architects and engineers' errors and omissions, professional liability, war, nuclear energy, pollution, fungus, and mold. This insurance will not cover products liability with respect to any product manufactured, assembled, or otherwise worked upon away from the Project Site. A single general liability policy will be issued for all enrolled parties with all enrolled parties as named insureds. The total available limits to all insureds combined are:



Suffolk Construction Company, Inc. CCIP

| Insurer(s) | National Union Fire Insurance Co. of Pittsburgh, PA |
|---|---|
| **On-Site Commercial General Liability Insurance** | |
| Each Occurrence Limit | $2,000,000 |
| General Aggregate (Other Than Products/Completed Operations) | $4,000,000 |
| Products-Completed Operations Aggregate Limit, 10-year term with a non-reinstated aggregate limit after<br>❖ Substantial completion, or<br>❖ Acceptance by the Contractor, or<br>❖ The Project put to its intended purpose. | $4,000,000 |
| Coverage to include:<br>❖ Personal injury<br>❖ Contractual liability<br>❖ Broad form property damage<br>❖ Independent contractors<br>❖ Severability of interest or cross liability<br>❖ Terrorism | |
| **Note:**<br>❖ Limits are reinstated on an annual basis, except for Products-Completed Operations aggregate<br>❖ Occurrence basis<br>❖ Defense is outside of the limits<br>❖ Does **not** cover off-site operations of any enrolled party | |

## Section 4.6: On-Site Umbrella/Excess Liability Insurance

This coverage is subject to its own terms and conditions and is excess of the Employers Liability and Commercial General Liability limits stated above. This insurance will not extend coverage for products liability to any insured party, vendor, supplier, material dealer, or others for any product manufactured, assembled, or otherwise worked upon away from the Project Site. A single excess liability policy will be issued for all enrolled parties. All projects under $50,000,000 share one limit of liability. It also does not provide Enrolled Parties with excess coverage over other types of liability policies, such as auto liability insurance. The total available limits to all insureds combined are:

| Insurer(s): | Various-See Page 7 for a complete listing |
|---|---|
| Combined Single Limit | $50,000,000 |
| General Annual Aggregate | $50,000,000 |



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

| Products-Completed Operations Aggregate Limit, | $50,000,000 |
|---|---|
| 10-year term with a single non-reinstated aggregate limit after | |
| Substantial completion, or | |
| Acceptance by the Contractor, or | |
| The Project put to its intended purpose. | |
| Does **not** cover off-site operations of any Enrolled Party. | |

## Section 4.7: Coverages Not Part of CCIP

The following is a nonexhaustive list of coverages not part of the CCIP:

❖ Automobile liability

❖ Automobile physical damage

❖ Equipment, tools, or personal property

❖ Workers' compensation/employers liability (off-site)

❖ General liability/excess liability (off-site)

❖ Products liability

❖ Professional liability

❖ Environmental/pollution liability

❖ Employment practices liability

❖ Jones act coverage (crew members)—if applicable

❖ Protection and indemnity (operations of vessels)—if applicable

❖ Aviation/watercraft liability

❖ Builders Risk

## Section 4.8: CCIP Is Not a Complete Insurance Program

The CCIP is not intended to provide a complete insurance program to an Enrolled Party. An Enrolled Party may wish to purchase additional coverage, as it deems necessary for its own account, at its own expense, and through its own efforts, for exposures not covered by this CCIP.



DocuSign Envelope ID: 2E40BC87-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

The CCIP policies of insurance procured and maintained shall not affect the Enrolled Party's liability to the Sponsor or others for the performance of any obligations assumed by Enrolled Party under the other applicable Contract Documents.

While the Sponsor will endeavor to maintain the CCIP with a scope of coverage equivalent to its present form, or broader, no warranty or representation is made that market conditions, cost, loss record, or other factors will not result in changes to the program at some future date. All Enrolled Parties will be promptly notified of any such changes along with appropriate instructions.

Enrolled Parties should note that the present insurance coverages provided and maintained by the Sponsor may afford broader coverage than required by the Contract Documents. The Sponsor, however, does not warrant or represent to continue such broader coverage throughout the duration of the Contract Documents.

## Section 4.9: CCIP Cancellation or Modification

The Sponsor may, for any reason, modify the CCIP coverages, discontinue the CCIP, or request that an Enrolled Party withdraw from the CCIP upon thirty (30) days' written notice.

The Sponsor is not required to provide the CCIP. The Sponsor's election to terminate or not to furnish the CCIP can apply to only a single Contractor or Subcontractor, multiple Contractors or Subcontractors, or all Contractors and Subcontractors.

In the event of cancellation, Enrolled Parties will be provided notice as required by the terms of their individual contracts. In the event of such cancellation, the Sponsor shall, at its sole option, but at least thirty (30) days prior to the date of cancellation: (1) procure alternate insurance coverage for the policy or policies canceled; or (2) require Enrolled Parties to procure and maintain alternate insurance coverage for the policy or policies canceled, the amounts, contents, and carriers of which shall be acceptable to the Sponsor.

Enrolled Parties shall not attempt to cancel any of the policies described herein without the express written consent of the Sponsor, and any attempted cancellation without said express written consent shall be null and void.



# SECTION 5: INSURANCE REQUIREMENTS FOR OFF-SITE AND OTHER ACTIVITIES

## Section 5.1: CCIP Coverages Apply to On-Site Activities Only

Because CCIP coverage only applies to work performed at the Project Site, Enrolled Parties also must provide evidence of Workers' Compensation, Commercial General Liability and Umbrella/Excess Liability for their Off-Site operations at their own expense. In addition, Enrolled Parties must provide evidence of automobile liability and other coverages specified by the Contract Documents at their own expense. A certificate of insurance must be provided to the Suffolk Insurance Administrator identified on page 8 as evidence of the required coverages prior to the start of work.

## Section 5.2: Sample Insurance Certificate

Prior to beginning work at the Project Site, Enrolled Parties must furnish certificates of insurance and applicable additional insured endorsements evidencing the insurance required under this section. An ACORD Certificate of Insurance or preapproved substitute is the required form. Each certificate must include the required wording in the sample Certificate of Insurance. Copies of endorsements must be included with the certificate of insurance. Enrolled Parties are responsible for seeing that updated certificates are filed with Suffolk Construction Company, Inc., as coverages expire and are renewed or changed before the date of expiration. Enrolled Parties should provide a copy of the sample certificate from this Manual to their agent or broker to ensure compliance with all requirements.

The sample certificate does not include all the types of coverage that may be required of certain Enrolled Parties. For example, it contains no mention of aviation, watercraft, pollution, or professional liability insurance, which may be required of some Enrolled Parties.

Enrolled parties are responsible for monitoring their sub-subcontractor's and/or vendor's Certificates of Insurance. Suffolk reserves the right to disapprove the use of sub-subcontractors or vendors unable to meet the insurance requirements or who do not meet other Suffolk policy requirements.

## Section 5.3: Required Off-Site and Other Coverages

Enrolled Parties must obtain and maintain the following insurance coverages for Off-Site and other operations in a form and from insurance companies acceptable to the Sponsor:



Suffolk Construction Company, Inc. CCIP

❖ Statutory Workers' Compensation Insurance and Employers Liability insurance with statutory limits as required by law, including Longshore and Harbor Workers coverage and Maritime coverage, if appropriate.

❖ Commercial General Liability Insurance in a form providing coverage not less than the standard ISO Commercial General Liability insurance policy (Coverage shall be equivalent to ISO occurrence form 1998; additional insured endorsements must be CG 2010 11/85 or its equivalent), including products and completed operations coverage and broad form contractual liability coverage.

❖ Standard Commercial Automobile Liability Insurance covering all owned, nonowned, and hired automobiles, trucks, and trailers (On-Site and Off-Site). If transporting hazardous waste/materials from the Project Site, the MCS-90 Endorsement must be attached and supplied to the Contractor on a primary and noncontributory basis with limits of liability acceptable to the Sponsor.

❖ Subcontractors must provide their own property insurance for owned, leased, rented, and borrowed equipment, whether such equipment is located at a project site or "in transit." Subcontractors are solely responsible for any loss or damage to their personal property, including, without limitation, property or materials created or provided under the subcontract until installed at the project site, subcontractor tools and equipment, scaffolding, and temporary structures.

❖ Umbrella/Excess Liability Insurance.

❖ All other insurance required by the Contract Documents that is not provided under the CCIP, including, but not limited to professional liability insurance, pollution liability insurance, or aviation and/or watercraft liability insurance.

All policies (other than Workers' Compensation and Professional Liability) must be endorsed to include the entities as the Sponsor may request as additional insureds.

The insurance must apply on a primary and noncontributory basis on behalf of the additional insureds, and any other insurance available to the additional insureds shall be excess.



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

## Section 5.4: Required Off-Site Limits

The following insurance limits may be provided through a combination of primary and excess policies, including the umbrella form of policy:

| Workers' Compensation Insurance | Statutory Limit |
|---|---|
| **Employer's Liability Insurance** | |
| Bodily Injury by Accident, each employee | $500,000 |
| Bodily Injury by Disease, each employee | $500,000 |
| Bodily Injury by Disease, policy limit | $500,000 |
| **Commercial General Liability Insurance** | |
| Each Occurrence Limit | $1,000,000 |
| General Aggregate— Other Than Products/Completed Operations | $1,000,000 |
| Products and Completed Operations Aggregate Minimum of two years after date of completion | $1,000,000 |
| Coverage to include: ISO policy form CG2010 11/85 or its equivalent Contractual liability Broad form property damage Personal injury Premises operations Independent contractors and subcontractors Fire legal liability | |
| **Automobile Liability\*** | |
| Per Accident, Combined Single Limit | $1,000,000 |
| **Umbrella Liability** | |
| Each occurrence | $3,000,000 |
| Per project aggregate | $3,000,000 |

\*providing on-site and off-site coverage

## Section 5.5: Required Waiver of Subrogation

All policies of insurance that are related in any way to work at the Project Site shall waive all rights of recovery under subrogation or otherwise against the Sponsor, owner, all Contractors and Subcontractors, and any additional entities as the Sponsor may request.



Suffolk Construction Company, Inc. CCIP

# SECTION 6: CCIP PROCEDURES AND RESPONSIBILITIES

## Section 6.1: Responsibilities for Eligible Parties

> At Suffolk's discretion, the subcontractors may be assessed a $2,500 penalty for subcontractor or sub-subcontractors of any tier not providing requested documents or online forms submittal.

Eligible Parties of any tier are obligated to follow the requirements of this Manual, including those responsibilities relating to the enrollment procedures, payroll reporting, subcontracting to others, change orders, final adjustment, accident claim reporting, and compliance with the safety program for the Project Site. Blank forms referenced may be found in the Appendix to this Manual.

Eligible Parties must prepare their bids to remove the cost of CCIP provided insurance. An Eligible Party whose bid is accepted must contact the CCIP Administrator to discuss the process for enrolling in the CCIP.

Within 5 days of contracting and on less than 45 days before mobilization, Eligible Parties must complete and submit the required Enrollment Form to the CCIP Administrator.

Primary Subcontractor must assure each sub-subcontractor of any tier enrolls in the CCIP within 5 days of contracting and no less than 45 days of mobilization

Eligible Parties must provide workers' compensation class codes applicable to the work to be performed at the Project Site.

## Section 6.2: Enrollment Is Mandatory for Eligible Parties

Enrollment is mandatory but not automatic. Eligible Parties must enroll in the CCIP and maintain enrollment in the CCIP by submitting all required information to the CCIP Administrator. In addition, Eligible Parties must notify their Subcontractors of the procedure for enrollment in the CCIP, provide a copy of this project insurance manual and ensure that they enroll in and maintain enrollment in the CCIP.



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892D-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

No one can begin work at the Project Site until all enrollment and insurance requirements set forth in this Manual and in other Contract Documents (including provision of the required Certificate of Insurance for Off-Site activities) have been met and notice of enrollment confirmation is received.

Access to the project site will not be permitted until enrollment is complete. If a Subcontractor or sub-subcontractor obtains access to the site with or without Suffolk's knowledge, CCIP coverage will not be provided if the sub is not enrolled

It is the obligation of Enrolled Parties to notify their own insurance agents, brokers, and companies of their CCIP participation.

### Section 6.3: What to Do When Work Is Subcontracted to Others

A separate Contractor Application and Classification/Payroll Worksheet, along with the required documentation, is required for each Subcontractor eligible for enrollment, regardless of its tier. You must send immediate notice of each subcontract award to the CCIP Administrator and Site Superintendent using the required Subcontractor Award form set forth in the Appendix to this Manual, and provide each Subcontractor with a copy of this Manual. You also must assist the CCIP Administrator when a Subcontractor fails to submit required payroll information or otherwise does not cooperate with administrative procedures. All subcontracts must include the required CCIP contract provisions. Subcontractor shall cause all sub-subcontractors to submit a Form 3 enrollment form, in addition to collecting and retaining copies of appropriate certificates of insurance for sub-subcontractors

### Section 6.4: Closeout

Upon completion of the work and before any payment of retainage due at substantial completion of the entire work, the CCIP Administrator will process closeout for each contract. All payroll reports through the end of the contract must be submitted to the CCIP Administrator. Enrolled Parties are responsible for the closeout of their Subcontractors.

### Section 6.5 Monthly Payroll Reporting

Enrolled Parties must submit payroll information to the CCIP Administrator by the 10th day of each month for the preceding month utilizing the Payroll Reporting Form located in the Appendix to this Manual. The Payroll Reporting Form can be submitted via WrapMaster, a Lockton proprietary system,



DocuSign Envelope ID: 2E40BCB7-5E5C-4010-892B-68F09F33FFC2

E-mailed, faxed, or mailed. It must include payroll and work hours for all employees performing work at the Project Site, including supervisors and clerical personnel, if applicable. Use appropriate workers' compensation/NCCI classifications for work completed. Earnings for overtime should be included only at the normal hourly payroll rate. The payroll reported under the CCIP for the Project should be kept separate from other work payroll. A monthly payroll report must be submitted for each month, including "zero (0) payroll" for those months where no on-site labor was expended, until completion of the work under each Subcontract. For those Subcontractors performing work under multiple Subcontracts, a **separate on-site payroll report** is required for **each** Subcontract. Be sure to exclude the payroll reported for the CCIP when payroll reports are provided to your regular insurance carriers. The Sponsor, the CCIP Administrator, and/or the Insurers may perform physical audits of payroll periodically during the course of the CCIP. Enrolled Parties must cooperate with the Insurers when contacted to provide payroll records for an audit for the Project Site.

## Section 6.6: Completion/Termination of Work

Upon completion or termination of the work, and for each contract, Enrolled Parties must submit a notice of completion to the CCIP Administrator on the Notice of Completion form located in the Appendix to this Manual. The notice of completion will initiate the final payroll report and audit of payroll and man hours by the CCIP insurer. Final payment will not be released until all necessary CCIP information has been submitted and approved by the CCIP Administrator and the close-out has been completed. Should the Subcontractor return to the project site, for any reason, it will do so under the Subcontractor's own insurance program and must provide Suffolk with a certificate of insurance showing the Subcontractor's own coverage as detailed in the Subcontract.

## Section 6.7: Claim Reporting

Enrolled Parties are required to comply with and follow the claim reporting procedures established for the CCIP.

## Section 6.8: WrapMaster: Online Access

WrapMaster is the CCIP Administrator's proprietary, Web-based system that provides administration for various types of controlled insurance programs. The system provides an online application, WrapMaster Online, to the Sponsor and Enrolled Parties. This system allows Enrolled Parties to submit and view



DocuSign Envelope ID: 2E40DCB7-5E5C-4010-892B-68F09F33FFC2

Suffolk Construction Company, Inc. CCIP

project information, as well as Contractor and Subcontractor enrollment and payroll status. Enrolled Parties also can be provided access to view project information and enroll and submit payroll online. To sign up and be eligible to use WrapMaster to complete enrollment and/or that of your Subcontractors, please contact the CCIP Enrollment Coordinator.

## Section 6.9: Change Order Procedures

Subcontractors will price Change Orders to exclude their Insurance Cost and must provide an estimated payroll amount (including a separate sub-subcontractor's estimated payroll amount) for work performed under the Change Order, unless otherwise directed by Suffolk Construction.

## Section 6.10: Insurance Company Payroll Audit

Each enrolled party is required to maintain payroll records for each Subcontract. Such records will allocate the payroll by workers' compensation classification(s) and exclude the excess or premium paid for overtime (i.e., except for projects in the states of Pennsylvania and Delaware, only the straight time rate will apply to overtime hours worked). Furthermore, such records will limit the payroll for executive officers and partners/sole proprietors to the limitations as stated in the state manual rules.

It is important that you properly classify payrolls, as these are reported to the rating bureau for promulgation of future experience modifiers for your firm. All enrolled parties shall make available their books, vouchers, contracts, documents, and records of any and all kinds to the auditors of the CCIP insurance carrier(s) or Suffolk's representatives. Availability of records must be for a reasonable time during the policy period, any extension, or during a final audit period as required by the insurance policies.

## Section 6.11: Other CCIP Responsibilities

Enrolled parties must:

❖ Cooperate fully with the CCIP Administrator and the Insurer(s), as applicable, in its or their administration of the CCIP, including but not limited to, allowing an audit of payroll records.

❖ Comply with all of the administrative, safety, insurance, and other requirements outlined in this Manual, the CCIP insurance policies, and/or elsewhere in the Contract Documents.



DocuSign Envelope ID: 2540B057-EE52-4949-892B-68F09F23FF32

Suffolk Construction Company, Inc. CCIP

❖ Attend meetings held in connection with the CCIP at the request of the Sponsor, the CCIP Administrator, or the CCIP Insurers.

❖ Advise their Subcontractors of site orientation procedures before beginning work at the Project Site (drug testing, hard hat stickers, etc.).

❖ Prohibit any non-enrolled Subcontractor from beginning work on the Project Site until it has complied with all insurance requirements for Excluded Parties.

❖ Prohibit non-oriented employees from beginning work on the Project Site.

❖ Verify that their Subcontractors have completed enrollment and received approval from the CCIP Administrator prior to mobilization.

❖ Review loss control reports, pursue corrective action, and respond to written recommendations as required.

❖ Immediately report all claims and demands, within and above the deductible, to the CCIP Administrator.

❖ Thoroughly investigate all accidents and maintain written documentation.

❖ Provide insurance for defective work during the applicable warranty period for completed work.

❖ Withhold retainage until the CCIP Administrator has completed the closeout process.

❖ Provide at their own expense required insurance coverages for any repair, warranty or other activities at the Project Site after work has been substantially completed or after CCIP termination.

❖ Not release any Subcontractor from its obligations outlined in this Manual or the Contract Documents.

❖ Notify Suffolk Construction immediately of any insurance cancellation or nonrenewal of your own and/or sub-subcontractor-required insurance



DocuSign Envelope ID: 2540B057-EE52-4949-892B-68F09F23FF32

Suffolk Construction Company, Inc. CCIP

# SECTION 7: CLAIM AND INCIDENT REPORTING

## Section 7.1: General Procedures

Subcontractors must report all injuries, occupational-related illnesses, or property damage to the Site Safety Manager immediately.

> At Suffolk's discretion, subcontractors and sub-contractors of any tier may be charged a $2,500 assessment for any claims not reported within 24 hours of occurrence.

## Section 7.2: Investigation Assistance

All Parties will assist in the investigation of any accident or occurrence involving injury to persons or property. All Enrolled Parties will cooperate with the companies involved in adjusting any claim by securing and giving evidence and obtaining the participation and attendance of witnesses required for the investigation and defense of any claim or suit.

## Section 7.3A: Workers' Compensation Claims

7.3A Managed Care Arrangement

Under the auspices of the Insurer administering the CCIP workers' compensation benefits, the Sponsor has chosen to provide medical care by using a workers' compensation physician network called a Managed Care Arrangement.

A Managed Care Arrangement is one in which a health care provider enters into a written agreement with a workers' compensation insurer to coordinate appropriate remedial treatment, care and attendance to injured workers.  AIG utilizes HDi, a national managed health care company and Coventry, a Preferred Provider Organization (PPO), to form the Workers' Compensation Managed Care Arrangement. At the time of injury, the injured worker will be referred to a physician, one of Coventry's medical care coordinators, for treatment. The injured worker will also be given an Identification Form to present to the medical care coordinator at the time of treatment.

The injured worker is responsible for obtaining care from a medical care coordinator.  Treatment received outside of the workers' compensation Managed Care Arrangement will not be compensable, unless authorized by a Coventry Medical Care coordinator prior to the treatment date, except in emergency situations.



DocuSign Envelope ID: 2540B057-EE5C-4949-892B-68F09F23FF92

Suffolk Construction Company, Inc. CCIP

The following forms concerning the Managed Care Arrangement are attached in Section 9 of this Manual:

1. Florida Employee's Guide:  This form is presented to all employees working at the Project to inform them that all medical care for work related injuries will be provided through the Managed Care Arrangement.

2. Grievance Form:  This form is completed and faxed to AIG should the worker feel that the medical care presented was not satisfactory.

3. Florida Medical Card:  This card is completed and hand carried by the injured worker to the medical provider to act as identification and to provide the AIG billing address for the provider.

4. AIG First Fill Temporary Pharmacy Card: This form is a temporary identification form used the first time that a prescription is filled by a treating provider.

## 7.3B: Claim Responsibilities

The main responsibility for any Party is first to see that the injured worker receives immediate medical care. Next, you should immediately notify the Site Safety Manager in the event of a serious injury or accident.

Subcontractors' onsite personnel shall follow these procedures if any employee is involved in an accident or occurrence resulting in bodily injury:

1. Subcontractors must contact designated first aid/medical personnel and transport the injured party to the on-site first aid or Managed Care Arrangement medical facility, as necessary.

2. Report all injuries or occupational-related illnesses within 24 hours to the Employer's Project supervisor and Suffolk's Site Safety Manager or Site Superintendent.

3. Employer must follow  the reporting procedures set forth in Section 7.5 and assist in delivering the required ART Form within 24 hours of employee's notice of injury/claim.  .



DocuSign Envelope ID: 2540B357-EE52-4949-8925-68F09F23FF32

Suffolk Construction Company, Inc. CCIP

4.  Assist Suffolk's site Safety Manager with preparation of the Suffolk Construction Accident Reporting and Treatment ("ART") form, which is to be returned by the Injured Party to the Site Safety Manager by the end of the business day.

5.  Subcontractor and its sub-subcontractor shall provide for Modified Alternate Duty (Return to Work Program) based upon the work abilities given to the Injured Party from the treating physician.

6.  Immediately send all subsequent medical return to work notes, inquiries, or correspondence about an Injured Party to the Site Safety Manager.

7.  No Injured Party will be allowed on a job site unless they have provided the Site Safety Manager with the proper return to work note, either full duty or modified duty.

## Section 7.4: Return-to-Work Program

### Purpose

Suffolk Construction Company is committed to providing a safe work-place for both its employees and the subcontractors' employees; facilitating prompt quality medical care in the event of a work related injury; and pursuing modified alternate duty to minimize the risks and financial burdens to its workforce.

Suffolk Construction Company's Return-to-Work (RTW) program set forth herein shall be implemented by each Subcontractor. Each Subcontractor shall provide Modified Alternate Duty for any employee who has sustained a work related injury or illness and is medically unable to perform all or any part of his/her normal duties during all or any part of the normal workday or shift.

With respect to any employee who, after a work-related injury, has been medically cleared to return to work with identifiable limitations or restrictions on the ability to perform work tasks or duties, "Modified Alternative Duty" means the acceptance back to work, either at the Project Site or elsewhere, at the same level of hours, wages and benefits which the employee received immediately prior to such injury, and assignment of the employee to such tasks and duties which are adjusted, modified or created so as to accommodate such limitations and restrictions.

The RTW program applies to Subcontractors of all tiers on the project. Each Subcontractor shall make compliance with the RTW program mandatory with respect to any Enrolled Party with whom it has a contractual relationship.



DocuSign Envelope ID: 2540B357-EE52-4949-892B-68F09F33FFF2

Suffolk Construction Company, Inc. CCIP

Subcontractors' duties and responsibilities under the Return to Work Program survive the termination of the underlying contract and enrollment in the CCIP.

The program must include, but not be limited to:

❖ Immediate reporting of all work related injuries to Suffolk Construction Company.

❖ All employees will have job site access to the address(es) of approved medical treatment providers and facilities and the website address which lists the same. If there is any doubt as to where to go for treatment, the injured employee must contact Suffolk Construction Company. Subcontractors need to communicate to the injured employee and physician; Suffolk Construction Company's Return-to-Work Program and facilitate Modified Alternate Duty with physicians and the employee.

❖ The injured employee must provide the Suffolk Safety Manager copies of all medical notes, to include a statement on work capacity.

❖ Modified Alternate Duty assignments must comply with all medical limitations as outlined in writing by a physician.

❖ Suffolk's Safety Manager, Project Managers, Supervisors, and Foreman all must be informed of the modified alternate duty assignment, anticipated length of alternate duty, and the restrictions.

❖ The injured employee is not to assume normal work activities unless there is medical documentation releasing them to their normal duties and presented to Suffolk's Safety Manager.

## Responsibilities

> At Suffolk's discretion, subcontractors and sub-contractors of any tier may be charged a $1,500 per weekassessment for failure to implement return-to-work program requirements.

The following will define the reporting responsibilities of each party involved in the CCIP for Return-to-Work.

**Subcontractor**—A successful return-to-work program requires the cooperation and accountability of all your employees as well as your enrolled Subcontractors and their employees.

❖ Failure of a subcontractor to provide reasonable Modified Alternate Duty to an injured worker may result in a $1,500 weekly assessment against the subcontractor until the injured employee is returned to work in either a modified alternate duty position or full duty. Any such assessment applicable to



DocuSign Envelope ID: 2540B057-EE52-4949-892B-68F09F23FF92

Suffolk Construction Company, Inc. CCIP

an Enrolled Party of a lower tier shall be assessed against the Subcontractor having a direct contractual relationship with Suffolk Construction.

❖ Ensure that your employees understand Suffolk's RTW program and clarify any procedures that are unclear.

❖ Your employees are to report all injuries, even minor incidents, immediately within established reporting protocols set forth in the "Claim and Incident Reporting" procedures herein.

❖ Your employees are to work closely with Suffolk and your managers/supervisors and communicate all necessary information regarding their ability to return to work.

❖ Your employees are to provide the physician with the information, including the RTW program, necessary to help them determine how and when they can return to work.

❖ Your employees are to work within their medically stated limitations.

❖ Your employees are to help coworkers stay focused and provide a positive environment when they return to modified alternate duty.

## Supervisor/Manager

Supervisors/Managers play a key role in the success of the return-to-work program. They must implement and manage the program.

❖ Understand and support Suffolk's written policies/procedures.

❖ Complete the Accident Forms immediately after the incident as per the Claim and Incident Reporting Procedures set forth herein.

❖ Facilitate treatment with the injured employee.

❖ Coordinate Modified Alternate Duty with the injured employee within the injured employee's work abilities as per the medical documentation.

❖ Monitor the injured employee's progress on Modified Alternate Duty and provide weekly updates to the Suffolk Safety Coordinator.



Suffolk Construction Company, Inc. CCIP

## Section 7.5 Incident Management and Reporting Procedures for Subs

### Emergencies (Serious Bodily Injury)

1. Call responding Emergency Medical Service (911) and Notify Suffolk Personnel.

2. Secure and check scene for safety.

3. Implement and follow site-specific Emergency Action Plan.

### Nonemergencies

1. Contact site safety coordinator to complete Suffolk Construction Accident Reporting and Treatment (ART) Form and First Report of Injury.

2. Complete Part A "Accident Data" section.

3. Employee reads and signs Part B "Payment Authorization" section.

4. Assure that injured party, or transporter of injured party, has Doctor complete Part D "Medical Provider" section of ART Form.

5. Following treatment, employee and person accompanying injured should return to the work site and deliver the ART Form to Suffolk's Site Safety Manager

6. Foreperson of injured and Suffolk safety coordinator to review return-to-work restriction if any are prescribed and complete Part E "Return To Work" section.



DocuSign Envelope ID: 2540B357-EE52-4949-8925-68F09F23FFC2

Suffolk Construction Company, Inc. CCIP

## Section 7.6: Sample Offer of Temporary Alternative Position Letter

(To be used for out-of-work employee who has now been released for work with restrictions)

---

Dear Employee:

(Contractor or Owner Name) is extending an offer of temporary transitional employment.

We are aware that you are medically cleared for work with restrictions. The task requirements of the offered position are within the scope of your current physical limitations.

You are being offered a position as a _____. This temporary transitional employment is subject to the limitations described on the attached medical report from _____. The wages you will be paid are $_____ per hour. The work hours are _____.

You are expected to return to work in the transitional position as described above on _____(date) at _____ a.m./p.m. Please report directly to _____ at the _____ project/site located at _____.

Any questions regarding this temporary position offer should be directed to _____ immediately.

YOUR FAILURE TO REPORT TO WORK AS OUTLINED ABOVE MAY RESULT IN THE TERMINATION OF YOUR WORKERS' COMPENSATION BENEFITS.

Sincerely,

---



DocuSign Envelope ID: 2540B0B7-EE52-4919-892B-68F09F23FF32

Suffolk Construction Company, Inc. CCIP

## Section 7.7: Liability Claims

Subcontractors must immediately report all Accidents at the Project Site involving death, injury, or damage to property of non-employee personnel (the public, tenants, and visitors) to Suffolk Construction Company, Inc. and the Suffolk Site Safety Manager. As soon as the onsite personnel become aware of the accident or occurrence, they must:

> At Suffolk's discretion, subcontractors and sub-subcontractors of any tier may be assessed a $2,500 charge for any claims not reported within 24 hours of occurrence.

1. Take appropriate emergency measures to prevent additional injury or damage, including contacting police and fire authorities as required by law.

2. Complete and submit a Supervisor's Accident Report and General Liability Loss Notice to the Site Safety Manager within 24 hours of the incident.

3. Immediately send all subsequent inquires or correspondence about an insured loss or claim, including a summons or other legal documents, to the Site Safety Manager immediately.

> Do not voluntarily admit liability and cooperate with Suffolk or the CCIP insurer representatives in the accident investigation.

## Section 7.8: Property Claims

Report any damages to your Work or the Work of any other subcontractor to Suffolk Construction Company, Inc. and the Suffolk Site Safety Manager. In addition, complete the Superintendents Incident Report Form and submit it to the CCIP Administrator.

## Section 7.9: Automobile Claims

**No coverage is provided for automobile accidents under the CCIP. It is the sole responsibility of each Party to report accidents/claims involving their automobiles to their own insurers.**

HOWEVER, all accidents occurring in or around the Project site must be reported to Suffolk's Site Safety Manager. Accident investigations will occur and focus on liability arising out of the Project construction activities that could result in future claims (i.e., due to the conditions of the roads, etc.) Each Party shall cooperate in the investigation of all automobile accidents.



DocuSign Envelope ID: 2540B357-EE52-4910-8925-68F09F23FFF2

Suffolk Construction Company, Inc. CCIP

### Section 7.10: Pollution Claims

**No coverage is provided for pollution accidents under the CCIP. It is the sole responsibility of each Party to report accidents/claims to their own insurers.** Report events that may give rise to a pollution claim by immediately notifying Suffolk Construction Company, Inc. and the Suffolk Site Safety Manager of any known or suspected pollution incidents.

Each party shall cooperate in the investigation of all incidents.

### Section 7.11: Loss Runs

An enrolled subcontractor may obtain loss runs for their own onsite experience by sending a written request on their company letter head to the Suffolk Claims Manager.



Suffolk Construction Company, Inc. CCIP

# SECTION 8: CCIP PROCEDURES AND RESPONSIBILITIES FOR EXCLUDED PARTIES

## Section 8.1: Sample Insurance Certificate

Excluded Parties must provide evidence of Workers' Compensation, General Liability, and Umbrella/Excess Liability for their On-Site and Off-Site operations, together with evidence of automobile liability and other coverages specified by the Contract Documents.

Prior to beginning work at the Project Site, you must furnish certificates of insurance evidencing the insurance required under this section. An ACORD Certificate of Insurance or preapproved substitute is the required form. Each certificate must include the required wording in the sample Certificate of Insurance located in the Appendix to this Manual. Copies of additional insured endorsements must be included with the certificate of insurance. Excluded Parties are responsible for seeing that updated certificates are filed with the CCIP Administrator as coverages expire and are renewed or changed before the date of expiration. Excluded Parties should provide a copy of the sample certificate from this Manual to your agent or broker to ensure compliance with all requirements.

The sample certificate does not include all the types of coverage that may be required of certain Contractors. For example, it contains no mention of aviation, watercraft, pollution, or professional liability insurance, which may be required of some Contractors.

Excluded parties are responsible for monitoring their sub-subcontractor's and/or vendor's certificates of insurance. Suffolk reserves the right to disapprove the use of sub-subcontractors or vendors unable to meet the insurance requirements or who do not meet other Suffolk policy requirements.

## Section 8.2: Required On-Site and Off-Site Coverages

Excluded Parties must obtain and maintain the following insurance coverages in a form and from insurance companies acceptable to the Sponsor:

❖ Statutory Workers' Compensation Insurance and Employers Liability insurance with statutory limits as required by law, including Longshore and Harbor Workers coverage and Maritime coverage, if appropriate.



DocuSign Envelope ID: 2540B357-EE52-4949-892B-68F09F23FFC2

Suffolk Construction Company, Inc. CCIP

❖ Commercial General Liability Insurance in a form providing coverage not less than the standard ISO Commercial General Liability insurance policy ("Occurrence Form" CG2010 11/85 or its equivalent), including products and completed operations coverage and broad form contractual liability coverage.

❖ Standard Commercial Automobile Liability Insurance covering all owned, nonowned, and hired automobiles, trucks, and trailers. If transporting hazardous waste/materials from the Project Site, the MCS-90 Endorsement must be attached and supplied to the Sponsor on a primary and non contributory basis with limits of liability acceptable to the Sponsor.

❖ Subcontractors must provide their own property insurance for owned, leased, rented, and borrowed equipment, whether such equipment is located at a project site or "in transit." Subcontractors are solely responsible for any loss or damage to their personal property, including, without limitation, property or materials created or provided under the subcontract until installed at the project site, Subcontractor tools and equipment, scaffolding, and temporary structures.

❖ Umbrella/Excess Liability Insurance

❖ All other insurance required by the Contract Documents including, but not limited to professional liability, pollution liability insurance, or aviation and/or watercraft liability insurance.

All policies (other than Workers' Compensation and Professional Liability) must be endorsed to include entities as the Sponsor may request as additional insureds.

The insurance must apply on a primary and noncontributing basis on behalf of the additional insureds, and any other insurance available to the additional insureds shall be excess.

## Section 8.3: Required On-Site and Off-Site Limits

The following insurance limits may be provided through a combination of primary and excess policies, including the umbrella form of policy:

| Workers' Compensation Insurance | Statutory Limit |
| --- | --- |
| Employer's Liability Insurance | |
| Bodily Injury by Accident, each employee | $500,000 |
| Bodily Injury by Disease, each employee | $500,000 |
| Bodily Injury by Disease, policy limit | $500,000 |
| Commercial General Liability Insurance | |



Suffolk Construction Company, Inc. CCIP

| Each Occurrence Limit | $1,000,000 |
|---|---|
| General Aggregate—<br>Other Than Products/Completed Operations | $1,000,000 |
| Products and Completed Operations Aggregate<br>Minimum of three years after date of completion | $1,000,000 |
| Coverage to include:<br>❖   ISO policy form CG2010 11/85 or its equivalent<br>❖   Contractual liability<br>❖   Broad form property damage<br>❖   Personal injury<br>❖   Premises operations<br>❖   Independent contractors and subcontractors<br>❖   Fire legal liability | |
| **Automobile Liability*** | |
| Per Accident, Combined Single Limit | $1,000,000 |
| **Umbrella Liability** | |
| Each occurrence | $3,000,000 |
| Per project aggregate | $3,000,000 |

## Section 8.4: Required Waiver of Subrogation

All policies of insurance that are related in any way to work at the Project Site shall waive all rights of recovery under subrogation or otherwise against the Sponsor, all Contractors and Subcontractors, and any additional entities as the Sponsor may request.

## Section 8.5: What to Do When Work Is Subcontracted to Others

A separate Contractor application and classification/payroll worksheet, along with the required documentation, is required for each lower-tier Subcontractor eligible for enrollment, regardless of its tier. You must send immediate notice of each subcontract/vendor award to the CCIP administrator and Site Superintendent, using the required subcontractor award form set forth in the appendix to this manual, and provide each Subcontractor and/or vendor with a copy of this manual. You also must assist the CCIP administrator when a Subcontractor fails to submit required payroll information or otherwise does not cooperate with administrative procedures. All Subcontracts must include the required CCIP contract provisions. Excluded parties are responsible for the closeout of their enrolled subcontractors.



DocuSign Envelope ID: 2540B357-EE5C-4919-892B-68F09F23FF32

Suffolk Construction Company, Inc. CCIP

# SECTION 9: APPENDIX LIST

## CCIP Forms and Instructions

Enrollment Form—Form 3

Classification/Payroll Worksheet—Form 3

Subcontractor Award—Form 3

Certificate of Insurance:  Enrolled Parties

Certificate of Insurance:  Excluded Parties

Payroll Reporting Form—Form 4

Notice of Completion—Form 5

Accident Reporting and Treatment (ART) Form

## Managed Care Arrangement Forms

Employee's Guide

Employee Notice

Grievance Form

Florida Medical Card

Temporary Pharmacy Card



Suffolk Construction Company, Inc. CCIP

## CONTRACTOR APPLICATION                                         FORM 3

# Suffolk Construction Company, Inc. CCIP
## All Aboard Florida-Miami Terminal

Company Name: _____

Contact: _____  _____  _____
 *Name*                                                        *Phone*          *Fax*

_____
*E-mail address*

Company Address: _____
*Street Address*

_____
*City*                                                     *State*          *Zip*

WC Retention _____  GL Retention _____

Bid Package Name _____  Bid Package Number _____

Contract Value _____  Self-Performed Contract Amount $_____

You Were Hired By _____

Estimated Start Date _____  Estimated Completion Date _____

Type of Work _____

WE **WILL NOT** HIRE ANY SUB-TIER CONTRACTORS ON THIS PROJECT.  Check if applicable ☐

WE **WILL** HIRE A SUB-TIER CONTRACTOR ON THIS PROJECT.  Complete below.

**Sub-Tier Contractor Company** _____

_____

_____

**Submit "Subcontractor Notification Form" for each contractor (located in the forms section).**

Federal Employer's Identification Number _____

NCCI Experience Modification Identification Number _____

Are any employees temporary or leased?  ☐ Yes  ☐ No  (select one)

_____
*Temporary/leased employee company*



DocuSign Envelope ID: 2540B357-EE52-4949-892B-68F09F23FFC2

Suffolk Construction Company, Inc. CCIP

**Company that hired you for this contract:** _____

**Final Payroll Audit:**   Lockton or the CCIP insurance companies will contact your audit personnel to arrange for a final payroll audit.

**Record Retention:**   All payroll records related to the CCIP must be retained for a period not less than four years from project completion.

**Signature:** _____    **Date:** _____

                    *Controller or Company Officer*

| |
|---|
| **THIS FORM MUST BE E-MAILED, FAXED, OR MAILED TO:** |
| **LOCKTON COMPANIES**<br>**Attn:**     **Jason Murray**<br>          **444 West 47th Street, Suite 900**<br>          **Kansas City, Missouri 64112-1906**<br>**Phone:**  **(816) 960-9105**<br>**E-mail:**   **jmmurray@lockton.com** |

**LOCKTON**

DocuSign Envelope ID: 2540B357-EE5C-4910-892B-68F09F23FFC2

Suffolk Construction Company, Inc. CCIP

## CLASSIFICATION/PAYROLL WORKSHEET                    FORM 3

### Suffolk Construction Company, Inc.
### All Aboard Florida-Miami Terminal
### Classification/Payroll Worksheet

Company Name: _____

You Were Hired By: _____

Contractor Name: _____

Contract Number: _____   Contract Value:   $_____

| Labor Classification | WC Class Code | Estimated Man-hours | Estimated Payroll | Number of Employees |
|---|---|---|---|---|
|  |  |  | $ |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Agreement:**
I hereby warrant the insurance costs are excluded from my bid and change orders as well as accuracy of payroll information provided and agree that the Sponsor, its insurance representative, and/or the CCIP carrier may audit the Subcontractor's and each Sub-Subcontractor's records to confirm the accuracy of payrolls.  This includes, without limitation, any changes to the work as referenced in this Contract.

**Contract price and assignment of return premium**—The Sponsor, at its sole expense, will furnish the CCIP coverages listed for the benefit of all Enrolled Subcontractors and their Sub-Subcontractor(s).  In consideration of the Contractor providing CCIP coverages, the Subcontractors of all tiers will:

- Assign to the Sponsor all return premiums, dividends, refunds, discounts, and/or other credits due under the CCIP policies.

Signed by: _____   Date Prepared: _____

Complete the form using estimated payroll and man-hours for the contract you have been awarded. **If you have been awarded more than one contract, a separate application and worksheet is required for each contract.**

If you have questions concerning completion of this form, please contact your insurance representative or your Lockton program coordinator.

| THIS FORM MUST BE FAXED OR MAILED TO: |
|---|
| **LOCKTON COMPANIES**<br>Attn:     **Jason Murray**<br>              **444 West 47th Street, Suite 900**<br>              **Kansas City, Missouri 64112-1906**<br>**Phone:     (816) 960-9105**<br>**E-mail:     jmmurray@lockton.com** |



DocuSign Envelope ID: 2540B357-EE5C-4949-892D-68F09F23FFF2

Suffolk Construction Company, Inc. CCIP

## SUBCONTRACTOR AWARD                                    FORM 3

### Suffolk Construction Company, Inc.
### All Aboard Florida-Miami Terminal
### Subcontractor Award

| **NOTE: | THIS FORM MUST BE FILLED OUT COMPLETELY AND SENT TO LOCKTON NO LATER THAN ONE BUSINESS DAY AFTER YOUR COMPANY HIRES A SUBCONTRACTOR TO WORK AT THE CCIP PROJECT. |
|---|---|

Your Company Name: _____

## Information About the Company You Hired

Company Name: _____

Enrollment Contact: _____    _____    _____
*Name*                    *Phone*            *Fax*

_____
*E-mail address*

Company Address: _____
*Street Address*

_____    _____    _____
*City*                    *State*            *Zip*

Project/Phase Name: _____

Estimated Start Date: _____    Contract Value: $ _____

Scope of Work: _____

Signature: _____    Date: _____

| THIS FORM MUST BE FAXED OR MAILED TO: |
|---|
| **LOCKTON COMPANIES**<br>Attn:    **Jason Murray**<br>       **444 West 47th Street, Suite 900**<br>       **Kansas City, Missouri 64112-1906**<br>Phone:   **(816) 960-9105**<br>E-mail:    **jmmurray@lockton.com** |





# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND, OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Broker's Name (Name, Address) | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No. Ext): | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A: Insurance Company | | |
| INSURED Contractor (Name, Address) | INSURER B: | | |
| | INSURER C: | | |
| Sample Certificate for Enrolled Parties | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM, OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS, AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE X OCCUR | X | X | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 1,000,000 |
| | POLICY X PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | X | X | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X **UMBRELLA LIAB** X OCCUR **EXCESS LIAB** CLAIMS-MADE DED RETENTION $ | X | X | | | | EACH OCCURRENCE | $ 3,000,000 |
| | | | | | | | AGGREGATE | $ 3,000,000 |
| | | | | | | | | $ |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? **(Mandatory in NH)** If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | | | | X WC STATU-TORY LIMITS / OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | | | X | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)**

For work performed by ____(name of sub) at the All Aboard Florida Miami Terminal project site, Job #214162. Suffolk Construction Company and All Aboard Florida - Operations, LLC, its Lenders and affiliates, and Florida East Coast Railway, LLC are additional insureds on a primary and non-contributory basis on the General Liability (ISO endorsement CG 2010 11/85 version or equivalent attached with a copy of this certificate), Automobile, and Excess Liability policies. Waiver of subrogation in favor of Suffolk Construction Company and Owner applies to all policies. GL & WC apply to off-site activities only.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Suffolk Construction Company, Inc. One Harvard Circle, Ste 100 West Palm Beach, FL 33409 Attn: Racquel Abelha Email: rabelha@suffolk.com | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

The ACORD name and logo are registered marks of ACORD   © 1988-2010 ACORD CORPORATION. All rights reserved.



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | Broker's Name (Name, Address) | CONTACT NAME: | |
|---|---|---|---|
| | | PHONE (A/C, No. Ext): | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | |
| | | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | | INSURER A: Insurance Company | |
| INSURED | Contractor (Name, Address) Sample Certificate for Excluded Parties | INSURER B: | |
| | | INSURER C: | |
| | | INSURER D: | |
| | | INSURER E: | |
| | | INSURER F: | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR | X | X | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [X] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY [X] ANY AUTO [X] ALL OWNED AUTOS [X] HIRED AUTOS [ ] SCHEDULED AUTOS [X] NON-OWNED AUTOS | X | X | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | [X] UMBRELLA LIAB [X] OCCUR [X] EXCESS LIAB [ ] CLAIMS-MADE [ ] DED [ ] RETENTION $ | X | X | | | | EACH OCCURRENCE | $ 3,000,000 |
| | | | | | | | AGGREGATE | $ 3,000,000 |
| | | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | | | | [X] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

For work performed by ____(name of sub) at the All Aboard Florida Miami Terminal project site, Job #214162. Suffolk Construction Company and All Aboard Florida - Operations, LLC, its Lenders and affiliates, and Florida East Coast Railway, LLC are additional insureds on a primary and non-contributory basis on the General Liability (ISO endorsement CG 2010 11/85 version or equivalent attached with a copy of this certificate), Automobile, and Excess Liability policies. Wavier of subrogation in favor of Suffolk Construction Company and Owner applies to all policies.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Suffolk Construction Company, Inc. One Harvard Circle, Ste 100 West Palm Beach, FL 33409 Attn: Racquel Abelha Email: rabelha@suffolk.com | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD   © 1988-2010 ACORD CORPORATION. All rights reserved.

Suffolk Construction Company, Inc. CCIP

## PAYROLL REPORTING FORM                    FORM 4

### Suffolk Construction Company, Inc.
### All Aboard Florida-Miami Terminal
### Payroll Reporting Form

**I.  General Information**

Your Company Name: _____

Project/Phase Name: _____

You Were Hired By: _____

Period That You Are Reporting Payroll For: _____ to _____

Contract Number_____ ☐ **NO PAYROLL TO REPORT FOR THIS PERIOD**

**II.  Payroll Information**

| WC Description | WC Code | Straight Time | | Overtime* | | Total | | Number of Employees |
|---|---|---|---|---|---|---|---|---|
| | | Hours | Payroll | Hours | Payroll* | Hours | Payroll | |
| | | | $ | | $ | | $ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

*NOTE:   Overtime should be included at the normal hourly rate.
DO NOT INCLUDE EXTRA WAGES PAID FOR O.T.

| **List any Subcontractors working on the above contract:** |
|---|
| |
| |
| |

| **WARRANTY REGARDING PAYROLL REPORT** |
|---|
| The payroll and hours reported above shall equal those reported on other documents (i.e., Certified Payroll Reports, invoices for payment or insurance company audit records). Discrepancies are subject to audit and adjustment. |

Payroll verified by: _____   Date: _____
*Controller or Company Officer*

Is this your FINAL payroll report?   ☐ Yes*   ☐ No

If yes, please complete Notice of Completion Form G-1

| THIS FORM MUST BE FAXED OR MAILED TO: |
|---|
| **LOCKTON COMPANIES** |
| Attn:    **Jason Murray** |
|        **444 West 47th Street, Suite 900** |
|        **Kansas City, Missouri 64112-1906** |
| **Phone:   (816) 960-9105** |
| **E-mail:   jmmurray@lockton.com** |



Suffolk Construction Company, Inc. CCIP

## NOTICE OF COMPLETION                                        FORM 5

### Suffolk Construction Company, Inc.
### All Aboard Florida-Miami Terminal
### Notice of Completion

**I.  Completed Work**

Company Name: _____

Contract Number: _____

Contract Name: _____

Your Company Was Hired By: _____

**II.  Subcontractors**

List all your subcontractors:

_____  _____  _____  _____

**III.  Contract Information**

Final Contract Value:  $_____    This is our ONLY contract at this job site:    Yes ☐    No ☐

Total On-Site Payroll: $_____

Completion Date:        _____

**Company that hired you for this contract:** _____

| | |
|---|---|
| **Final Audit** | Lockton Companies or the CCIP insurance carriers will contact your audit personnel to arrange for a final payroll audit. |
| **Record Retention** | All payroll records related to the CCIP must be retained for a period not less than four years from project completion. |
| | The undersigned acknowledges termination of coverage under the Contractor Controlled Insurance Program as of _____. We must provide Suffolk Construction Company, Inc., with a Certificate of Insurance evidencing our own on-site coverage. |

**Signature:** _____    **Date:** _____
              *Controller or Company Officer*

| THIS FORM MUST BE FAXED OR MAILED TO: |
|---|
| **LOCKTON COMPANIES** |
| **Attn:**    **Jason Murray** |
| **444 West 47th Street, Suite 900** |
| **Kansas City, Missouri 64112-1906** |
| **Phone:    (816) 960-9105** |
| **E-mail:    jmmurray@lockton.com** |



## ACCIDENT REPORTING
## AND TREATMENT (ART) FORM

Please send bills to:
Suffolk Construction
Risk Management
65 Allerton Street
Boston, MA 02119

**Project Name: All Aboard Florida-Miami Terminal**

**1. ACCIDENT DATA**  (To Be Completed By Foreman/Field Safety Officer)  Contract # _____

Name of Employee: _____ SS#: _____ Date: _____

Home Address: _____ Home Phone#:_____

Occupation: _____ Wage: _____ M/F: _____

Employer: _____ Jobsite: _____ Birthdate: _____

Enrolled Contractor's Worker's Compensation Policy #: _____ Date of Enrollment: _____

Date of Injury: _____ Time: _____ Witness: _____

Exact Location: _____

Describe what happened: _____

Completed by: _____ Foreperson_____

**PART A**

──────────── (To Be Completed By Employee) ────────────

**2. PAYMENT AUTHORIZATION**

I hereby authorize Suffolk or any of its representatives, to be furnished any information and facts regarding this injury, including reports and records, results of diagnosis, treatment and prognosis, estimates of disability, and recommendations for further treatment.  This information is to be used for the purpose of evaluating and handling my claim for injury as a result of an incident as described above and for no other purpose, now or in the future.  I also agree that a photographic carbonless copy of this release shall be as valid as the original.  I also attest that the facts as presented are corrected to the best of my knowledge.

Signed (Employee) _____ Date: _____

**PART B**

──────────── (To Be Completed By First Aider) ────────────

**3. FIRST AID**  Date: _____ Time: _____

☐ Employee did not request treatment

Type of Injury: _____ Body Part Injured: _____

Treatment: _____ Follow up (if any): _____

Action taken:  ☐ Return to work  ☐ Recurrence/Aggravation of Existing Condition  ☐ Diagnosis Deferred

**PART C**

──────────── (To Be Completed by Medical Provider) ────────────

**4. MEDICAL PROVIDER**

Name of Provider: _____ Phone: _____ Time: _____

Address: _____

Body Part Injured: _____

Treatment: _____

**PART D**

| RECOMMENDATIONS FOR WORK: | LIFTING LIMITED TO: | CARRYING LIMITED TO: | PUSHING/PULLING LIMITED TO: | POSITION LIMITATION |
|---|---|---|---|---|
| ☐ Regular Work | ☐ 0 – 25 lbs | ☐ 0 – 25 lbs | ☐ 0 – 25 lbs | ☐ No Repetitive Wrist Motion |
| ☐ Modified-duty | ☐ 26 – 50 lbs | ☐ 26 – 50 lbs | ☐ 26 – 50 lbs | ☐ No Reaching Above Shoulders |
| ☐ Not to Drive Vehicles | ☐ 51 – 75 lbs | ☐ 51 – 75 lbs | ☐ 51 – 75 lbs | ☐ No Reaching Below Waist |
| ☐ No Work | ☐ No Lifting | ☐ No Carrying | ☐ No pushing/pulling | ☐ Standing / Sitting Limited To: _____ hours/day |
| | | | | ☐ Bending Limited To: _____ hours/day |

Comments: _____
_____

Patient Disclosure

☐ Return to Foreman; no restrictions

☐ Return to Foreman with restrictions (Employee may resume full duty _____ date.)

☐ Return to Foreman; send home (Employee can return to work on _____date.)

☐ Return to Foreman; follow up appointment on _____ (date) with _____

☐ Referred to _____ Appt. date _____

Medical Provider Signature: _____ Date: _____

──────────── (To Be Completed By Foreman/Field Safety Officer) ────────────

**5. RETURN TO WORK**  Date: _____ Time:_____

The above mentioned restrictions (if applicable have been reviewed and the employee:

☐ Has been placed in an appropriate modified-duty position     ☐ Returned to full duty, no restrictions

☐ Cannot be accommodated at this time     ☐ Employee refused modified-duty

☐ Was sent home per medical instructions     ☐ Employee refused outside treatment

**PART E**

Completed By: _____ Date: _____ Employee: _____ Date: _____



# Accident Analysis

**EMPLOYEE:** _____   **DOI:** _____

**6.  General**

What was the employee doing? _____

Ws the employee performing his/her job?   ☐ yes     ☐ no

If no, explain: _____

Exact location where it happened? _____

Machinery or equipment or vehicle being used? _____

---

**7.  Factors contributing to incident**   *(Internal information to be used for the prevention of future accidents)*

What condition of tools, equipment, or job caused or contributed to the accident?  Be specific.

_____   _____
_____   _____
_____   _____
_____

What did the employee do or fail to do that caused or contributed to the accident?  Be specific.

_____   _____
_____   _____
_____   _____
_____

What caused or contributed to the above Unsafe condition?  Check all that apply.

☐ Caused by employee          ☐ Exposure to corrosion
☐ Defective via normal use    ☐ Exposure to heat/cold
☐ Defective via abuse / misuse ☐ Poor preventive maint.
☐ Safety inspection failure   ☐ Ventilation defect
☐ Housekeeping failure        ☐ Caused by other employee
☐ Illumination defect         ☐ Cause other than above
☐ Faulty design               ☐ _____
☐ Faulty construction         ☐ Unable to determine

What caused or influenced the above unsafe action(s)?  Check all that apply.

☐ Unaware of hazard           ☐ Fatigue influenced action
☐ Did not know safe procedure ☐ "Under the influence"
☐ Low level job skill         ☐ Defective vision
☐ Ignored known hazard        ☐ Defective hearing
☐ Tried to save time          ☐ Other physical condition
☐ Tried to avoid effort       ☐ Cause other than above
☐ Tried to avoid discomfort   ☐ _____
☐ Unable to determine         ☐ Unable to determine

**8.  Corrective Action**

What action has been taken ( ✔ ) or will be taken ( **X** ) to prevent recurrence?  (Mark all that apply)

☐ Reinstruction of person(s) involved      ☐ Job safety analysis ordered        ☐ Use of safer materials/supplies
☐ Verbal reprimand to person(s) involved   ☐ Safety guard/device installed       ☐ Improved illumination
☐ Written reprimand to person(s) involved  ☐ Protective equipment required       ☐ Improved ventilation
☐ Preventive instruction of others         ☐ Tool/equipment repair/replace       ☐ Standardize job procedure
☐ Job reassignment of employee             ☐ Improve storage                     ☐ Reduction of noise/vibration
☐ Improved inspection procedure            ☐ Eliminate congestion                ☐ Better temperature control
☐ Improved cleanup procedure               ☐ Better design/construction          ☐ Correction other than above

Describe details of corrective action taken or planned.

_____
_____

Person responsible for corrective action _____

When will corrective action be completed?  (Date) _____

---

**9.  Employee / Foreman Review**

Met with employee and discussed findings:   Yes ☐   No ☐

Employee's Signature _____   Date: _____
Foreman's Signature _____    Date: _____
Field Safety Officer Signature _____   Date: _____
Superintendent Approval _____   Date: _____

**Upon completion, please forward to the Injury Coordinator**



DocuSign Envelope ID: 25408CB57EE52-4910-8925-68F09F23FF92

 **SUFFOLK** **ACCIDENT REPORTING**
AND TREATMENT (ART) FORM

Please send bills to:
Suffolk Construction
Risk Management
65 Allerton Street
Boston, MA 02119

**Important Instructions To Be Used For All Accidents Requiring Outside Medical Treatment**

## EMERGENCIES  (Serious Bodily Injury)

1. Call responding Emergency Medical Service (911)
2. Secure and Check scene for safety
3. Administer first aid
4. Site Safety Coordinator to proceed with Incident Investigation
5. In the event of a serious incident or injury, implement Crisis Management Program

### NON-EMERGENCIES

1.  Site safety coordinator to complete Suffolk Construction Accident Reporting and Treatment (ART) Form

    a.  Complete Part A "Accident Data" section

    b.  Employee reads and sings Part B "Payment Authorization" section

    c.  Call assigned Occupational Health Facility

    d.  Injured or person accompanying injured must bring payment information card to present to medical provider.

    e.  Assure that injured party, or transporter of injured party, has Doctor complete Part D "Medical Provider" section of ART Form

    f.  Following treatment, escort the employee back to the work site.  Foreperson of injured to review return to work restriction if any are prescribed.

    g.  Review any restrictions and complete Part E "Return To Work" section

 In the event that the injured party refuses treatment at the designated Occupational Health Facility, ensure that the injured parties treating Physician completes Part D "Medical Provider" section of the ART Form.  If paperwork returned without return to work restrictions, and "At Home Disability" recommended, ART Form must be forwarded to Chartis for IME.

### INVESTIGATION

1.  Site Safety Coordinator to proceed with Incident Investigation utilizing (**Superintendents Incident Report Form App. G)**

2.  Log in Suffolk Incident Log

3.  File with ART Form

### REPORTING PROCEDURES

Send ART form and Superintendent's Incident Report immediately to Claims Reporter via fax or email.  If you have any questions please call Sara VanDeCarr at (617) 517-5223.

E-mail:  creporter@suffolkconstruction.com

Fax:      617-989-3382

**All faxes to Claims Reporter should include: ART Form and Superintendent Incident Report**

 LOCKTON

**Our Mission**

To be the worldwide value and service leader in
insurance brokerage, employee benefits, and risk management

**Our Goal**

To be the best place to do business and to work



**www.lockton.com**

© 2015 Lockton, Inc. All rights reserved.
(Rev. 03/21/2012)    Images © 2015 Thinkstock. All rights reserved.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
INCIDENT/ACCIDENT REPORTING PROCEDURES & FORMS

Page 1 of 6

Each Subcontractor is required to timely report all incidents which are known to have happened on the job site, involving their Employees, other Workers, other People and/or Property Damage.

The response should be as noted on the following (5) pages.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
INJURY TO YOUR EMPLOYEE

Page 2 of 6

1.  Recommend or aid the injured employee to obtain the best medical care available locally.

2.  If injury is serious, call:

    a.  JOHN J. MURPHY
        Director of Safety
        SUFFOLK CONSTRUCTION COMPANY, INC.
        One Harvard Circle, Suite 100
        West Palm Beach, FL 33409
        Phone: (561) 832-1616

    b.  BRYANT BELL
        SUFFOLK CONSTRUCTION COMPANY, INC.
        One Harvard Circle, Suite 100
        West Palm Beach, FL 33409

3.  Complete a Worker's Compensation Loss Report Form within 12 hours and send to the following:

    a.  JOHN J. MURPHY
        Director of Safety
        SUFFOLK CONSTRUCTION COMPANY, INC.
        One Harvard Circle, Suite 100
        West Palm Beach, FL 33409
        Phone: (561) 832-1616

    b.  BRYANT BELL
        SUFFOLK CONSTRUCTION COMPANY, INC.
        One Harvard Circle, Suite 100
        West Palm Beach, FL 33409

    c.  Retain a copy for your files.

4.  If the Employer's First Report of Injury did not show that the injured had returned to work, and Employer's Supplemental Report of Injury form should be completed and filed immediately after return to work of the employee, or at the end of sixty (60) days. Keep a copy for your files.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
INJURY PERSONS OTHER THAN EMPLOYEES

Page 3 of 6

1.    Recommend or aid the injured employee on obtaining the best medical care available locally.

2.    If injury is serious, call:

      a.    JOHN J. MURPHY
            Director of Safety
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409
            Phone: (561) 832-1616

      b.    BRYANT BELL
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409

3.    Prepare a report <u>immediately</u> on all facts surrounding the injury from the person most knowledgeable about the accident, and include hearsay information:

      a.    Who was injured
      b.    Describe injury as best you can
      c.    Date, time and location of injury
      d.    What caused the injury
      e.    Why do you believe the accident happened
      f.    How could a future similar accident be avoided
      g.    Did the injured person obtain medical help.
      h.    Where did the injured person obtain medical help
            (Obtain Doctor's name, Medical Facility, etc.)
      I.    When and to whom did you report the injury

Forward this report to the following:
      a.    JOHN J. MURPHY
            Director of Safety
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409
            Phone: (561) 832-1616

      b.    BRYANT BELL
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409

      c.    Retain a copy for your files.

4.    If the Employer's First Report of Injury did not show that the injured had returned to work, and Employer's Supplemental Report of Injury form should be completed and filed immediately after return to work of the employee, or at the end of sixty (60) days. Keep a copy for your files.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
DAMAGE TO PROPERTY OF OTHERS

Page 4 of 6

1.      Call, regardless of seriousness:

      a.      JOHN J. MURPHY
            Director of Safety
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409
            Phone: (561) 832-1616

      b.      BRYANT BELL
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409

2.      Prepare a report <u>immediately</u> on all facts surrounding the incident.

      a.      What was damaged
      b.      How damage occurred
      c.      Date, time and location of damage
      d.      Who was called
      e.      Recommendations, if any

3.      Mail report within 12 hours to:

      a.      JOHN J. MURPHY
            Director of Safety
            SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409
            Phone: (561) 832-1616

      b.      BRYANT BELL
             SUFFOLK CONSTRUCTION COMPANY, INC.
            One Harvard Circle, Suite 100
            West Palm Beach, FL 33409

4.      Keep us posted on future developments.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
INJURY REPORT

Page 5 of 6

DATE: _____

Name of Injured Worker: _____

Home Address (if available):

_____

_____

Employed by: _____

Date of Accident: _____    Time of Accident: _____

Location of Accident (e.g. building, floor, location, etc.) _____

_____

What was Injured (i.e. Leg, Ankle, etc.)_____

_____

How Bad is Injury:_____

_____

What Happened: _____

_____

_____

Who is Responsible: _____

_____

Name and Address of Witness (use back, if necessary): _____

_____

_____

Reported to: _____

_____

Was an Ambulance Called?              YES              NO

Ambulance Name and Telephone Number: _____

_____

What Action was Taken? _____

_____

Signed by: _____

Please print your name: _____

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

EXHIBIT E
DAMAGE REPORT
(BUILDING, PROPERTY, AUTOMOBILES, PROPERTY OF OTHERS)

Page 6 of 6

DATE: _____

Date and Time of Loss: _____

Location of Loss: _____

Person Reporting: _____

Telephone Number: _____

Reported to: _____

What Happened: _____

_____

_____

_____

What was Damaged? _____

_____

_____

_____

If Vehicle, Year, Make, Model, Plate Number: _____

Who was responsible for Damage: _____

_____

_____

Name and address of Witness (use back, if necessary): _____

_____

_____

Did Police Investigate?               YES               NO

If so, Name and Badge Number: _____

_____

What Action was Taken? _____

_____

Signed by: _____

Please print your name: _____

**PROJECT NAME: ALL ABOARD FLORIDA - MIAMI TERMINAL**         **PROJECT NUMBER: #214162**

**EXHIBIT F**

## SUFFOLK CONSTRUCTION COMPANY, INC.

### SUBCONTRACTOR'S FIELD FORCE REPORT

PROJECT:   **ALL ABOARD FLORIDA - MIAMI TERMINAL – PROJECT #214162**

SUBCONTRACTOR:

DATE:

WORKFORCE:

| SUPERINTENDENT | FOREMAN | TRADESMEN | LABORER | MINORITY | FEMALE | TOTAL |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

ABSENT DUE TO JOBSITE INJURY (NAMES):

WORK BEING PERFORMED:

REPORT PREPARED BY:

NOTE:  FILL IN ALL SECTIONS.   IF THERE ARE NO PERSONNEL IN A CATAGORY, ENTER "0".

LIST ALL PERSONNEL WORKING UNDER YOUR CONTRACT INCLUDING EMPLOYEES

OF SUB-SUBCONTRACTORS TO YOUR COMPANY.

REPORTS MUST BE SUBMITTED TO THE PROJECT SUPERINTENDENT'S OFFICE BY

1:00 P.M. EACH WORK DAY.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

**1.0  DESCRIPTION OF SCOPE OF WORK:**

A.  Subcontractors submitting proposals for the following scopes of Work shall actively participate in the three-dimensional (3D) modeling process as outlined in this document for the purposes of coordinating the construction, operations, and maintenance of the Project.

B.  The Subcontractor shall develop and share a working 3D model that includes the modeling scope identified herein, as it relates to their respective scope of Work.  The shared 3D models will be used for spatial coordination, constructability analysis, construction planning, and quality review of installed locations and components. The Model may consist of multiple or partial models that represent individual sequences or areas of coordination as deemed necessary by Suffolk Construction.  The Model elements shall be 3D objects and shall be dimensionally accurate.

C.  In the event that the Subcontractor fails to comply with the requirements stated within this addendum, any portion of the subsequent BIM processes, and/or the Project Specific BIM Execution Plan; at any time throughout the duration of the project, the Subcontractor will be held strictly to the non-performance clauses contained in 8.6.2 of the subcontract agreement.

D.  The Subcontractor shall provide competent 3D modeling technician or draftspersons who are experienced in the type of work that the Subcontractor is providing.  Suffolk Construction will not be responsible for, or provide any training necessary for the 3D modeling technicians or draftspersons to be effective in their work on the Project

   i.  In the event that the Subcontractor cannot provide a competent 3D modeling technician or draftsperson from within their company, the following protocol must be followed:

      1.  Subcontractor will procure a pre-qualified (by Suffolk) third party consulting firm that will be able to fulfill the roles and responsibilities of the modeling technician/draftsperson for the Subcontractor.  Suffolk Construction will provide a listing of pre-qualified consultants upon request.

      2.  All meetings outlined in this exhibit will be required to maintain attendances by both a qualified representative of the Subcontractor and the assigned modeling technician or draftsperson of the consulting firm.

      3.  All assigned and original representatives of both the Subcontractor and the Consulting Firm will remain on the project throughout its duration unless that individual is deemed unacceptable by either party.

      4.  Any additional costs, requested by the Consulting Firm of the Subcontractor, are the sole responsibility of the Subcontractor and not Suffolk Construction.  It is vital to understand all potential costs prior to the hiring of a consultant based on potential schedule deviations and milestones.

DocuSign Envelope ID: 2540B0570EE52491098925-68F09F23FF92



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

E.   This Subcontractor shall provide models in *.DWG, *.RVT, *.IFC and *.NWC, file format with components of the subcontractor's scope represented as 3D Solids. The use of formats other than mentioned shall be coordinated with Suffolk Construction Company's BIM Coordinator

F.   All required model object enablers, that allow for model geometry to be viewed within Autodesk Navisworks and AutoCAD, must be provided to Suffolk Construction and all other subcontractors by means of the project file transfer site.

G.   The Subcontractor is responsible for providing the required model updates, data, sign-off documentation, shop drawings, submittals, and/or permit documentation by the dates provided within the Suffolk Construction schedule and Project BIM Coordination Schedule.

H.   Subcontractor shall maintain a model review software (i.e. Autodesk BIM 360 Glue, Navisworks Manage, Solibri Model Checker, etc.) for internal and external coordination processes with other trades.  It is required that the software be able to read the file formats listed in Section 1.0, Item D. Version of this software shall be established in the BIMX plan.

I.   Subcontractor understands that no installation shall be performed without official sign-off from both Suffolk Construction's BIM coordinator and Project Superintendent.  Failure to comply may result in unnecessary removal and re-work of installed components, for all subcontractors involved, at the cost of the subcontractor responsible for the un-approved installation.

J.   Subcontractor will be required to utilize a web-accessed file transfer site (provided by Suffolk Construction) for purposes of downloading and uploading electronic files (including 3D models) and related information to support the modeling and coordination work contained herein.

K.   Model hierarchy, file naming requirements, as well as drawing layer naming conventions, shall strictly follow the standards set forth by Suffolk Construction at the BIM Kick-Off Meeting and/or in the Project Specific BIM Execution Plan

L.   Subcontractor shall strictly follow the process requirements stated or referenced within this Exhibit and/or in the Project Specific BIM Execution Plan.

M.   The building elements represented in the model shall maintain specific data as referenced in the Project Specific BIM Execution Plan.  This data will coincide with owner specific requirements pertaining to as-built documentation and facility management information.  Any



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

additional data that may be required during the course of the project due to owner requirements will be officially requested by Suffolk Construction at that time.

N. Subcontractor shall provide an accurate model that reflects all changes to the Contract Documents or additions per code compliance upon project completion.

O. If Subcontractor fails to provide an accurate model per the project requirements, Suffolk construction may prepare a suitable model through its own resources, and Subcontractor shall be responsible for all reasonably incurred expenses.

P. If models from the design team are used for coordination purposes, Subcontractor shall be responsible for the accuracy of the models in their scope of work as it relates to the systems as they will install. The Subcontractor shall sign off on the model as correct, or provide a detailed, itemized list of discrepancies or corrections needed.

Q. In the event that Suffolk Construction provides a model on the Subcontractor's behalf, Subcontractor shall be responsible for the accuracy of the models in their scope of work as it relates to the systems as they will install. The Subcontractor shall sign off on the model as correct, or provide a detailed, itemized list of discrepancies or corrections needed.

R. Subcontractors shall provide both .dwg and .pdf documents of the final layouts for signoff package and comply with specific sign off requirements (if any) listed in BIM execution plan.

S. Hardware requirements:
    i. The subcontractor's coordinators have their relevant applications installed on a portable laptop computer and can participate in on-site coordination meetings and make changes and adjustments to their models
    ii. All Subcontractors who will be participating in the BIM model authoring shall have all the necessary hardware to facilitate a smooth transition of data to avoid any time delay.
    iii. In case Subcontractors use a third party for model assistance, the third party shall be present and have equipment to support onsite colocation as needed by Suffolk Construction Company, Inc.

T. Software requirements:
    i. The subcontractors must have their relevant drafting and modeling applications available and the ability to readily export files in the file formats specified in this document.
    ii. This subcontractor shall have all the trade specific software required to generate models of Level of Development (LOD) 400 as defined within the AIA E202

DocuSign Envelope ID: 2540B3B7-EE52-4949-8925-68F09F23FF32



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

document pertaining to Model Content Requirements and Construction Uses, respective to each trade, installed on their computers.

**2.0  COORDINATION PROCESS COLLABORATION REQUIREMENTS:**

The following are requirements of the Subcontractor throughout the duration of the Project:

A.  Subcontractor agrees to participate in all weekly BIM coordination meetings, coordination-based design meetings, and scope specific meetings; either web-based or on-site, and follow up meetings per requirement of issues generated or as directed by Suffolk Construction.

B.  Subcontractors agree to verify their models on a continuing basis for coordination issues with other trades and take initiative to coordinate with the other trades to resolve these issues in order to remain proactive per the schedule requirements.  This item is inclusive of the non-performance clause as stated in Section 1.0, Item C.

C.  Subcontractors agree to read and verify all coordination related documentation, provided by Suffolk Construction, prior to all scheduled coordination meetings in order to be ready to discuss possible solutions and issues.

D.  The subcontractor agrees to re-draw or re-model components and systems of the model as a process of resolution for coordination issues.  In the event that the Subcontractor is not responsible per their Scope, the Subcontractor will provide the model update as a requirement of the 3D Coordination process.

F.  Subcontractor agrees to update their trade model based on the changes in the coordination meeting with other trades and as directed by Suffolk Construction BIM Coordinator.

G.  Subcontractor commits to revise and submit the shop drawings based on the coordination meetings by the date and time scheduled by Suffolk Construction for the follow-up posting.

I.  All Subcontractor representatives involved in the coordination effort are required to maintain phone and e-mail accessibility during normal business hours for Eastern Standard Time.

J.  The representative of subcontractor who attends the trade coordination meetings shall be proficient with the software as well as communication with all other trade contractors. Suffolk Construction reserves the right to request a replacement of modeling representatives at any time based on above requirements.

DocuSign Envelope ID: 2E40B3B7-EE52-4949-892B-68F09F23FF32



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

     i.     If a pre-approved third party consultant has been retained by the Subcontractor per Section 1.0; Item C, the assigned third party representative will be assume these requirements as a party of the Subcontractor.

K.    Subcontractor shall submit specific product data for all major and repetitive system equipment no less than two weeks prior to the start of the coordination effort in order to ensure proper coordination or as specifically directed by Suffolk Construction.

L.    This subcontractor agrees to coordinate with Suffolk Construction's BIM Coordinator or designee to assign dollar values to critical collisions identified and avoided in the 3D coordination process to calculate ROI data that could be used by all parties.

M.    The BIM and trade coordination process are facilitated by Suffolk Construction to improve efficiency of the coordination process and to realize production efficiencies in order to deliver a superior product. All effort within the use of BIM and subsequent processes does not overstate the delivering of a complete and functional system as stated in the contract documents.

**3.0  RIGHT OF RELIANCE AND CONTRACT DOCUMENTS**

A.    The Contract Documents remain the Contract Documents prepared and stamped by the designer(s) of record and provided to the subcontractors.

B.    Subcontractor acknowledges that the design team may require multiple company specific conditions release or electronic information waivers to be signed and adhered to for this Project. Subcontractor will comply with such design team requirements prior to receiving any electronic information.

C.    Subcontractor does not have the right to rely on the 3D model, provided by the designer, as a "Contract Document" for the purpose of construction.  All models authored during the course of this project are only to be released for installation upon approval by the Suffolk Construction BIM Coordinator and Project Superintendent.

D.    The architectural and structural background models provided by the design team or third party modelers to the subcontractors are for information only and will not become a part of the Contract Documents.

E.    Suffolk Construction Company requires coordination of the systems listed in this document in 3D even though the model provided is not and will not become part of the Contract Documents. It is the subcontractor's responsibility to review the model and confirm that it

DocuSign Envelope ID: 2540B0B7DEE5C49A9X8925-68F09F23FEF32



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

adheres to the Contract Documents and must report any discrepancies and inconsistencies to Suffolk Construction. **The requirement to provide all scope specific shop drawings, submittals, and/or permit drawings remains un-affected by the requirements and provisions described in this document.**

**4.0 SUBCONTRACTOR PROVISIONS**

 A. Suffolk Construction will make available the following items to Subcontractor if they become available for the purposes of this Project:
  i. Architectural and structural background models
  ii. Background models of the other trades that provide models
  iii. On-site internet access at the facility used for coordination
  iv. Online file sharing system for all participating subcontractors
  v. Online meeting setup

**5.0 AUTHORING AND PROCESS REQUIREMENTS**

 A. The architectural and structural background models provided by the design team are for information only.

 B. This subcontractor agrees to provide 3D models of Level of Development (LOD) four hundred (400) that could generate 2D or 3D shop drawings and be utilized by the Subcontractor for fabrication purposes (per document AIA E202, pertaining to Model Content Requirements and Construction Uses). Scope specific detail items contained in this document may be substituted accordingly and with the approval of Suffolk Construction.

 C. Subcontractor shall inform the Suffolk Construction BIM Coordinator of any work they consider out of their scope before beginning the modeling effort on the components in question. Additional compensation shall not be provided for additional work not approved by Suffolk Construction prior to commencing.

 D. Subcontractor agrees not to install components that deviate from the signed-off coordination areas in the model.

 E. In the event of an Owner-directed change, the Subcontractor shall inform Suffolk Construction of any cost impact associated to the proposed changes as it relates to 3D coordination requirements as part of their estimated change order cost within the time frame specified by Suffolk Construction.

 F. Subcontractor agrees to provide a discrepancy log with all observed discrepancies in the drawings throughout the modeling process while not affecting model authoring and file upload requirements.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

G. Subcontractor agrees to deliver completed models in an approved file format (See Section 1.0, Item D), divided by level, coordination area and/or building.

H. Subcontractor agrees to provide sign-off documents for their scopes per the requirements within the Project Specific BIM Execution Plan.

I. Subcontractor shall maintain object specific ID fields to be contained within the object properties. This field must be accessible by other software related to field installation such as Autodesk BIM360 Field Manager. A test object may be submitted to Suffolk Construction to verify compliance.

J. Subcontractor agrees to provide a detailed electronic listing (*.XLS) of all Operations and Maintenance, Equipment Data, and Close-Out documentation to Suffolk Construction prior to commencing work on the production of final documentation to ensure completeness.

K. Subcontractor agrees to provide an electronic copy (*.PDF or *.TIFF) of all equipment data, Operations and Maintenance manuals, and close-out documentation according to the schedule implemented by Suffolk Construction.

L. The subcontractor grants a non-exclusive copyright license for the Federated Models created in the modeling process to Suffolk Construction Company, including the right to sell the model or parts of it to owner or other entities, such as for the use in Facility Management systems and software. If the model is published by Suffolk Construction Company or the user of the model designated by Suffolk Construction Company is not required to mention the creator of the model but will make an effort to note the author accordingly.

M. Subcontractor is responsible for ensuring the technical accuracy and completeness of their drawings and model. The intent of model is to show all components, equipment and services in a true representation of their final location in the completed facility. Whereas specific dimensional location of material, equipment and services may not be included in construction documents, the location of the material, equipment and services in the Subcontractor's model(s) shall be dimensionally accurate.

N. Subcontractor models will be required to utilize the same single point of origin as that determined by Suffolk Construction and will generally be required to encompass the same extents.

O. Subcontractor shall provide final coordination models to Suffolk Construction within the designated scheduled duration, even after the area sign-off has taken place. This revised model will incorporate all remaining clash resolutions that may have been documented on the sign-off drawings in the interest of the project schedule.

P. All revised 3D model or 2D document submittals will have a written narrative to define changes from previous submittals. Typical drafting techniques such as 'clouds', 'bubbles', etc. are acceptable means of change tracking for 2D submittals. Layer control should be used to define changes in 3D model. All revisions should be shown in both 3D and 2D formats.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

**6.0  MODEL MANAGEMENT AND TRADE SCOPES**

    A.  Subcontractor will maintain/update their respective models throughout construction by incorporating, at a minimum, to the extent that they affect the information contained in the model:

- RFI's.
- ASI's or other change documents that affect the contract documents.
- Submittal comments and revisions on approved shop drawings.
- Approved Substitution Requests.
- As-Built field modifications.
- Changes in the sequencing of the Work.
- Changes requested by Suffolk Construction, including those on behalf of other Subcontractors.

    B.  Subcontractor to provide Suffolk Construction with an updated model as required by the project schedule, process schedule, other subcontractor requests, when new information becomes available or more often when installation of the Work requires, for the duration of the project.  This item is inclusive of the non-performance clause as stated in Section 1.0, Item C.

    C.  The requirements for objects to be included in the Component Models provided by the trade contractors are minimum requirements. The subcontractor is encouraged to provide additional objects in models that facilitate the coordination between the trades. In case of contradictions between inclusions and exclusions in the scope description below the case that imposes the greater duty on the subcontractor shall be considered.

**6.1 TRADE SCOPE MODEL CONTENT REQUIREMENTS**

    A.  The subcontractor for **site utilities** agrees to include the following items in the Structural model:
        i.  Site topography, indicating existing and proposed grading, building pads, all bundled conduit and piping
        ii.  All underground utilities 2" or larger in diameter beyond 5'-0" of building
        iii.  Existing utilities in case CAD files are provided via GPR or from the engineer.
        iv.  All grease traps, fuel tanks, cisterns, vaults, manholes, tanks, and underground storage containers
        v.  All duct banks, all backwash preventers and control valves
        vi.  All other site structures needed that are not included in architectural package
    B.  The subcontractor for **structural steel** agrees to include the following items in the Structural model:
        i.  All primary and secondary structural steel members and their associated connections will be modeled using the steel subcontractor's fabrication/shop drawing model.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

This will include all actual gusset plates, and exterior wall supports (e.g., kickers) for coordination. Embeds will be modeled for coordination with other trades.

ii.   The current drawings/models are design intent and should be further enhanced by the subcontractor to a level of detail (LOD) 400 (as mentioned AGC BIM Forum LOD to be able to fabricate and generate shop drawings from the model.

iii.  Model elements shall be set up in a way to accommodate separate piece counts for quantity take off purposes. Steel members shall be referenced to the correct location of the members in the building.

C.  The subcontractor for **cast-in-place concrete** agrees to include the following items in the Structural model:

i.   All cast-in-place concrete shall be modeled including Footings, Foundations, Pile Caps, Grade Beams, Tie Beams, Crane Foundations, Columns (including haunches and cleats), Walls, Stairs, SOG and SOMD

ii.  All construction joints, pour breaks, expansion joints and pour sequencing shall be modeled.

iii. Slabs will be modeled as part of the overall thickness of the slab; ribs in metal decks need not be modeled. Bolts, clip angles, etc. need not be modeled.

iv.  Neither slab camber nor chamfers at corners need to be modeled.

v.   Edges of all slabs and slopes shall be accurately modeled.

vi.  All embeds, openings, and penetrations must be included in the concrete models. These include embeds required for structural steel, precast concrete, roof davits, MEPFP sleeves, etc.

D.  The subcontractor for **masonry trade** agrees to include the following items in the Structural model:
i.   All masonry walls (Including CMU, brick, and stone) will be modeled to reflect accurate design detailing and material differentiation.
ii.  All tie-beams, tie-columns, and lintels will be modeled.

E.  The subcontractor for **precast trade** agrees to include the following items in the Structural model:
i.   All precast wall systems, panels, joists, soffits, beams, and embeds will be modeled. These will include all haunches and cleats.
ii.  All precast panels and wall systems will be modeled to show material differentiation.

F.  The subcontractor for **interior walls** and partitions agrees to include the following items in the interior wall and partition model:
i.   All metal framing kickers, hangers and framing required to support interior walls, soffits, and partitions
ii.  All king studs and detail specific support framing associated with doors, interior glazing, and windows.



# ALL ABOARD FLORIDA – MIAMI TERMINAL
# JOB #214162

# EXHIBIT H
# BUILDING INFORMATION MODELING (BIM) RIDER

        iii.  Model all full height wall, framing systems, furring details, ledgers and angles
        iv.  Identify rated wall and non-rated walls
        v.  Model all penetrations through walls

G.  The subcontractor for **exterior metal panel systems** agrees to include the following items in the exterior glazing model:

    i.  All metal panel systems and penetrations will be modeled and will show material differentiation.

    ii.  All bracing, embeds, kickers, and other support systems for exterior metal panels will be modeled.

    iii.  Individual study models of certain conditions (virtual mock-ups) may be required as deemed necessary by the Owner, Architect, or Suffolk Construction to verify the quality of the system design prior to construction.

    iv.  Roof davits, window cleaning anchor points and rigging equipment shall be modeled.

    v.  The interior face of the exterior skin must be clearly identified in the Construction Model to provide for an accurate and successful 3D building coordination exercise.

    vi.  When creating the 3D model, all connections should be created to allow automatic relocation of the panels and connections to structure.

    vii.  Individual metal panels shall be modeled to represent sequence of installation

    viii. The complete enclosure model shall be submitted for review in conjunction with Building Structure models in order to fully coordinate the building's shell in accordance with the schedule provided by Suffolk Construction.

    ix.  The exterior metal panel subcontractor(s) shall fully participate in the building shell coordination process by reviewing the structural subcontractor(s) models for compatibility and constructability issues or clashes with the enclosure models.

H.  The subcontractor for the **miscellaneous metals** trade agrees to include the following items in the Miscellaneous Metals model:
    i.  All metal stairs and associated components, pipe racks, metal support systems and connections, custom railings and guardrails, elevator hoist beams, access ladders and walkways, steel grating, tube steel, roof davits, and bollards will be modeled.
    ii.  All assemblies will be modeled individually and will match the most recent approved shop drawings for that assembly.

I.  The subcontractor for **Skylight system** agrees to include the following items in the skylight model:
    i.  All bracing, embeds, kickers, metal framing and other support systems for exterior glazing/ panels.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

    ii.   Individual panels should be marked and tagged with a unique number

    iii.   Individual study models of certain conditions (virtual mock-ups) may be required as deemed necessary by the Owner, Architect, or Suffolk Construction to verify the quality of the system design prior to construction.

    iv.   Individual panels shall be modeled to detail installation sequence

    v.   Roof davits, window cleaning anchor points and rigging equipment shall be modeled.

    vi.   The interior face of the exterior skin must be clearly identified in the Construction Model to provide for an accurate and successful 3D building coordination exercise

J.   The subcontractor for **metal ceiling systems** agrees to include the following items in the ceiling model:

    i.   All ceilings,  framing systems, seismic bracing, kickers, hangers and supports

    ii.   All access panels need to be indicated and coordinated with other trades

    iii.   Ceiling thicknesses need to be modeled accurately

K.   The subcontractor for **ceiling grid** agrees to include the following items in the ceiling model:

    i.   All ceilings,  framing systems, seismic bracing, kickers, hangers and supports

    ii.   All ceiling thicknesses needed for clearance

L.   The subcontractor for **exterior glazing systems** agrees to include the following items in the exterior glazing model:

    i.   All storefront systems, curtain wall systems, windows, exterior doors and sidelights, and other exterior glazing systems will be modeled and will show material differentiation.

    ii.   All bracing, embeds, kickers, hollow-metal framing and other support systems for exterior glazing will be modeled.

    iii.   Individual study models of certain conditions (virtual mock-ups) may be required as deemed necessary by the Owner, Architect, or Suffolk Construction to verify the quality of the system design prior to construction.

    iv.   Roof davits, window cleaning anchor points and rigging equipment shall be modeled.

    v.   The interior face of the exterior skin must be clearly identified in the Construction Model to provide for an accurate and successful 3D building coordination exercise.

    vi.   When creating the 3D model, all interferences should be created to allow automatic relocation of the connections to structure without any additional cost to the Project.

    vii.   The complete enclosure model shall be submitted for review in conjunction with Building Structure models in order to fully coordinate the building's shell in accordance with the schedule provided by Suffolk Construction.



# ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

# EXHIBIT H
# BUILDING INFORMATION MODELING (BIM) RIDER

       viii. The exterior glazing subcontractor(s) shall fully participate in the building shell coordination process by reviewing the structural subcontractor(s) models for compatibility and constructability issues or clashes with the enclosure models.

M. The subcontractor for **mechanical trade** agrees to include the following items in the Mechanical model:

       iv. All ducts (including insulation and flanges), VAV boxes sheet metal enclosed plenum areas, sound attenuation and air handling equipment. All hangers shall be modeled to ensure conflicts are minimized.

       v. Equipment to its overall height, width and depth. Access/service clearances will be modeled for all equipment. All pads or curbs associated with the equipment will be modeled.

       vi. All louvers, grilles, end caps, and access panels will be modeled.

       vii. All fire dampers, smoke dampers and combination fire/smoke dampers. Includes all associated access doors and clearance zones required for access to relevant access doors.

       viii. All piping (HVAC, Medical Gas, Fuel Oil, etc.) including underground and any piping associated with mechanical equipment. Pipes shall be modeled with pipe insulation, and flanges. Pipe slope shall be modeled. Valves, vents, traps, fittings, connections and other components shall be modeled.

       ix. Access zones for valves and VAV's will be modeled to ensure access is available for proper operation and maintenance.

       x. Any electrical (conduit, boxes, equipment, devices, etc.) associated with mechanical equipment. Conduits 1" or greater shall be modeled individually. Smaller conduits ganged in runs of three or more shall be modeled, but may be represented by a single block that includes all mounting support and clearance space.

N. The subcontractor for **plumbing trade** agrees to include the following items in the Plumbing model:

       i. All plumbing piping and gas piping (including water, sanitary, storm, rain leaders, scuppers, access zones and equipment. Pipes shall be modeled to the outside diameter of the pipe or the pipe insulation, whichever is greater. Pipe slope shall be incorporated into the models. Valves, vents, traps, fittings, connections and other components shall be modeled. All hanging systems shall be modeled.

       ii. All plumbing components including water closets, urinals, lavatories, sinks, drinking fountains, water heaters, specialized water systems (including equipment pads)

       iii. Access zones for valves will be modeled to ensure access is available for proper operation and maintenance.

DocuSign Envelope ID: 2540B0B57CEE52-4949-8925-68F09F23FF92



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**

    iv.  All plumbing equipment, to its overall height, width and depth.  Access/service clearances will be modeled for all equipment.

    v.  All valves and cleanouts, along with access to valves/cleanouts.  Chain operated valves are to be modeled with the chain represented geometrically as an access zone.

    vi.  Any electrical (conduit, boxes, equipment, devices, etc.) associated with mechanical equipment.  Conduits 1" or greater shall be modeled individually.  Smaller conduits ganged in runs of three or more shall be modeled, but may be represented by a single block that includes all mounting support and clearance space.

O.  The subcontractor for **electrical trade** agrees to include the following items in the Electrical model:

    i.  Conduits 1" or greater shall be modeled individually.  Smaller conduits ganged in runs of three or more shall be modeled, but may be represented by a single block that includes all mounting support and clearance space.  These requirements apply to all electrical systems (including low voltage).

    ii.  Cable tray, floor duct, wall duct, rated wall sleeves, access zones and electrical equipment (including power distribution, branch circuitry and low voltage systems).  Access/service clearances, and housekeeping pads and curbs will be modeled for all equipment.

    iii.  Light fixture locations and space requirements.  Light fixtures shall be modeled to accurately reflect the specific fixtures intended for installation in the completed Work. The light fixtures should represent the geometric extents of the approved light fixtures and also include a clearance layer representing the space needed to install and service the lights.

    iv.  All power feeds to equipment (including electrical work associated with HVAC, Plumbing and Fire Protection that is identified as part of the electrical contractor's scope) and all switch gear.

    v.  All conduit/raceway provided for Owner furnished equipment.

    vi.  Switches and outlet locations will not typically be modeled.  Switches and outlet locations shall only be modeled in areas where coordination with architectural finish floor elevation or interior elevations are of concern as deemed by the Architect or Suffolk Construction.

P.  The subcontractor for **fire protection trade** agrees to include the following items in the fire protection model:

    i.  All piping (including slope), fittings, valves, pumps, sprinkler heads, and hanger systems

    ii.  Access zones for valves will be modeled to ensure access is available for proper operation and maintenance.

DocuSign Envelope ID: 2540B3B7-EE52-4940-892B-68F09F23FF92



# ALL ABOARD FLORIDA – MIAMI TERMINAL
# JOB #214162

# EXHIBIT H
# BUILDING INFORMATION MODELING (BIM) RIDER

iii.  All electrical components of the fire protection system, including panels, conduits (to the same extent as identified in Electrical above) and devices.

Q.  The subcontractor for the low voltage, building controls and photometric trade agrees to include the following items in the Building Controls model:

i.  All control panels that require access for service or maintenance, control valves, control dampers, and sensors.
ii.  All electrical systems, all distribution boxes, cable trays including hangers, all curbs and equipment pads, all fixtures
iii.  All conduit runs of 2" diameter or larger, all bundled conduit,
iv.  All underground conduit runs to 5'-0" from edge of building
v.  Specialty systems (Fire Alarm, A/V, Security, Access Control and Telecom, etc.)
vi.  For all fixtures requiring installation or maintenance clearances, model the clearance as a semi-transparent item in the assembly.
vii.  Model all seismic bracing, hangers, cable trays and supports
viii.  All access panels deemed necessary by Contractor

## 7.0  SCHEDULE:

A.  At any point during the project duration, Suffolk Construction reserves the right to inquire on the Subcontractor's internal schedule as it relates to the overall project schedule.

B.  Subcontractor agrees to revise their coordination efforts based on changes to the project schedule as determined by Suffolk Construction.  The basis for these changes includes but is not limited to: weather delays, contractual delays, project fast-tracking, or owner mandated schedule changes.

C.  The Subcontractor agrees that failure to adhere to the coordination schedule or inability to post original or revised models within the given schedule limits, with regard to documented revision requests from coordination meetings, may be entitled to a non-performance penalty dependent on the specific issue, the amount of time overdue, the magnitude of the delay to other subcontractors and per the discretion of Suffolk Construction.

## 8.0  ALTERNATES:

A.  The following alternates shall be available to the Contractor at their option and include the Subcontractor's mark-up for overhead, profit, taxes and all other costs for a complete and proper installation.  The Alternates are applied as adds or deducts to the Subcontract Amount.

| Item No. | Description | Add/Deduct | Amount |
|---|---|---|---|
| 1. |  |  | $_____ |

## 9.0  COSTS:



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**


**EXHIBIT H**
**BUILDING INFORMATION MODELING (BIM) RIDER**


B.      The following breakdown of costs is included for reference (see attachment A for detailed breakdown):

     i.      BIM Services                                      $_____

**\*\*END OF SCOPE\*\***

DocuSign Envelope ID: 2540B057-EE52-4949-892B-68F09F23FFG2



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT J**
**SALES TAX SAVINGS**

Procedures for Implementing Sales Tax Savings through Direct Owner Purchases
For
Government and Other Tax-Exempt entities
In
The State of Florida

Introduction:

Many public works projects by government entities and private projects by tax-exempt entities can enjoy sales tax savings through tax-exempt transactions with vendors who supply materials for the project. The savings to the Owner that can be achieved is between 1% and 1.5% of the construction contract value.

The CM has included in his contract with the Owner the value of all the materials plus sales tax. (See Traditional Purchasing diagram)



In the Sales Tax Savings-Direct Owner Purchases Program, the Owner via deductive change order removes from the CM's contract the material value plus the sales tax. The Owner then purchases those same materials for the project directly from vendors. Because the Owner's transactions with vendors are sales tax exempt he pays only for the value of the material and no sales tax, saving 6% on each transaction. (See Direct Owner Purchasing Program diagram.)



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT J**
**SALES TAX SAVINGS**



Costs and Benefits

Benefits to Owner:
1. The cost of the project is reduced by the amount of the sales tax savings (usually at least 1% of the construction cost).
2. Depending on contract terms, even though the value of the material is removed from the construction contract and into the Owner's privity with the vendors, the CM and Subcontractor remain responsible for expediting, receiving, unloading, quality, quantity, insuring, warranting, and bonding on the materials.
3. The value of the sales tax savings becomes a contingency account which can offset other upgrades or unforeseen conditions costs.

Costs to Owner:
1. Accounting costs of issuing the DPOs
2. Accounting costs of processing invoices
3. Assuming risk that the State of Florida Department of Revenue may find that certain transactions do not qualify as tax exempt and may impose reimbursement and/or fines.

DocuSign Envelope ID: 2540BC57-EE52-4040-892B-68F09F23FF32



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT J**
**SALES TAX SAVINGS**

Benefits to CM:
1.  The CM who offers this service is recognized as adding value to an Owner.  The Owner is willing to pay a fee for the service of managing the program.

Costs to the CM:
1.  The accounting time and costs for managing the program are extensive and must be reimbursed by the Owner.

Benefits to Subcontractors:
1.  Manufacturers generally demand payment in full even though retainage is traditionally held on the subcontractor's cost of materials.  The Direct Owner Purchase Program relieves the subcontractor of the cash flow burden.  Note: the Direct Purchase Order terms should sometimes be modified from the standard "net 30" to withhold some value for manufacturer's warranty, or other consideration.

Costs to Subcontractors:
1.  The costs of accounting for the change orders and manual invoicing are minimal but will require more effort than normal cost accounting.

In order that the transactions are considered as tax-exempt by the Florida Department of Revenue, a set of procedures must be implemented to qualify all transactions.

Summary of Procedures:
1.  The CM solicits bids from subcontractors for furnishing and installing materials.
2.  The subcontractors solicit and receive bids from vendors whose bids include sales tax.
3.  The CM receives bids from subcontractors (whose bids include sales tax from the vendors), and incorporates all selected bids into the Guaranteed Maximum Price (GMP) to the Owner.
4.  The Owner accepts the GMP and the CM begins purchasing subcontracts.
5.  For each trade, the CM awards the successful subcontractor a contract for work (furnishing and installing the materials).
6.  For each material, the subcontractor awards the successful vendor a purchase order (or letter of intent) for supplying the material.
7.  The CM requests and receives from the subcontractor copies of the purchase order between the subcontractor and the vendor.
8.  The CM compiles a list of all possible material purchases which may be eligible for sales tax savings and presents the list to the Owner.
9.  The Owner elects for which material purchases he will transact directly with the vendors.



## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

## EXHIBIT J
## SALES TAX SAVINGS

10. The CM drafts the purchase orders (on the Owner's PO form) for the Owner to purchase the materials directly from the vendor.  The Owner generates and issues the Direct Purchase Order (DPO) to the vendor for the cost of materials excluding sales tax.  The purchase order must contain or be accompanied by the Owner's Consumer's Certificate of Exemption and must include the governmental entity's exemption number, issue date, and expiration date.  (The subcontractor and vendor then cancel their original purchase order for the same material plus sales tax--from Item 6. above).

11. The CM removes the value of the material plus sales tax from the subcontractor's contract amount via deductive change order.  This is best done simultaneously with the issue of the direct purchase order (DPO), to prevent possible duplicate billing.

12. The Owner removes the value of the material plus sales tax from the CM's contract amount via deductive change order.  This is best left to the end of the project as a single change order after all DPOs have been issued and adjusted.  Keeping the value of the sales tax savings within the GMP allows it to be utilized for owner-requested scope improvements. Some Owner's request a Construction Change Directive (CCD) acknowledging the deductive value to the CM contract is issued simultaneously to the DPO being issued.  The CCDs are then compiled and incorporated into a change order at the end of the project.

13. The subcontractor orders the vendor to deliver the material to the job site.  The material is delivered by the vendor, to the subcontractor, who receives it and accepts it for quality and quantity.  The subcontractor retains the delivery ticket for matching up with invoicing.  The Owner will take title to the materials upon delivery to the job site.

14. The vendor invoices the Owner **in care of subcontractor**.  The invoice is sent to the subcontractor (not to the Owner). Any mis-directed invoicing will be returned to the vendor for proper routing through the subcontractor.

15. The subcontractor reviews the invoicing against the delivery tickets and purchase order pricing and if satisfied, approves the invoice for payment, and transmits the invoice to the CM.

16. The CM reviews the same invoicing and if satisfied, approves the invoice for payment and transmits it to the Owner.

17. The Owner processes the invoice and remits payment directly to the vendor.  The Owner keeps a log of all payments to vendors and transmits this log monthly to the CM for reconciliation of transmittals to payments.

18. In order to reconcile budgets the subcontractor's and CM's monthly pay request must be synchronized with the direct purchase orders.  Until a direct purchase order is issued, the value of the DPO material must be separated from the other line items on the schedule of values.  To prevent possible duplicate billing errors, the subcontractor and CM ensure that the DPO materials on the pay request are never billed through the pay req. process.  Or-they are positively billed and then negatively billed on the deductive change order line item following the execution of the deductive change order.



**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**EXHIBIT J**
**SALES TAX SAVINGS**

19. The purchase order is closed following final payment to the vendor. The purchase order is for an amount "not to exceed". Ideally the cumulative invoicing matches the total purchase order amount. For a lump sum purchase order invoiced in units, the invoicing cannot exceed the purchase order amount.

    a. If the sum of all invoicing exceeds the purchase order amount either:

        i. the invoicing to the Owner is reduced and the difference invoiced from the vendor to the subcontractor or

        ii. the purchase order is amended (increased) and the subcontractor is given a corresponding deductive change order for materials plus tax.

    b. If the sum of all invoicing is less than the purchase order amount, the purchase order is amended (decreased) and the subcontractor is given a corresponding additive change order for materials plus tax.

PROJECT NAME: ALL ABOARD FLORIDA – MIAMI TERMINAL            PROJECT: #214162

**EXHIBIT M**
# SUBCONTRACT
# PAYMENT BOND

**Any singular reference to Principal, Surety, Obligee or other party shall be considered plural where applicable.**

**PRINCIPAL (SUBCONTRACTOR)**            **SURETY (Name and Address of Surety**
**(Name and Address):**                          **Company Office):**


**OBLIGEE (CONTRACTOR)**
**(Name and Address):**
Suffolk Construction Company, Inc.

One Harvard Circle, Suite 100

West Palm Beach, FL 33409

**SUBCONTRACT**
   **Date:**
   **Amount:**
   **Description of Project**
   **(Name and Location):**


**BOND**
   **Date (Not earlier than Subcontract Date):**
   **Penal Amount: $**


**SUBCONTRACTOR AS PRINCIPAL**            **SURETY**
**Company:**            **(Corporate Seal)**   **Company:**            **(Corporate Seal)**


**Signature:**                               **Signature:**
**Name and Title:**                          **Name and Title:**
                                             **Attach Power of Attorney**


**Witness:**                                 **Witness:**
 **Name and Title:**                       **Name and Title:**

**(Any additional signatures appear on page attached)**

**FOR INFORMATION ONLY**
**AGENT or BROKER:**
**(Name, Address and Telephone)**

DocuSign Envelope ID: 2540B357-EE5C-4919-892B-68F09F23FF92

PROJECT NAME: ALL ABOARD FLORIDA – MIAMI TERMINAL                PROJECT: #214162

## EXHIBIT M

1. **SCOPE OF BOND.** The Principal and the Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors and assigns to the Obligee to pay for labor, materials and equipment furnished for use in the performance of the Subcontract, which is incorporated in this bond by reference and pursuant to which this bond is issued. In no event shall the Surety's total obligation exceed the penal amount of this bond.

2. **EFFECT OF OBLIGATION.** If the Principal shall promptly make payment directly or indirectly to all Claimants as defined in this bond, for all labor, material and equipment used in the performance of the Subcontract, then this bond shall be null and void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

   2.1 **TIME FOR CLAIM**. The Principal and Surety hereby jointly and severally agree with the Obligee that every Claimant, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such Claimant's work or labor was done or performed, or materials were furnished by such Claimant, for which claim is made, may have a right of action on this bond. The Obligee shall not be liable for the payment of any costs or expenses including attorneys' fees which the Obligee may incur in connection with its defense of any such right of action.

   2.2 **RIGHT OF ACTION.** No suit or action shall be commenced on this bond by any Claimant:

      2.2.1 Unless Claimant, other than one having a direct contract with the Principal, shall have given written notice to any two of the following: Principal, Obligee, or the Surety above named, within ninety (90) days after such Claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal, Obligee or Surety, at any place within the United States where an office is regularly maintained for the transaction of business, or served in any manner in which legal process may be served in the state in which the aforesaid Project is located, however, such service need not be made by a public officer.

      2.2.2 After the expiration of one (1) year from the date (1) on which the Claimant gave the notice required by Subparagraph 2.2.1, or (2) on which the last labor or service was performed by anyone or the last materials or equipment were furnished by anyone on the Project, whichever first occurs. Any limitation embodied in this bond, which is prohibited by any law controlling the Project, shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

      2.2.3 Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the Project, or any part thereof, is situated, or in the United States District Court for the district in which the Project, or any part thereof, is situated, and not elsewhere.

DocuSign Envelope ID: 2540B657-EE52-4949-892D-68F09F23FFC2

PROJECT NAME: ALL ABOARD FLORIDA – MIAMI TERMINAL                PROJECT: #214162

**EXHIBIT M**

**3.     CLAIMANT.** A Claimant is defined as an Individual or entity having a direct contract with the Principal to furnish labor, materials or equipment for use in the performance of the Subcontract or any individual or entity having valid lien rights which may be asserted in the jurisdiction where the Project is located.  The intent of this bond shall be to include in the terms labor, materials or equipment: that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental equipment used in the Subcontract, architectural and engineering services required for performance of the work of the Principal, and all other items for which a mechanic's lien may be asserted in the jurisdiction where the labor, materials or equipment were furnished.

**4.     AMOUNT OF BOND.**  The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith by the Surety.

**5.     ALTERATION NOTICE WAIVER.**  The Surety waives notice of any alteration or extension of the Subcontract, including but not limited to the Subcontract price and / or time, made by the Obligee.  This waiver shall not apply to the time for suit provided by Paragraph 2.2 hereunder.

PROJECT NAME: ALL ABOARD FLORIDA – MIAMI TERMINAL          PROJECT: #214162

### EXHIBIT M
# SUBCONTRACT
# PERFORMANCE BOND

**Any singular reference to Principal, Surety, Obligee or other party shall be considered plural where applicable.**

**PRINCIPAL (SUBCONTRACTOR) (Name and Address):**

**SURETY (Name and Address of Surety Company Office):**

**OBLIGEE (CONTRACTOR) (Name and Address):**
Suffolk Construction Company, Inc.
One Harvard Circle, Suite 100
West Palm Beach, FL 33409

**SUBCONTRACT**
  **Date:**
  **Amount:**
  **Description of Project (Name and Location):**

**BOND**
  **Date (Not earlier than Subcontract Date):**
  **Penal Amount: $**

**SUBCONTRACTOR AS PRINCIPAL**
**Company:**                    **(Corporate Seal)**

**SURETY**
**Company:**               **(Corporate Seal)**

**Signature:**
**Name and Title:**

**Signature:**
**Name and Title:**
**Attach Power of Attorney**

**Witness:**
**Name and Title:**

**Witness:**
**Name and Title:**

**(Any additional signatures appear on page attached)**
**FOR INFORMATION ONLY**
**AGENT or BROKER:**
**(Name, Address and Telephone)**

DocuSign Envelope ID: 2540B357-EE52-4910-892B-68F09F23FF32

PROJECT NAME: ALL ABOARD FLORIDA – MIAMI TERMINAL         PROJECT: #214162

## EXHIBIT M

1. **SCOPE OF BOND.** The Principal and the Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors and assigns to the Obligee for the performance of the Subcontract, which is incorporated in this bond by reference. In no event shall the Surety's total obligation exceed the penal amount of this bond.

2. **EFFECT OF OBLIGATION.** If the Principal performs the Subcontract, then this bond shall be null and void; otherwise it shall remain in full force and effect.

3. **ALTERATION NOTICE WAIVER.** The Surety hereby waives notice of any alteration or extension of the Subcontract, including but not limited to the Subcontract price and/or time, made by the Obligee. This waiver shall not apply to the time for suit provided by paragraph 5 hereunder.

4. **PRINCIPAL DEFAULT.** Whenever the Principal shall be, and is declared by the Obligee to be in default under the Subcontract, with the Obligee having performed its obligation in the Subcontract, the Surety may promptly remedy the default, or shall promptly:

   **4.1 COMPLETE SUBCONTRACT.** Complete the Subcontract in accordance with its terms and conditions; or

   **4.2 OBTAIN NEW CONTRACTORS.** Obtain a bid or bids formally, informally or negotiated for completing the Subcontract in accordance with its terms and conditions, and upon determination by the Surety of the lowest responsible bidder, or negotiated proposal, or, if the Obligee elects, upon determination by the Obligee and the Surety jointly of the lowest responsible bidder, or negotiated proposal, arrange for a contract between such party and the Obligee. The Surety will make available as work progresses sufficient funds to pay the cost of completion less the balance of the contract price. The cost of completion includes responsibilities of the Principal for correction of defective work and completion of the Subcontract; the Obligee's legal and design professional costs resulting directly form the Principal's default; and liquidated damages or actual damages if no liquidated damages are specified in the Subcontract. The term balance of the contract price, as used in this paragraph, shall mean the total amount of payable by the Obligee to the Principal under the Subcontract and any amendments to it, less the amount properly paid by the Obligee to the Principal; or

   **4.3 PAY OBLIGEE.** Determine the amount for which it is liable to the Obligee and pay the Obligee that amount as soon as practicable; or

   **4.4 DENY LIABILITY.** Deny its liability in whole or in part and notify and explain to the Obligee the reasons why the Surety believes it does not have responsibility for this liability.

5. **RIGHT OF ACTION.** No right of action shall accrue on this bond to or for the use of any person or entity other than the Obligee named herein, its heirs, executors, administrators or successors.

PROJECT NAME:  ALL ABOARD FLORIDA – MIAMI TERMINAL  PROJECT: #214162

# EXHIBIT M

# POWER OF ATTORNEY

### BOND NO.

KNOW ALL MEN BY THESE PRESENTS:  That the _____,  a  corporation  duly organized under the laws of the State of _____ , having its principal office in the city of _____ pursuant to the following resolution, adopted by the Board of Directors of the said Company on the _____day of,__ _____, to wit: _____.

Resolved, that the President of the Company shall have the authority to make, execute and deliver the Power of Attorney constituting as attorney(s)-in-Fact, such persons, firms, or corporations as may be selected from time to time.

Be it further resolved, that the signature of the President, Secretary and the Seal of the Company may be affixed to any such Power of Attorney or any certificate relating thereto by facsimile, and any such powers so executed and certified by facsimile signature and facsimile seal shall be valid and binding upon the Company in  future with respect to any bond or undertaking to which it is attached.

_____does Hereby make, constitute and appoint _____

_____its  true  and  lawful  attorney(s)-in-fact,  for  it  and  in  its  name,  to  sign,  execute, acknowledge, deliver, act and deed on its behalf in issuing the bond _____ in the amount of $____ _____and to bind _____thereby as fully and to the same extent as if such bond or undertaking was signed by the duly authorized officer of _____ and all the acts of said attorney(s)-in-fact pursuant to the authority herein given, and hereby ratified and confirmed.

IN WITNESS WHEREOF, _____, has caused these present to be signed by an officer of the company and its Corporate Seal to be hereto affixed.

STATE OF _____

SS

COUNTY OF _____

On the _____ day of _____ before me personally came _____ to  me  known who being by me duly sworn, did depose and say that he resides in the County of _____ State of _____: that he is _____ of _____, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instruments is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name, thereto by the like order

STATE OF _____

SS

COUNTY OF _____

I, the undersigned, Secretary of _____ a_____Corporation, DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force. Signed and Sealed at the City of _____

Dated the _____Day of_____

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

### EXHIBIT P
### SUBCONTRACTOR ONE YEAR WARRANTY

**Attention:**    _____ (Owner's Name)

_____ (Address 1)

_____ (Address 2)

_____ (City, State, Zip)

**From:**    _____ (Subcontractor's Name)

_____ (Address 1)

_____ (Address 2)

_____ (City, State, Zip)

**Date:**    _____ (Insert Final Completion Date)

The undersigned guarantees, as required by the subcontract agreement and contract documents, to the Owner that they will be responsible for faulty or defective materials, equipment and workmanship, in the _____ scope of work and that this entity will remedy all defects due thereto and pay for all damages to other work resulting therefrom which shall appear within a period of one (1) year from the date of which final acceptance of the (list project name) _____ is certified by the architect.

During this period, upon written notice from the Owner, the undersigned shall proceed with due diligence at the undersigned's expense to properly replace any defective materials and equipment or perform any labor necessary to correct any defective work. In case the undersigned fails, upon responsible notice to remedy such defects, then the Owner may furnish such materials or labor as are necessary to bring the work up to the standard called for by the contract documents, and the undersigned agrees to reimburse the Owner fully and promptly.

### * SUBCONTRACTOR SIGNATURES AND WARRANTY MUST BE NOTARIZED *

_____ (Enter Subcontractor's name)

_____

BY:    *(SIGNATURE)*                    DATE: _____

_____

BY:    *(PRINT)*

Sworn to (or affirmed) and subscribed to before me on _____,200__ by _____, as_____ of _____ on behalf of the Corporation. He/She is personally known to me or produced _____ as identification.

_____
Notary Public

My Commission Expires on:

_____

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

### RIDER S
### SUBCONTRACTOR SAFETY REQUIREMENT
Revised 09/27/16

## Page 1 of 6

**Incident and Injury Free**

1.  Subcontractor acknowledges Suffolk's Incident Free (IF) safety program.  Subcontractor agrees to comply with all aspects of Suffolk's IF safety program and shall support and participate in the creation and maintenance of an incident and injury free work environment for the project.  Subcontractor shall be responsible to participate in all safety orientations and training programs, and shall take all precautions necessary to provide for the safety of all persons and property on or off the project site in connection with the performance of the work.  Subcontractor shall comply with all subcontract requirements relating to safety, shall comply with any safety programs of the Principal or Owner, and shall conform to all requirements of Applicable Laws relating to safety.

2.  Suffolk has the right, in its sole discretion, to dismiss any on site personnel from the project for any violations of Suffolk's IF safety program or any safety programs of the Principal or Owner, regardless of the severity or circumstances surrounding the incident or violation.  When such a violation occurs (at Suffolk's discretion) an immediate meeting onsite will be required with a principal of the Subcontractor (and sub-subcontractor as applicable) to review the violations and the procedures required prior to resuming any work.  Subcontractor (and sub-subcontractor) will not be entitled to any additional compensation or extension of the subcontract time in relation to any safety incidents or violations described above.  Subcontractor (and sub-subcontractor as applicable) shall be responsible for all costs and expenses incurred by Suffolk or third parties as a result of any safety incident or violation.  Subcontractor shall defend, indemnify and save harmless Suffolk, its officers and employees, from all claims, loss, damage, injury, liability, costs and expenses of whatsoever kind or nature arising out of or attributable to a safety incident or violation, whether or not caused in part by Suffolk, except where such claim, loss, damage, injury, or liability is caused by the sole fault of Suffolk.

**New Employee Safety Orientation**

1.  All employees working on the site shall attend a new employee site-specific safety orientation before starting work at jobsite. The orientation is expected to be +/-2 hours minimum but will last as long as necessary. During orientation new employees will be instructed on specific jobsite requirements as well as introduced to Suffolk's IIF Culture. Employees are also required to provide proof of training to meet Suffolk Construction's requirements for each employee on site; OSHA 10HR training for all tradespersons, OSHA 30HR for all supervisors and Safety Representatives, competent person training for tasks, etc…).  Employees that are unable to provide required training documents WILL NOT be allowed to complete orientation and start work.  Emphasis will be on project logistics, emergency response procedures as well as general project information crucial for all project employees to be familiar with to ensure safe operations for all involved with project.  Each employee will receive a project specific hard hat sticker and/or project security badge This sticker must be with the employee at all times while entering/exiting the property as well as while they are inside the project fencing.  They will not be allowed through the security checkpoints to enter project without their sticker. If an employee should lose their sticker, they must report to SCCI Safety trailer immediately for a replacement, and there will be a replacement cost associated.

**General Requirements**

1.  Subcontractors shall assure compliance with all details of Suffolk Construction Company, Inc.'s Safety Program. The Subcontractor's Site Specific Project Safety Program shall list the positive steps the Subcontractor intends to utilize for the prevention of accidents to its workers, other Subcontractors, Vendors, and the public during operations on this project. Within ten (10) work days of receiving the Letter of Intent or ten (10) work days prior to mobilization on site, whichever is sooner, this Subcontractor shall comply with the following and provide both electronic and paper versions (three(3) copies) of the following Safety Submittals:

     a.  This Subcontractor shall prepare specific Job Hazard Analysis ("JHA") and/or Pre task Plan DAILY for each type of work to be performed by this Subcontractor and for each major phase of work.

# ALL ABOARD FLORIDA – MIAMI TERMINAL
# JOB #214162

## RIDER S
## SUBCONTRACTOR SAFETY REQUIREMENT

### Page 2 of 6

    b.   This Subcontractor shall provide to Suffolk Construction Company, Inc., Project Superintendent's project office, the Subcontractor's Hazardous Communications Plan, a list of all hazardous materials and the related safety material data sheets (MSDS) for the hazardous materials that the Subcontractor will use in the performance of the work at the project site. This subcontractor is responsible for all storage requirements and personal protective requirements that apply to such products.

    c.   The Subcontractor (and all tiers of Subcontractors/Vendors working for this Subcontractor) shall ensure that all supervisory employees working on site shall have successfully completed a course in construction safety and health that is at least 30 hours in length and satisfies the requirements of the Occupational Safety and Health Administration (OSHA) Construction Industry Outreach Training Program, at the time the employee begins work. Employees who work less than a total of 6 hours on site shall be exempt from this requirement. The Subcontractor shall furnish documentation of successful completion of the aforementioned OSHA course for each covered employee to a representative of the General Contractor designated to monitor compliance with this requirement. Failure of a Subcontractor to obtain the OSHA certification in a timely manner (immediately after the letter of intent is signed) will not relieve them of their contractual obligation regarding the schedule.

    d.   All Subcontractors must submit electronic copies and three (3) paper copies of their Site Specific Project Safety Program, within ten (10) days of executing the Letter of Intent, the Contractor for approval. Said Program shall list potential exposure items and measures designed to control those items as it applies to the commercial construction, as well as a list of emergency phone numbers of key members. Attendance at a Pre-Construction Safety Planning Meeting before work commences shall be mandatory.

    e.   \Specific Safety Training documentation for hazards related to the individual Subcontractor's scope of work.

    f.   CPR/First Aid Certifications (refer to Rider "S" of this subcontract).

2.   Any subcontractor that:  A.) Has twenty (20) employees or more on-site and their scope of work is greater than 90 days; or B.) Their Work requires high hazard activities requiring professional accreditation and/or safety training credentials; or C.) Subcontractors that demonstrate significant need in terms of safety management shall provide an OSHA 500- certified Full-Time Site Safety Officer for the complete duration of the scope of work.  The Site Safety Officer shall have a minimum of five to seven (5-7) years of relevant and comparable project experience, with progressive increase in responsibility every year.  In addition, the Site Safety Officer shall have completed continuing education courses over the past five (5) years.  The Site Safety Officer shall be on the project site at all times during operations for this scope of work.  The Site Safety Officer's sole responsibility shall be safety, including but not limited to:  Job Hazard Analysis planning, plan implementation, and monitoring, safety compliance, training, orientation, assistance, coordination, etc.  At no time shall the Site Safety Officer perform any trade work or supervise any non-safety activities.  This Subcontractor shall submit the resume of the proposed Site Safety Officer to the Contractor for review and approval two (2) weeks prior to the start of work.  Contractor reserves the right to reject the proposed Site Safety Officer candidate for any reason and reserves the right to request a change in the Site Safety Manager at any time during the project.

3.   Each subcontractor crew or shift's lead person (superintendent or foremen) and the designated competent person, must have a minimum of OSHA 30 hours training.  Documentation must be submitted prior to commencement of work.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

**RIDER S**
**SUBCONTRACTOR SAFETY REQUIREMENT**

**Page 3 of 6**

4.   "All personnel are required to utilize eye protection when on the construction site.  Minimum eye protection shall include approved safety glasses as specified by OSHA 1926 Subpart E., which meet the standards specified in ANSI Z-87.1-1989. This shall also include prescriptive eye wear.  Additionally, when performing tasks or activities where flying objects, chemical hazards, or other recognized hazards are present, each subcontractor's **Competent Person** or **Safety Representative** shall determine the additional level of protection required per OSHA 1926 Subpart E and require that it be utilized when those tasks or activities are being performed."

5.   This Subcontractor shall comply, at all times, with Suffolk's' Glove Policy: **Subcontractor and its operatives are required to wear gloves/hand protection at all times while on site.** This Subcontractor is responsible for providing all its workers with the appropriate gloves as necessary to comply with the glove policy. Should this Subcontractor's personnel at any time not comply with the glove policy and not have the appropriate gloves to comply with the policy, Suffolk will provide the gloves to this Subcontractor's personnel and back charge the Subcontractor's accordingly, without the need of giving proper notice.

6.   Employees exposed to the hazards of working near or around mobile equipment including earth moving equipment must wear reflective vests or high visibility clothing.

7.   All employees must be trained in the hazards associated with their scope of work. Documentation of specific training must be submitted to Suffolk prior to start of work.

8.   Weekly Toolbox Talks are required to be turned in to the Suffolk Superintendent  at the start of the weekly Subcontractor's Meeting consistent with **Rider S**. For those that do not provide the Weekly Toolbox Talk documentation, they will not be allowed to attend the weekly Subcontractor's Meeting and will be fined $500.00 in accordance with Article 2, item 11

9.   On a weekly basis the subcontractor will submit the Weekly Safety Task Assessment form to the Suffolk Construction Project Office.

10.  All employees are required to wear proper attire at all times on the project site.  This includes long pants, shirts with sleeves, hard sole shoes and a hard hat.

11.  Each subcontractor must provide an adequate amount of drinking water with sanitary drinking cups, for each of their employees on site.

12.  Portable radios, IPods or headphones are not permitted on site.

13.  Each subcontractor is required to have a first aid kit large enough for the number of employees they have on site. This box must be maintained and replenished when necessary. The subcontractor shall supply non-emergency transportation for all his/her injured employees.

14.  The subcontractor shall immediately notify the Suffolk Construction Project Superintendent of any fire, unusual incident, or injury to any subcontractor employee, vendor or visitor on the project.  The accident report shall be forwarded to the Project Office no later than 24 hours after the incident.

15.  Provide impalement safety protection with daily maintenance to all exposed vertical and horizontal rebar, or other impalement hazards, for this scope of work for the duration of the hazard exposure. Provide and maintain temporary access to serve work areas until permanent access is in place.  Access to comply with applicable OSHA standards. Access shall be provided in sufficient quantity and location to comply with requirements of local authorities for emergency egress for construction sites.

16.  Each subcontractor shall be responsible for instructing his own employees of any special hazards or project requirements, such as, but not limited to, lock-out/tag-out, fire protection, fall hazards, confined spaces or any evacuation/emergency procedures.

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

### RIDER S
### SUBCONTRACTOR SAFETY REQUIREMENT

### Page 4 of 6

17. If this Subcontractor must remove cables, barricades, handrails, or any other Safety related items in order to perform its work, it shall be the responsibility of this Subcontractor to properly replace those items and to provide a controlled access zone in that area until the safety items are replaced. This Subcontractor must get permission from the Contractor's Superintendent prior to removing any temporary rails or other means of protection for any reason. This Subcontractor is responsible to reinstall any rails or protection temporarily removed by this Subcontractor, in a timely and safe manner in strict accordance with OSHA requirements.

18. This Subcontractor shall ensure that walkways, aisles, work areas, and common areas are free of excess stored material, cables, hoses, welding leads, scrap, and debris. This Subcontractor shall be responsible for maintaining general housekeeping in their work area and all debris shall be placed in debris containers on a daily basis or as otherwise directed by Suffolk's project Superintendent.

19. The fuels and hazardous materials must be properly labeled and stored. Fuels tanks (single &double wall) must be in secondary containment with a 10lb fire extinguisher placed within 50 feet.  All flammable materials stored in trailers must have proper trailer ventilation, signage on the outside of the door and a fire extinguisher mounted within 50 feet.

20. Each subcontract employee on a walking/working surface (horizontal and vertical surface) with an unprotected side or edge which is 6' or more above a lower level shall be protected from falling by the use of a guardrail system, safety net system or personal fall arrest system.

21. Employees performing steel erection activities, regardless of task, who would typically fall **under 29 CFR 1926, Subpart R**, must adhere to the fall protection guidelines outlined in item #18.

22. All floor openings greater than 2" are considered a "HOLE" and must be securely covered and labeled.  Each subcontractor is responsible for addressing the holes they create with their scope of work.

23. All costs to Suffolk Construction Co., Inc. of Federal, State or Local citations, fines, penalties and/or summonses resulting from the Subcontractor's operations shall be back-charged to the Subcontractor.

24. Provide all environmental protection required for work under this Contract in accordance with applicable Federal, State, County, and Municipal laws. Including, but not limited to, gas, oil, anti-freeze spills, etc. by Subcontractor's site personnel.

**Cranes**

25. All cranes brought on a Suffolk project must adhere to the following policy.

26. Each subcontractor utilizing a crane on site (mobile and/or tower) will provide for a third party inspection prior to its use. The crane must meet all manufacture's recommendations and specifications and all regulatory guidelines/standards.

27. Towers cranes will be inspected by the qualified third part inspector immediately after initial set up and each time the crane is jacked. The qualified crane inspector is Crane Safety & Inspections, 954-646-2609.

28. All lattice boom mobile cranes shall be inspected by the qualified third party inspector immediately after initial assembly on site and prior to operation.  The qualified crane inspector is Crane Safety & Inspections, 954-646-2609.

29. All mobile hydraulic cranes and truck mounted boom lifts shall have had a thorough inspection, in the past year, by a qualified third party inspector.  The inspection report shall be provided to the Suffolk Construction Company Project Superintendent prior to the crane operating on site.

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

### RIDER S
### SUBCONTRACTOR SAFETY REQUIREMENT

### Page 5 of 6

30. Subcontractors using a crane to hoist material must have qualified signalmen and rigger. Each employee signaling a crane operator must submit to Suffolk documentation of training to perform this task.

31. Requiring all cranes (where applicable) to have a functioning LMI.

**Excavation/Equipment**

32. The engineered documentation for trench boxes and/or shoring devices must be submitted to Suffolk prior to it use on the project site.

33. Subcontractor shall provide protection and access to all excavations and trenches. This will include placing barricades and/or cordoning off the opening. For excavation that are a vertical slope (type A soil or stable rock) with trench dept of 4' or greater, will install a guardrail system around the trench or excavation. The guardrail system shall comply with 29CFR1926.502 and related standards.

34. All soils will be considered a "Class C" and sloped/shored accordingly, unless the competent person can determine and adequately show otherwise.

35. Each subcontractor prior to digging any trench or excavation must contact the appropriate "utility locate" organization in the area. The subcontractor is responsible for having locations marked for all utilities in the area.

**Scaffolds/Work Platforms**

36. All scaffold used on the project site including rolling tower scaffold will adhere to a "tagging" system. The tagging system will represent if the scaffold is completely assembled and ready for use.

37. Suspended scaffold and mast climbing scaffold will adhere to a documented daily inspection by the subcontractor's competent person. This documentation will be submitted to Suffolk on a weekly schedule.

38. The area below the elevated platform will be barricaded to prevent employee's access.

39. All supported scaffold including mobile scaffold shall have a swing gate at the point of access onto the elevated platform. The gate must be designed and installed per the scaffold manufacture design.

**Electrical**

40. All temporary power supply components must be weatherproof as defined by the National Electric Code 2008 Edition. All parts and equipment must be used as the manufacture design intended.

41. Temporary power supply will be protected using Ground Fault Current  Interrupters at all times on the project. If power is supplied from a generator or some other source a GFCI must be in place.

42. Extension cords must be heavy duty construction with no cuts in the outer jacket. If a 3 prong plug connector, the ground pin must be in place.

**Hot Works**

43. The Hot Work Permit will be required of all subcontractors performing defined hot work.  A Hot Work Permit shall be issued on a daily basis by the Project Superintendent and will be strictly enforced.  If a particular subcontractor is going to be working in a consistent area with consistent exposures and operations then a "Blanket Permit" can be issued if the Superintendent feels that the control is adequate.

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

### RIDER S
### SUBCONTRACTOR SAFETY REQUIREMENT

### Page 6 of 6

**Ladders & Stairs**

44.  Metal ladders are not permitted on site during any phase of construction.  This includes step ladders and extension ladders.

45.  All scaffold built temporary stair systems must adhere to 29CIR OSHA 1926 Subpart X.

46.  All ladders including job made and manufactured, must be inspected daily or prior to each shift by a competent person. An inspection tag signed by the inspector must be on the ladder at all times.

**Motorized Equipment**

47.  Employees operating any type of motorized equipment must have the proper license (if required by state) and training certification for the type of equipment in operation. Training certification must be submitted to Suffolk prior to using the equipment.

48.  All equipment must have an audible back up alarm functioning at all times the equipment is in use.  This alarm must be loud enough to be heard over the operation of the equipment and surrounding noise.

49.  Seat belts must be worn at all times when operating equipment.

50.  Roll Over Protection must remain on equipment when operating.

**Deliveries**

51.  Must follow Construction Management Plan.

52.  Flagmen used in control of vehicle traffic must be trained and certified for this task. Documentation of training must be submitted to Suffolk prior to the task.

DocuSign Envelope ID: 2540B057-EE52-4040-8925-68F09F23FF32

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

RIDER S-1
HAZARDOUS COMMUNICATION REGULATION

Page 1 of 1

It is understood that the Project Site is located in the State of ___FLORIDA___ and that any person, firm, corporation, partnership, association or other entity that manufactures, processes, uses or stores toxic or hazardous substances at the project site must comply with the OSHA Hazardous Communication Regulation found in the Code of Federal Regulations for the construction industry 29 CFP 1926.59. (Hazardous Communication Regulation)

For purposes of the Hazardous Communication Regulation the subcontractor is deemed to control that space where the subcontractor work is performed ("Work Area"). With respect to this work area, the subcontractor shall assume responsibility for compliance with the Hazardous Communication Regulation. Since the subcontractor's work area is one among many at the Project Site, the subcontractor shall also coordinate the implementation of the Hazardous Communication Regulation with the contractor and any other subcontractor(s) whose employees may be exposed to a toxic or hazardous substance which the subcontractor is using in its work area.

Each subcontractor will be responsible for providing the General Contractor with a copy of their written Hazardous Communication Program. An integral part of this program is the Material Safety Data Sheets (MSDS) for every product used by the subcontractor that is classified as a hazardous material under the regulation. A copy of each MSDS will be submitted with the Hazardous Communication Regulation Program.

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

RIDER S-2
HAZARDOUS COMMUNICATION PROGRAM
(for toxic & hazardous substance users)

Page 1 of 4

1.      <u>General Information</u>

In order to comply with OSHA's Hazardous Communication Standard, the following written Hazardous Communication Program has been established for ALL ABOARD FLORIDA – MIAMI TERMINAL – JOB #214162

All work sites of the company are included within this program.  The written program will be available in the Field and Office for review by any interested employee.

A.      <u>Container Labeling</u>

_____, foreman, will verify that all containers received for use are clearly labeled to indicate:

-        The identity of the contents.  (The identity must match the corresponding MSDS).

-        Appropriate hazard warnings.  (Including routes of entry and target organs if known.)

-        The name and address of the manufacturer, importer or responsible party.

_____, foreman, at each job site will ensure that all secondary containers are labeled with either an extra copy of the original manufacturer's label or with the "central stores" generic labels which have a block for identity and blocks for the hazard warning.

For help with labeling please see your foreman.

(If written alternatives to labeling of on site containers are used, add a description of the system used.)

The Office Manager will review the company labeling system every 6 months and update as required.

B.      <u>Material Safety Data Sheets (MSDS)</u>

Office Manager will be responsible for obtaining and maintaining the data sheet system for the company.

When toxic or hazardous substances are received without a MSDS, a letter with a copy to file, will be sent to the supplier requesting the MSDS.

The Foreman will review incoming data sheets for new and significant health/safety information.

He/she will see that any new information is passed on to the affected employees.

DocuSign Envelope ID: 2540B357-EE5C-4949-892B-68F09F23FF92

## ALL ABOARD FLORIDA – MIAMI TERMINAL
## JOB #214162

RIDER S-2
HAZARDOUS COMMUNICATION PROGRAM
(for toxic & hazardous substance users)

Page 2 of 4

B.      Material Safety Data Sheets (MSDS) (continued)

(If alternatives to actual data sheets are used, provide a description of the system.)

Copies of MSDS's for all toxic and hazardous substances to which employees of this company may be exposed will be kept in the field and office.

MSDS's will be available to all employees in the field office for review.  If MSDS's are not available or new chemicals in use do not have MSDS's, immediately contact John J. Murphy, Suffolk's Safety Director.

C.      Employee Training and Information

The Office Manager is responsible for the employee training program.  He/she will ensure that all elements specified below are carried out.

Prior to starting work each new employee of Suffolk Construction Company, Inc. will attend a health and safety orientation and will receive information and training on the following:

-       An overview of the requirements contained in the OSHA Hazardous Communication Standard, 1910, 11200.

-       Chemicals present in their workplace operations.

-       Location and availability of our written hazard program.

-       Physical and Health effects of the toxic or hazardous substances.

-       Methods and observation techniques used to determine the presence or release of toxic and hazardous substances in the work area.

-       How to use toxic and hazardous substances in the safest possible manner including safe work practices and personal protective equipment requirements.

-       Steps the company has taken to lessen or prevent exposure to toxic and hazardous substances.

-       How to read labels and review MSDS's to obtain appropriate hazard information.

-       Location of MSDS file and location of toxic and hazardous substances list.

After attending the training class, each employee will sign a form to verify that they attended the training, received our written materials, and understood this company's policies on Hazardous Communication. (This is an optional item which we recommend for the employer to use to track the employee training.)

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

RIDER S-2
HAZARDOUS COMMUNICATION PROGRAM
(for toxic & hazardous substance users)

Page 3 of 4

Prior to a new chemical hazard being introduced into any job site of this company, each employee of that site will be given information as outlined above. The Office Manager is responsible for ensuring that MSDS on the new chemical(s) are available.

2.      LIST OF HAZARDOUS CHEMICALS

The following is a list of all known toxic and hazardous substances used by employees of Suffolk Construction Company, Inc. Further information on each noted substance can be obtained by reviewing Material Safety Data Sheets located in the field office trailers;

| TRADE NAME | TOXIC OR HAZARDOUS SUBSTANCES | MANUFACTURER |
|---|---|---|

3.      HAZARDOUS NON-ROUTINE TASKS

Periodically, employees are required to perform hazardous non-routine tasks. Prior to starting work on such projects, each affected employee will be given information by his/her Foreman about hazardous chemicals to which they may be exposed during such activity.

This information will include:

-       Specific hazards,

-       Protective/safety measures the employee can take,

-       Measures the company has taken to lessen the hazards including ventilation, respirators, presence of another employee and emergency procedures.

Examples of non-routine tasks performed by the employee of this company;

| TASKS | TOXIC AND HAZARDOUS SUBSTANCES |
|---|---|

DocuSign Envelope ID: 2540B057-EE5C-4949-8925-68F09F23FFF2

**ALL ABOARD FLORIDA – MIAMI TERMINAL**
**JOB #214162**

RIDER S-2
HAZARDOUS COMMUNICATION PROGRAM
(for toxic & hazardous substance users)

Page 4 of 4

4.    <u>INFORMING CONTRACTORS</u>

It is the responsibility of Suffolk's Foreman, to provide contractors (with employees) the following information:

-    Toxic and hazardous substances to which they may be exposed while on the job site.

-    Precautions the employees may take to lessen the possibility of exposure by usage of appropriate protective measures.

Suffolk's Foreman, will be responsible for contacting each contractor before work is started in the company to gather and disseminate any information concerning chemical hazards that the contractor is bringing to our workplace.  The following additional requirements pertain only to multi-employer workplaces.

5.    <u>MULTI-EMPLOYER WORKPLACES</u>

It is the responsibility of Suffolk's Foreman to ensure that the following methods and information is provided and/or made available to the other employers.

1.    Methods that the employer will use to provide the other employers with a copy of the MSDS's for the chemicals in use on the site.

2.    Methods that the employer will use to inform the other employers of any precautionary measures that need to be taken to protect employees during normal working conditions and in foreseeable emergencies.

3.    Methods that the employer will use to inform the other employers of the labeling system used at the workplace.

4.    The location and availability of the written Hazardous Communication Program.